# Exhibit B

Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar #197850)
troy.yoshino@squirepb.com
Eric J. Knapp (State Bar #214352)
eric.knapp@squirepb.com
Scott J. Carr (State Bar # 245588)
scott.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:     +1 415 954 0200
Facsimile:      +1 415 393 9887

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:20-cv-05719<br><br>**DECLARATION OF THEODORE VAUGHAN IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION** |

I, Theodore Vaughan, state and declare as follows:

1. I am employed as a Product Analysis Engineer at Mercedes-Benz USA, LLC ("MBUSA"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness to any of its contents, I could and would do so under oath.

2. I submit this declaration in support of MBUSA's Notice of Removal of Civil Action Under 28 U.S.C. §§ 1332(d), 1441, 1446, 1453 (Class Action Fairness Act) submitted contemporaneously herewith.

3.  I have reviewed the operative First Amended Complaint in this action titled "*Ying Ying Guan, individually, on behalf of all others similarly situated, and on behalf of the general public v. Mercedes-Benz USA, LLC, and Does 1 through 50, inclusive*, No. CGC-20-584498" filed in the Superior Court of California for the County of San Francisco ("Class Action Complaint") and am familiar with its contents.

4.  At the time this action was filed and at the time of removal, MBUSA was, and still is, a Delaware Limited Liability Company that maintained, and still maintains, its home office and principal place of business in Georgia.

5.  MBUSA has only one member, Daimler North America Corporation ("DNAC"). DNAC is a Delaware corporation with its principal place of business in Michigan.

6.  At the time this action was commenced and at the time of the filing of the Notice of Removal, neither MBUSA nor DNAC were citizens of the State of California.

7.  In the Class Action Complaint, Plaintiff defines the putative class to include:

> All residents of California, who currently own, or previously owned, a 2012, 2013, or 2014 model year Mercedes-Benz C250, that was purchased either new or as a Mercedes-Benz Certified Pre-Owned vehicle.

*See* Notice of Removal, **Exhibit A** ¶ 64.

8.  The putative class encompasses several different models from model years 2012 through 2014 equipped with camshaft adjusters, however what constitutes "camshaft adjusters" to plaintiff is not clear in the Complaint. Based on Plaintiff's class definitions, MBUSA's best efforts to understand the allegations of her complaint, and the information MBUSA has been able to gather so far in the limited time available, and subject to change when plaintiff provides more information about her claims, there are approximately 59,000 vehicles at issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of August 2020 in Long Beach, CA.

/s/ Teddy Vaughan

- 2 -

DECLARATION OF THEODORE VAUGHAN IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION
CASE NO. 3:20-cv-05719