Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar #197850)
troy.yoshino@squirepb.com
Eric J. Knapp (State Bar #214352)
eric.knapp@squirepb.com
Scott J Carr (State Bar # 245588)
scott.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:       +1 415 393 9887

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:20-cv-05719<br><br>**MERCEDES-BENZ USA, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. Rule 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Mercedes-Benz USA, LLC informs the Court that its parent company is Daimler North America Corporation ("DNAC").  DNAC is a subsidiary of Daimler International

1   Nederland B.V. ("DINBV").  DINBV is a subsidiary of Daimler AG, a publicly held German

2   Aktiengesellschaft.

3

4   Dated:  August 14, 2020                    Squire Patton Boggs (US) LLP

5

6                                              By:   */S/ Troy M. Yoshino*
                                                     Troy M. Yoshino

7
    Attorneys for Defendant
8   MERCEDES-BENZ USA, LLC

- 2 -

MBUSA'S CERTIFICATION OF INTERESTED ENTITIES & CORPORATE DISCLOSURE STATEMENT

010-9101-3092/1/AMERICAS