Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar #197850)
troy.yoshino@squirepb.com
Eric J. Knapp (State Bar #214352)
eric.knapp@squirepb.com
Scott J Carr (State Bar # 245588)
scott.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   +1 415 954 0200
Facsimile:   +1 415 393 9887

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-05719 (TSH)<br><br>**DECLARATION OF SERVICE BY MAIL** |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, Suite 2600, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 17, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

    NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C.
    SECTIONS 1332(D), 1441, 1446 & 1453 (CLASS ACTION
    FAIRNESS ACT) (DKTS. 1 THROUGH 1-2;

CIVIL COVER SHEET (DKT. 1-3);

MERCEDES-BENZ USA, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV P. 7.1) (DKT. 2);

CIVIL STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON;

ECF REGISTRATION INFORMATION; and

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Elliot J. Conn, Esq.<br>Conn Law, PC<br>354 Pine Street, 5th Floor<br>San Francisco, CA 94104 | Attorney for Plaintiff<br>YING YING GUAN |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 17, 2020, at San Francisco, California.

_/s/ Gordon Riley_
Gordon Riley

- 2 -

DECLARATION OF SERVICE BY MAIL
CASE NO. 3:20-CV-05719 (TSH)