Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar #197850)
troy.yoshino@squirepb.com
Eric J. Knapp (State Bar #214352)
eric.knapp@squirepb.com
Scott J. Carr (State Bar # 245588)
scott.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:       +1 415 393 9887

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:20-cv-05719-JST<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES & [PROPOSED] ORDER**<br><br>Judge:           Hon. Jon S. Tigar<br>Date:             November 18, 2020<br>Time:            2:00 p.m.<br>Courtroom:   6, 2nd Floor<br>Trial Date:    N/A<br>Date Action Filed: August 14, 2020 |

**STIPULATION**

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Ying Ying Guan ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("MBUSA") (Plaintiff and MBUSA are collectively referred to herein as "the Parties") hereby stipulate as follows;

WHEREAS, Plaintiff filed her original Class Action Complaint in this action on May 20, 2020 (Dkt. 1-1);

WHEREAS, before service on MBUSA, Plaintiff filed her First Amended Class Action Complaint on July 6, 2020 (Dkt. 1-1);

WHEREAS, MBUSA was served on July 16, 2020 and removed this action to this Court on August 14, 2020;

WHEREAS, on August 25, 2020, the Parties stipulated to extend the time for MBUSA to answer or respond to Plaintiff's First Amended Complaint to September 14, 2020, extend the deadline for Plaintiff to oppose MBUSA's anticipated motion to dismiss to October 14, 2020, and extend MBUSA's deadline to file a reply in support of its anticipated motion to dismiss to October 28, 2020 (Dkt. 13). The Court granted the Parties' stipulation on August 26, 2020 (Dkt. 14);

WHEREAS, MBUSA filed its Motion to Dismiss the First Amended Complaint on September 14, 2020 (Dkt. 23);

WHEREAS, Plaintiff filed her Opposition on October 14, 2020 (Dkt. 25);

WHEREAS, counsel for MBUSA suffered a severe family health emergency over the weekend of October 16, 2020 that required him to travel immediately to Florida;

WHEREAS, counsel for the Parties have met and conferred and agreed that it would be appropriate, given the circumstances, to provide MBUSA with an additional week to prepare and file its Reply. The requested time modification would not have any effect on the schedule for the case, because the hearing on MBUSA's Motion to Dismiss will remain on November 18, 2020;

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

MBUSA's deadline to file its Reply in support of its Motion to Dismiss is extended to November 4, 2020.

Dated:  October 20, 2020              Squire Patton Boggs (US) LLP


By:  */S/ Eric J. Knapp*
                Eric J. Knapp

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

Dated:  October 20, 2020              CONN LAW, PC


By:  */S/ Elliot Conn*
                Elliot Conn

Attorney for Plaintiff
Ying Ying Guan

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric J. Knapp, attest that I obtained concurrence in the filing of this document from the above Signatories.

Dated:   October 20, 2020                                          Squire Patton Boggs (US) LLP


By: */S/ Eric J. Knapp*
          Eric J. Knapp

Attorneys for Defendant
MERCEDES-BENZ USA, LLC


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that MBUSA's deadline to file its Reply in support of its Motion to Dismiss is extended to November 4, 2020.

Dated: _____, 2020

The Honorable Jon S. Tigar
United States District Court Judge