CONN LAW, PC
ELLIOT CONN                Bar No. 279920
354 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com

VARNELL & WARWICK, P.A.
JANET R. VARNELL (*pro hac vice*)
BRIAN W. WARWICK (*pro hac vice*)
MATTHEW T. PETERSON (*pro hac vice*)
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com

Attorneys for Plaintiff Ying Ying Guan and the potential class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff.<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 4:20-cv-05719 (JST)**<br><br>**DECLARATION OF SAMUEL DUNGAN**<br><br>Judge: Jon S. Tigar<br>Date: Hearing Vacated<br>Time: N/A<br>Courtroom: 6, 2nd Floor<br>Trial Date: N/A |

I, Samuel Dungan, state and declare as follows:

1. I am an individual over 18 years of age, living in San Diego, California. I have personal knowledge of all information stated below and I am competent to testify thereto.

2. In March 2017, I purchased a Mercedes-Benz C250, VIN: WDDGF4HB3CA620338, in California.

3. Approximately one year ago, when the vehicle had around 70,000 miles on the odometer, I began to have issues with the vehicle. When I would try to start the car, it would rattle. Sometimes it wouldn't start and would just die. I would have to try again sometimes just to turn the car on. The problem has continued to get worse. However, no check engine light has come on.

4. When I began to have the issues, I took the vehicle to an independent mechanic. My mechanic verified that the car had an issue and told me that the issue was with the vehicle's camshaft adjusters and that they would need to be replaced. I have been driving less because of the COVID-19 pandemic and I did not particularly want to pay thousands of dollars to repair the vehicle so I have been delaying having the issue fixed.

5. I received a letter in the mail from Mercedes-Benz approximately one month ago informing me that there was an extended warranty on my vehicle and that I could have the camshaft adjusters replaced for free.

6. I took my vehicle in for repair to Mercedes-Benz of San Diego on December 1, 2020 to have the camshaft adjusters replaced for free under the extended warranty and to have an airbag recall performed. The car currently has less than 81,000 miles on the odometer.

7. After I dropped the car off, I received a call from the dealership and I was told that both of the camshaft adjusters were bad and that they were going to replace them under the extended warranty for free.

8. However, I later received a call telling me that they would *not* be replacing them or fixing the problem and that I needed to pick my car up. I am now worried that I will need to pay the dealership a diagnostic fee.

9. Mercedes has not fixed the issue or replaced my camshaft adjusters.

10. I don't understand why I received an extended warranty letter if Mercedes-Benz was not going to fix the problem.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of December in San Diego, California.

Samuel Dungan