CONN LAW, PC
ELLIOT CONN          Bar No. 279920
354 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com

VARNELL & WARWICK, P.A.
JANET R. VARNELL (*pro hac vice*)
BRIAN W. WARWICK (*pro hac vice*)
MATTHEW T. PETERSON (*pro hac vice*)
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com

Attorneys for Plaintiff Ying Ying Guan and the potential class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff.<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 4:20-cv-05719 (JST)**<br><br>**DECLARATION OF AJA ARRINDELL**<br><br>Judge:       Jon S. Tigar<br>Date:         Hearing Vacated<br>Time:         N/A<br>Courtroom: 6, 2nd Floor<br>Trial Date:  N/A |

I, Aja Arrindell, state and declare as follows:

1. I am an individual over 18 years of age, living in Jacksonville, Florida. I have personal knowledge of all information stated below and I am competent to testify thereto.

2. In June 2016, I purchased a 2014 Mercedes-Benz C250, VIN WDDGF4HB1ER317031, in Florida.

3. In August 2019, I began to have issues with the vehicle. The vehicle was drivable, but when I would start the vehicle, it would rattle. The problem continued to get worse and worse.

4. In February 2020, I took the vehicle to Mercedes-Benz of Jacksonville to evaluate the ongoing issues when the vehicle had around 106,932 miles on the odometer. The dealership informed me that the issue was with the vehicle's camshaft adjusters and that they would need to be replaced. The mechanic informed me that the vehicle was out of warranty and I would have to pay thousands of dollars to have the engine replaced.

5. After Mercedes-Benz refused to fix my engine, I took the vehicle to a certified Mercedes-Benz auto repair facility in Jacksonville called Jax Foreign Auto Service Center, Inc. I was again informed that the camshaft adjusters would need to be replaced and the issue would only continue to get worse.

6. In September 2020, I filed a complaint with Mercedes-Benz corporate and I was told that they had never heard of this issue with the camshaft adjusters, but that they would put my information into a repository and see if other people complained about it.

7. I recently received a letter in the mail from Mercedes-Benz informing me about an extended warranty on my vehicle and that I could have the camshaft adjusters replaced for free.

8. On December 2, 2020, I took my vehicle to Mercedes-Benz of Jacksonville to have the camshaft adjusters replaced for free under the extended warranty and to have an airbag recall performed. Because Mercedes-Benz refused to repair my vehicle in February, the vehicle currently has 121,117 miles on the odometer.

9. The dealership again did not fix the issue or replace my camshaft adjusters.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of December 2020 in Jacksonville, Florida.

_____
Aja Arrindell