| | |
|---|---|
| 1 | CONN LAW, PC |
| | ELLIOT CONN    Bar No. 279920 |
| 2 | 354 Pine Street, 5th Floor |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 417-2780 |
| | Facsimile: (415) 358-4941 |
| 4 | elliot@connlawpc.com |
| 5 | VARNELL & WARWICK, P.A. |
| | JANET R. VARNELL (*pro hac vice*) |
| 6 | BRIAN W. WARWICK (*pro hac vice*) |
| | MATTHEW T. PETERSON (*pro hac vice*) |
| 7 | 1101 E. Cumberland Ave., Suite 201H, #105 |
| | Tampa, Florida 33602 |
| 8 | Telephone: (352) 753-8600 |
| | Facsimile: (352) 504-3301 |
| 9 | jvarnell@varnellandwarwick.com |
| | bwarwick@varnellandwarwick.com |
| 10 | mpeterson@varnellandwarwick.com |

Attorneys for Plaintiff Ying Ying Guan and the potential class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public | **Case No. 4:20-cv-05719 (JST)** |
| Plaintiff. | **DECLARATION OF ELINA RING GRANDE** |
| vs. | Judge:   Jon S. Tigar |
| MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive, | Date:   Hearing Vacated |
| | Time:   N/A |
| | Courtroom: 6, 2nd Floor |
| Defendants. | Trial Date: N/A |
| _____/ | |

1  I, Elina Ring Gande, state and declare as follows:

2  1. I am an individual over 18 years of age, living in Oakland, California. I have personal knowledge of all information stated below and I am competent to testify thereto.

2. On December 24, 2011, I purchased a new 2012 Mercedes-Benz C250, VIN: WDDGF4HBXCA654664 from Beshoff, a Mercedes-Benz dealership in San Jose, California.

3. By January 2017, with less than 75,000 miles on the vehicle's odometer, I began to have issues with my vehicle. I would have trouble starting the car. I would turn the key and hear a crank, but the car often wouldn't turn on. One day, since I couldn't get the vehicle to start, I had to have it towed to Mercedes-Benz of San Francisco on January 24, 2017. The dealership charged me $819.65.

4. The issue returned and the vehicle still has a long crank to start. In March 2017, I took the vehicle to Mercedes-Benz of San Jose which told me that I would need to replace both of the camshaft adjusters on the vehicle was given an estimate of $4,364.92. I didn't think I should have to pay over $4,000 to for a repair on a car with less than 80,000 miles. I haven't paid to have the camshaft adjusters replaced yet.

5. I have always had my vehicle repaired and serviced at Mercedes-Benz dealerships. Mercedes-Benz has my current contact information. I know this because I have received recall letters in the mail from Mercedes-Benz, such as a letter for a recall on my air bag.

6. I have not received any letters in the mail or any communications from Mercedes-Benz regarding any extended warranty on my camshaft adjusters. My check engine light has been on for over 3 years because of the camshaft adjusters and I have trouble starting my car every day.

7. If Mercedes-Benz told me that I could have my camshaft adjusters replaced for free, I would get them replaced. But I haven't heard anything from Mercedes-Benz about it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December in Oakland, California.

*[signature]*
Elina Ring Grande