# Exhibit C

XENTRY

# Engine noises (rattling) after engine start and/
# or fault code entry "Plausibility of camshaft position"

| | |
|---|---|
| Topic number | LI05.10-P-058758 |
| Version | 1 |
| Design group | 05.10 Timing chain drive, toothed belt drive |
| Date | 03-19-2014 |
| Validity | ENGINE 271.8 EVO |
| Reason for change | |
| Reason for block | |

**Complaint:**
Noise:
A rattling noise may be heard from the area of the chain drive for approx. 2-5 seconds after engine start.
And/or:
Fault code entries in engine control unit:
SIM271DE20:
P001177 The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The commanded position cannot be reached.
P001762 The position of the exhaust camshaft (cylinder bank 1) is implausible in comparison with the position of the crankshaft. The signal comparison is faulty.
P001192 The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The function or the instruction is faulty.
P001195 The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The mechanical setup is not OK.
P001477 The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The commanded position cannot be reached.
P001492 The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The function or the instruction is faulty.
P001495 The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The mechanical setup is not OK.
P001600 The position of the intake camshaft (cylinder bank 1) is implausible in comparison with the position of the crankshaft.
P001662 The position of the intake camshaft (cylinder bank 1) is implausible in comparison with the position of the crankshaft. The signal comparison is faulty.
P001700 The position of the exhaust camshaft (cylinder bank 1) is implausible in comparison with the position of the crankshaft.

**Cause:**
The timing chain may have been stretched. This can be assessed by the following test step.

**Remedy:**
1. Remove chain tensioner (AR05.10-P-7800evo).
2. Mount measuring chain tensioner W 271 589 07 63 00 without seal and tighten to 20 Nm.
3. Turn the engine over 2x and determine the highest display value for the measuring chain tensioner throughout the entire procedure.
4. Evaluate the value read off the scale of the measuring chain tensioner:

© Copyright Daimler AG

XENTRY

Measurement less than 79 mm: Perform work procedure A.

Measurement greater than 79 mm: Perform work procedure B.

Work procedure A:

1. Install new chain tensioner (AR05.10-P-7800evo).

Work procedure B:

1. Replace timing chain (AR05.10-P-7601*).

2. Visual inspection of intake/exhaust camshaft sprockets

3. Install new chain tensioner (AR05.10-P-7800evo).

_____

* Use the corresponding WIS document.

| Symptoms |
| --- |
| Power generation / Engine noise / Chattering |
| Power generation / Engine noise / Clanking |
| Power generation / Engine noise / Rattling |
| Power generation / Engine noise / Clattering |
| Power generation / Engine noise / Pounding |
| Power generation / Engine management / Engine management indicator lamp / Engine diagnosis / lit |

| Control unit/fault code | | |
| --- | --- | --- |
| Control unit | Fault code | Fault text |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001177 | The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The commanded position cannot be reached. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001762 | The position of the exhaust camshaft (cylinder bank 1) is implausible relative to the position of the crankshaft. The signal comparison is faulty. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001192 | The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The function or the instruction is faulty. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001195 | The position of the intake camshaft (cylinder bank 1) deviates from the specified value. The mechanical setup is not OK. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001477 | The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The commanded position cannot be reached. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001492 | The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The function or the instruction is faulty. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001495 | The position of the exhaust camshaft (cylinder bank 1) deviates from the specified value. The mechanical setup is not OK. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001600 | The position of the intake camshaft (cylinder bank 1) is implausible relative to the position of the crankshaft. |
| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001662 | The position of the intake camshaft (cylinder bank 1) is implausible relative to the position of the crankshaft. The signal comparison is faulty. |

© Copyright Daimler AG

XENTRY

| ME - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (N3/10) | P001700 | The position of the exhaust camshaft (cylinder bank 1) is implausible relative to the position of the crankshaft. |
|---|---|---|

## Parts

| Part number | ES1 | ES2 | Designation | Quantity | Note | EPC | Other make part |
|---|---|---|---|---|---|---|---|
| A 271 050 09 11 | | | Chain tensioner | 1 | For M271.8 | X | |
| A 000 993 10 78 | | | Timing chain | 1 | For M271.8 | X | |

## Validity

| Vehicle | Engine | Transmission |
|---|---|---|
| * | 271.861 | * |
| * | 271.860 | * |
| * | 271.820 | * |

## Full model designation breakdown

| Vehicle | Engine | Transmission |
|---|---|---|
| 172.447 | 271.861 | 711.653 |
| 172.447 | 271.861 | 711.654 |
| 172.447 | 271.861 | 722.997 |
| 172.448 | 271.861 | 711.655 |
| 172.448 | 271.861 | 722.997 |
| 204.047 | 271.860 | 722.618 |
| 204.047 | 271.860 | 722.997 |
| 204.048 | 271.860 | 711.653 |
| 204.048 | 271.860 | 711.655 |
| 204.048 | 271.860 | 716.607 |
| 204.048 | 271.860 | 716.612 |
| 204.048 | 271.860 | 722.696 |
| 204.048 | 271.860 | 722.997 |
| 204.049 | 271.820 | 711.653 |
| 204.049 | 271.820 | 711.655 |
| 204.049 | 271.820 | 716.607 |
| 204.049 | 271.820 | 716.612 |
| 204.049 | 271.820 | 722.696 |
| 204.049 | 271.820 | 722.997 |
| 204.247 | 271.860 | 722.618 |
| 204.247 | 271.860 | 722.997 |

**XENTRY**

| | | |
|---|---|---|
| 204.248 | 271.860 | 711.653 |
| 204.248 | 271.860 | 711.655 |
| 204.248 | 271.860 | 716.607 |
| 204.248 | 271.860 | 716.612 |
| 204.248 | 271.860 | 722.696 |
| 204.248 | 271.860 | 722.997 |
| 204.249 | 271.820 | 711.653 |
| 204.249 | 271.820 | 711.655 |
| 204.249 | 271.820 | 716.607 |
| 204.249 | 271.820 | 716.612 |
| 204.249 | 271.820 | 722.696 |
| 204.249 | 271.820 | 722.997 |
| 204.347 | 271.860 | 722.618 |
| 204.347 | 271.860 | 722.997 |
| 204.348 | 271.860 | 711.655 |
| 204.348 | 271.860 | 722.997 |
| 204.349 | 271.820 | 711.655 |
| 204.349 | 271.820 | 716.607 |
| 204.349 | 271.820 | 722.997 |
| 207.347 | 271.860 | 722.618 |
| 207.347 | 271.860 | 722.997 |
| 207.348 | 271.860 | 711.655 |
| 207.348 | 271.860 | 716.607 |
| 207.348 | 271.860 | 716.612 |
| 207.348 | 271.860 | 722.696 |
| 207.348 | 271.860 | 722.997 |
| 207.447 | 271.860 | 722.618 |
| 207.447 | 271.860 | 722.997 |
| 207.448 | 271.860 | 711.655 |
| 207.448 | 271.860 | 722.696 |
| 207.448 | 271.860 | 722.997 |
| 212.047 | 271.860 | 722.618 |
| 212.047 | 271.860 | 722.997 |
| 212.048 | 271.860 | 711.655 |
| 212.048 | 271.860 | 716.612 |
| 212.048 | 271.860 | 722.696 |
| 212.048 | 271.860 | 722.997 |
| 212.147 | 271.860 | 722.618 |
| 212.147 | 271.860 | 722.997 |
| 212.148 | 271.860 | 711.655 |
| 212.148 | 271.860 | 722.696 |
| 212.148 | 271.860 | 722.997 |
| 212.247 | 271.860 | 722.618 |

XENTRY

| | | |
|---|---|---|
| 212.247 | 271.860 | 722.997 |
| 212.248 | 271.860 | 711.655 |
| 212.248 | 271.860 | 716.612 |
| 212.248 | 271.860 | 722.696 |
| 212.248 | 271.860 | 722.997 |

© Copyright Daimler AG