UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING YING GUAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-05719-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 62 |

Before the Court is Defendants' motion to dismiss. ECF No. 62. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 2, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 22, 2021



JON S. TIGAR
United States District Judge