UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 4:20-cv-05719-JST<br><br>[PROPOSED] JUDGMENT<br>  *AS MODIFIED*<br>[Fed R. Civ. P. 58(b)(1)(C)]<br><br>Hon. Jon S. Tigar |

Judgment is hereby entered in favor of Defendants Mercedes-Benz Group AG (formerly known as Daimler AG) and Mercedes-Benz USA, LLC and against Plaintiff Ying Ying Guan.

This action was decided by Judge Jon S. Tigar on Defendants' Motion to Dismiss the Third Amended Complaint (Dkt. No. 62). The court has ordered that Plaintiff recover nothing and that the Third Amended Complaint be dismissed as to all causes of action without leave to amend. Thus, entry of judgment is warranted pursuant to Fed. R. Civ. P. 58(b)(1)(C). ~~Defendants Mercedes-Benz Group AG and Mercedes-Benz USA, LLC shall recover costs from Plaintiff in an amount to be determined by a memorandum of costs and/or motion.~~

Dated: June 17, 2022

By: _____
Jon S. Tigar
United States District Judge

[PROPOSED] JUDGMENT
CASE NO. 4:20-CV-05719-JST

010-9380-9689/1/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111