CONN LAW, PC
ELLIOT CONN          Bar No. 279920
354 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com

VARNELL & WARWICK, P.A.
JANET R. VARNELL (*pro hac vice*)
BRIAN W. WARWICK (*pro hac vice*)
MATTHEW T. PETERSON (*pro hac vice*)
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com

Attorneys for Plaintiff Ying Ying Guan and the potential class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff.<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 4:20-cv-05719 (JST)<br><br>**DECLARATION OF ELLIOT CONN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES UNDER A CATALYST THEORY**<br><br>Judge: Jon S. Tigar<br>Date: September 29, 2022<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Trial Date: N/A |

I, ELLIOT CONN, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an attorney at Conn Law, PC, attorneys of record for Plaintiff Ying Ying Guan in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of documents produced by Defendant Mercedes-Benz USA, LLC in discovery, bates stamped GUAN_MBUSA_002642-GUAN_MBUSA_002647, which set forth communication records between Plaintiff Ying Ying Guan and Mercedes.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the May 26, 2020 Consumers Legal Remedies Act ("CLRA") settlement demand issued to Mercedes along with the Certified Mail Receipt.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Complaint for Damages and Equitable Relief that was attached to the May 26, 2020 CLRA letter.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a letter that I received on June 26, 2020, from Troy M. Yoshino of Squire Patton Boggs, on behalf of Mercedes.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a letter that I sent to Mr. Yoshino on July 15, 2020.

7.      I did not receive any response to my July 15, 2020 letter from Mr. Yoshino.

8.      On August 3, 2020, I received a telephone call from Alfredo W. Amoedo, of Squire Patton Boggs, who informed me that that his firm intended to remove the case to Federal Court and intended to file a motion to dismiss. Mr. Amoedo asked if we would stipulate to an extended briefing schedule for the anticipated motion to dismiss, to which I agreed. This agreement was memorialized in an email attached hereto as **Exhibit 6**.

9.      At no point during our August 3 call did Mr. Amoedo mention an anticipated "extended warranty campaign."

10.     We had a subsequent conversation with Mercedes' attorneys on August 28, 2020, during which, for the first time, they indicated that Mercedes would be issuing a "recall" for the

class vehicles.

11.    Attached hereto as **Exhibit 7** is a true and correct copy of my correspondence with Mercedes' attorneys between September 8, 2020 and September 9, 2020.

12.    Attached hereto as **Exhibit 8** is a true and correct copy of my correspondence with Mercedes' attorneys between September 9, 2020 and September 11, 2020.

13.    I did not receive any response to my September 11, 2020 email.

14.    Attached hereto as **Exhibit 9** is a true and correct copy of documents produced by Defendant Mercedes-Benz USA, LLC in discovery, bates stamped GUAN_MBUSA_002783-GUAN_MBUSA_002785, which contain both internal and external emails.

15.    Attached hereto as **Exhibit 10** are excerpts from the Deposition of Mercedes-Benz USA, LLC Supervisor of Environmental Compliance, Shaun Roopnarine, taken on April 20, 2022.

16.    Attached hereto as **Exhibit 11** is a true and correct copy of documents produced by Defendant Mercedes-Benz USA, LLC in discovery, bates stamped GUAN_MBUSA_003674-GUAN_MBUSA_003677.

17.    Attached hereto as **Exhibit 12** are excerpts from the Deposition of Mercedes-Benz USA, LLC Emissions Engineer, Fahad Saadat, taken on April 28, 2022.

18.    Attached hereto as **Exhibit 13** is a true and correct copy of documents produced by Defendant Mercedes-Benz USA, LLC in discovery, bates stamped GUAN_MBUSA_002685-GUAN_MBUSA_002686.

19.    Attached hereto as **Exhibit 14** is a true and correct copy of documents produced by Defendant Mercedes-Benz USA, LLC in discovery, bates stamped GUAN_MBUSA_002701-GUAN_MBUSA_002702.

20.    Collectively, my co-counsel and I have spent hundreds of hours litigating this case and have incurred multiple thousands of dollars in litigation costs.

21.    Pursuant to Local Rule 54-5(b)(1), I have met and conferred with counsel for Mercedes to resolve any disputes with respect to the motion, Counsel for Mercedes has indicated that Mercedes disputes any entitlement of Plaintiff to attorneys' fees.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct, and this Declaration is executed on July 1, 2022, at San Francisco,

3    California.

4                                           /s/ Elliot Conn
                                            ELLIOT CONN
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

 **Mercedes-Benz**

## CAC Reporting

### Customer Information

| | | |
|---|---|---|
| Customer: Ying Guan | Address: 1400 Mission St Apt 402   San Francisco CA 94103 | |
| Home Phone: (415) 568-6822 | Cell Phone: | Work Phone: |
| Email: YYGUAN16@GMAIL.COM | | |

### Vehicle Information

| | | |
|---|---|---|
| Vin: WDCTG4GBXFJ097650 | Year: 2015 | Status: NORMAL |
| Short VIN: FJ097650 | Exterior Color: Mountain Grey | Transmission: 72401100646881 |
| Franchise: | Interior Color: Black MB-Tex | Warranty Start Date: 03/23/2015 |
| Model: GLA250W4 | Engine: 27092030585990 | Roadside Ext Date: |
| Mile: 36,263 | Fuel: G | Radio Code: |
| Roadside Eligibility: Eligible | Preferred Dealer: | Last Selling Dealer: MERCEDES-BENZ OF WALNUT CREEK (05158) |
| Sale At Dealer: | Last Servicing Dealer: MERCEDES-BENZ OF LONG BEACH (05119 ) | |
| Vin: WDDGF4HB8EA951791 | Year: 2014 | Status: NORMAL |
| Short VIN: EA951791 | Exterior Color: Diamond Silver Metallic | Transmission: 72299707745682 |
| Franchise: | Interior Color: Black MB Tex | Warranty Start Date: 04/20/2014 |
| Model: C250W | Engine: 27186030751736 | Roadside Ext Date: |
| Mile: 22,827 | Fuel: G | Radio Code: |
| Roadside Eligibility: Eligible | Preferred Dealer: | Last Selling Dealer: FLETCHER JONES MOTORCARS OF FREMONT (05157) |
| Sale At Dealer: | Last Servicing Dealer: FLETCHER JONES MOTORCARS OF FREMONT (05157 ) | |

GUAN_MBUSA_002642

**Service Request 2-5512501038 (Source: Compass, Vehicle Owner: Ying Guan)**

| | | |
|---|---|---|
| Service Request ID: 2-5512501038 | Vehicle Location Street: | Agent Name: Siebel Administrator |
| Last Name: Guan | City: | Agent ID: SADMIN |
| First Name: Ying | State: | Agent Phone: |
| Open: 06/03/2020 11:09:10.00 AM | Zip Code: | Agent Email: maurice.leinders@daimler.com |

**Vehicle Information**

| | | |
|---|---|---|
| Vin: WDDGF4HB8EA951791 | Year: 2014 | Model: C250W |
| Color: Diamond Silver Metallic | Franchise: | Rap Eligibility: |
| Miles: 22,827 | | |

**Case Summary**

| | | |
|---|---|---|
| Date Closed: | Type: Complaint | Sub Type: Vehicle Symptom |
| Area: Customer Retention | Dealer: FLETCHER JONES MOTORCARS OF FREMONT (05157) | |
| Detail Code: 999242 | Detail Description: Warranty Coverage | |
| Issue Summary: | | |

**Case Descriptions**

| | |
|---|---|
| Description and Expectation | CLRA |
| Solution Description | CLRA |
| Customer Expectation | CLRA |

**Activity Information: 2-2J7HII9**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5512501038 | 2-2J7HII9 | 2020-06-03 14:17:48.0 | Attachment | Closed | | | TMASTERSON | | | | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | Internal Case Info Request |

**Activity Comment:**

N/A

**Activity Description:**

Sent to MJ to respond as it is CLRA

**Activity Information: 2-2J7HII6**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5512501038 | 2-2J7HII6 | 2020-06-03 14:13:34.0 | Attachment | Closed | | | TMASTERSON | | | | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | Internal Case Info Request |

**Activity Comment:**

N/A

**Activity Description:**

Atty ack sent to:  Elliot Conn Conn Law, PC 354 Pine Street, 5th Floor San Francisco, CA 94104

### Activity Information: 2-2J6018D

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5512501038 | 2-2J6018D | | Round Robin Assignment | Closed | | | TMASTERSON | | | | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | Case Follow up |

### Activity Comment:
N/A

### Activity Description:
Case has been assigned to you via Round Robin. Please follow up.

### Activity Information: 2-2J4T62M

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5512501038 | 2-2J4T62M | 2020-06-03 09:44:23.0 | Letter - Inbound | Cancelled | | Ying Guan | DTOPF | Denise Topf | | denise.topf@mbusa.com | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | |

### Activity Comment:
WDDGF4HB8EA951791 javascript:void(0);    Thank you,    Denise Topf  Coordinator, Customer Advocacy  Mercedes Benz, USA    From: Topf, Denise (171)  denise.topf@mbusa.com   Sent: Tuesday, June 2, 2020 2:08 PM  To: Topf, Denise (171)  denise.topf@mbusa.com   Subject: GUAN    If you are not the addressee, please inform us immediately that you have received this e mail by mistake, and delete it. We thank you for your support.

### Activity Description:
FW  GUAN

### Service Request 2-1868487220 (Source: Compass, Vehicle Owner: Ying Ying Guan)

| | | |
|---|---|---|
| Service Request ID: 2-1868487220 | Vehicle Location Street: | Agent Name: Emmanuel Quainoo |
| Last Name: Guan | City: | Agent ID: EQUAINOO |
| First Name: Ying Ying | State: | Agent Phone: |
| Open: 08/16/2019 14:16:24.00 PM | Zip Code: | Agent Email: emmanuel.quainoo@mbusa.com |

### Vehicle Information

| | | |
|---|---|---|
| Vin: WDDGF4HB8EA951791 | Year: 2014 | Model: C250W |
| Color: Diamond Silver Metallic | Franchise: | Rap Eligibility: |
| Miles: 22,827 | | |

### Case Summary

| | | |
|---|---|---|
| Date Closed: 08/19/2019 | Type: Enquiry | Sub Type: Vehicle Symptom |
| Area: | Dealer: MERCEDES-BENZ OF SAN FRANCISCO (05612) | |
| Detail Code: 201 | Detail Description: Stalls/goes out | |
| Issue Summary: | | |

### Case Descriptions

| Description and Expectation | . |
|---|---|
| Solution Description | Vehicle was not diagnosed |

GUAN_MBUSA_002644

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-V1P31W | 2019-08-19 18:53:56.0 | Internal Information | Closed | | | EQUAINOO | Emmanuel Quainoo | | emmanuel.quainoo@mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | Note |

**Activity Comment:**
N/A

**Activity Description:**
General Tap    Age of vehicle  5 years old    Current Mileage  48,398    How many owners  2    Length of ownership  3 years old    Brand loyalty  Bronze    All Other    Warranty start date  4 20 2014    Customer pay    Fair    How many MB vehicle on file: 1    NEW, CPO, USED: CPO    Previous GW: NO    PPM or ELW: NO

**Activity Information: 2-V1P31T**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-V1P31T | 2019-08-19 18:46:49.0 | Call - Outbound | Closed | | | EQUAINOO | Emmanuel Quainoo | | emmanuel.quainoo@mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | To CUS 1st Feedback |

**Activity Comment:**
N/A

**Activity Description:**
Writer reviewed the notes and reached out to customer to follow up on their case (4156088812) Customer informed writer that her vehicle keeps stalling Vehicle was brought to the dealership and they informed the customer that it would cost her  700 dollars to diagnose her vehicle Writer told the customer that before their case can be reviewed for any assistance they would first need to get a full diagnoses for his vehicle  MBUSA would not be able to provide any coverage for the fees associated with the diagnoses Customer informed writer that she would need to get her vehicle diagnosed before anything can be reviewed Customer said thank you

**Activity Information: 2-V1NPII**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-V1NPII | 2019-08-19 18:26:10.0 | Call - Inbound | Closed | | | KGROVE | Katherine Grove | | katherine.grove@mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | From CUS |

**Activity Comment:**
N/A

**Activity Description:**
Customer called to speak with ERM.. Writer partner with Emmanuel who will reach out to customer after he wraps up the he is on

**Activity Information: 2-V1NPIF**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-V1NPIF | 2019-08-19 18:25:59.0 | Call - Inbound | Closed | | | KGROVE | Katherine Grove | | katherine.grove@mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | From CUS |

**Activity Comment:**
N/A

**Activity Description:**

..

### Activity Information: 2-V0MT5H

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-V0MT5H | 2019-08-19 13:25:43.0 | Call - Inbound | Closed | | Ying Guan | MATHIAS | Mychal Athias | | mychal.athias @mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | From CUS |

**Activity Comment:**

N/A

**Activity Description:**

Call from +14156088812  Customer called to speak with ERM. Writer advised still within 24hr turnaround and ERM will contact customer today regarding case.

### Activity Information: 2-UWG632

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-UWG632 | | Round Robin Assignment | Closed | | | EQUAINOO | Emmanuel Quainoo | | emmanuel.quai noo@mbusa.co m | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | Case Follow up |

**Activity Comment:**

N/A

**Activity Description:**

Case has been assigned to you via Round Robin. Please follow up.

### Activity Information: 2-UWG5YL

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1868487220 | 2-UWG5YL | 2019-08-16 14:15:23.0 | Call - Inbound | Cancelled | | Ying Guan | SCORIZZI | Scott Corizzi | | scott.s.corizzi @mbusa.com | 05612 | MERCEDES-BENZ OF SAN FRANCISCO | From CUS |

**Activity Comment:**

N/A

**Activity Description:**

Call from 4156088812  Customer stated  Vehicle has been stalling out of no where for over a year.  Dealership took multiple times in service to duplicate issue  Vehicle was taken into MB of San Francisco who advised either camshaft timing chain  Customer is working with Henry Iglesias  Customer already paid  250 diagnostic charge but that could not fine issue.  Repair diagnostic charge  700   Customer callback  4156088812  Customer looking for MBUSA assistance with large diagnostic fee before large repair cost.  Writer advised call will be referred to ERM for possible GWA, Writer advised 24 business hour callback from ERM.

### Service Request 1-383697639 (Source: C1C, Vehicle Owner: Sonya Suri)

| | | |
|---|---|---|
| Service Request ID: 1-383697639 | Vehicle Location Street: McCarthy Ranch Marketplace, 260 Ranch Dr | Agent Name: Andrew Dina |
| Last Name: Suri | City: MILPITAS | Agent ID: ANDDINA |
| First Name: Sonya | State: CA | Agent Phone: |
| Open: 10/19/2015 21:33:25.00 PM | Zip Code: 95035 | Agent Email: |

**Vehicle Information**

| | | |
|---|---|---|
| Vin: WDDGF4HB8EA951791 | Year: 2014 | Model: C250W |
| Color: Diamond Silver Metallic | Franchise: | Rap Eligibility: Eligible |
| Miles: 22,827 | | |

**Case Summary**

| | | |
|---|---|---|
| Date Closed: 10/21/2015 | Type: Breakdown | Sub Type: Jump Start |
| Area: Roadside | Dealer: FLETCHER JONES MOTORCARS OF FREMONT (05157) | |
| Detail Code: 6289 | Detail Description: Battery discharges | |
| Issue Summary: | | |

**Case Descriptions**

**Attachments Summary**

| |
|---|
| No attachments exist for the Siebel SR: 1-383697639 |

**Activity Information: 1383697676**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-383697639 | 1383697676 | 2015-10-19 21:51:55.0 | Page Dealer | System Closed | Acknowledged VRU | Sonya Suri | ANDDINA | Andrew Dina | | | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | |

**Activity Comment:**

N/A

**Activity Information: 1383697640**

| Service Request | Activity Id | Created Date | Type | Status | Sub Status | Name | Owner | Owner Name | Phone | Email | Dealer Code | Dealer Name | Response Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-383697639 | 1383697640 | 2015-10-19 21:33:25.0 | Call - Inbound | System Closed | NOT APPLICABLE | | ANDDINA | Andrew Dina | | | 05157 | FLETCHER JONES MOTORCARS OF FREMONT | |

**Activity Comment:**

Inbound Call - Log - ANI=6503051155 , DNIS = 3, Data_A=6503051155, Data_B=6503051155, Data_C=101, Data_D=3, Data_E= ,Time-10/19/2015 5:33:24 PM ,CH-7580

**Service Request 1-375025876 (Source: C1C, Vehicle Owner: Sonya Suri)**

| | | |
|---|---|---|
| Service Request ID: 1-375025876 | Vehicle Location Street: 2043 W El Camino Real | Agent Name: Jennifer Gismondi |
| Last Name: Suri | City: Mountain View | Agent ID: JGISMON |
| First Name: Sonya | State: CA | Agent Phone: |
| Open: 09/03/2015 16:16:30.00 PM | Zip Code: 940402670 | Agent Email: |

**Vehicle Information**

| | | |
|---|---|---|
| Vin: WDDGF4HB8EA951791 | Year: 2014 | Model: C250W |
| Color: Diamond Silver Metallic | Franchise: | Rap Eligibility: Eligible |
| Miles: 22,827 | | |

**Case Summary**

# Exhibit 2



ELLIOT CONN
354 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
MAIN: (415) 417-2780
FAX: (415) 358-4941
HTTPS://CONNLAWPC.COM
ELLIOT@CONNLAWPC.COM

May 26, 2020

**VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED AND FEDEX**
Mr. Nicholas Speeks
Chief Executive Officer
Mercedes-Benz USA, LLC
One Mercedes-Benz Drive
Sandy Springs, GA 30328-4201

> **Re:**   ***Guan v. Mercedes-Benz USA, LLC***
> **San Francisco County Superior Court, Case No. CGC-20-584498**
>
> **Notice of Violations of Civil Code Section 1750, *et seq*. and Demand for Corrective Action**

Dear Mr. Speeks,

As detailed in the enclosed complaint in *Guan v. Mercedes-Benz USA, LLC*, your company has violated and is continuing to violate provisions of the Consumers Legal Remedies Act, California Civil Code Section 1750, *et seq*. The purpose of this letter is to notify you of these violations and demand that you take corrective action by:

1. Conducting a recall of all 2012-2014 Mercedes-Benz C250 vehicles in California and replacing the intake and exhaust camshaft adjusters at no expense to the owners of the vehicles;

2. Sending a letter to the last known address of every known owner in California of a 2012-2014 model year Mercedes-Benz C250 vehicle, notifying them that Mercedes-Benz will fully reimburse any costs or expenses previously incurred in connection with replacing their vehicles intake and/or exhaust camshaft adjusters;

3. Agreeing to cover under warranty, defective camshaft adjusters on all 2012-2014 Mercedes-Benz C250 vehicles for a period of 170,000 miles/17 years; and

4. Publishing a notice in the Wall Street Journal, Los Angeles Times, San Francisco Chronicle, and USA Today, advising current and former owners of 2012-2014 Mercedes-Benz C250 vehicles in California of their right to receive reimbursement for any expenses incurred in connection with the defective camshaft adjusters in the past and to have any future expenses covered under Mercedes-Benz's warranty for a period of 170,000 miles/17 years. The notice shall also be published on a website established and maintained by Mercedes-Benz for at least one year.

Conn to Speeks
May 26, 2020
Page 2 of 2

      Unless Mercedes-Benz takes the corrective action set forth herein within 30 days, Ms. Guan will amend her complaint to seek damages under the CLRA.  Thank you for your attention to this matter.

Very truly yours,

Elliot Conn

CC:    Matthew Everitt (Vice President and General Counsel, Mercedes-Benz USA, LLC)
        Brian Warwick

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

7020 0090 0001 4016 5856

**Mr. Nicholas Speeks**

**Chief Executive Officer**

**Mercedes-Benz USA, LLC**

**One Mercedes-Benz Drive**

**Sandy Springs, GA 30328-4201**

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

# Exhibit 3

Lawyaw Package ID: ed358408-116e-4c1        5a-4cd1ce5e6dec

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
| --- | --- |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
YING YING GUAN, individually, on behalf of all others similarly situated, and on behalf of the general public

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* **CGC-20-584498** |
| --- | --- |

Civic Center Courthouse
400 McAllister St.
San Francisco CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Elliot Conn Bar No. 279920          415-417-2780
354 Pine St., 5th Floor, San Francisco, CA 94104

| DATE: *(Fecha)* **MAY 2 0 2020** | **Clerk of the Court** Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
| --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**ANGELICA SUNGA**

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
         ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
| --- | --- | --- |

BY FAX

F I L E D
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

MAY 2 0 2020

CLERK OF THE COURT
BY: _____
ANGELICA SUNGA   Deputy Clerk

1   CONN LAW, PC
    ELLIOT CONN            Bar No. 279920
2   354 Pine Street, 5th Floor
    San Francisco, CA 94104
3   Telephone: (415) 417-2780
    Facsimile: (415) 358-4941
4
5   VARNELL & WARWICK, P.A.
    JANET R. VARNELL (*pro hac vice* admission application forthcoming)
    BRIAN W. WARWICK (*pro hac vice* admission application forthcoming)
6   MATTHEW T. PETERSON (*pro hac vice* admission application forthcoming)
    1101 E. Cumberland Ave., Suite 201H, #105
7   Tampa, Florida 33602
    Telephone: (352) 753-8600
8   Facsimile: (352) 504-3301

9   Attorneys for Plaintiff Ying Ying Guan and the putative class

10

11          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

12              IN AND FOR THE COUNTY OF SAN FRANCISCO

13

14  YING YING GUAN, individually, on behalf          Case No.  CGC-20-584498
    of all others similarly situated, and on behalf
15  of the general public                            CLASS ACTION

16                  Plaintiff.                        COMPLAINT FOR DAMAGES AND
                                                      EQUITABLE RELIEF
17      vs.
                                                      Unlimited Civil Case
18  MERCEDES-BENZ USA, LLC; and DOES 1
    through 50, inclusive,                            Complex Designation Requested
19
                    Defendants.                       JURY TRIAL DEMANDED
20  _____/

21          Plaintiff Ying Ying Guan ("Guan"), on behalf of herself and all others similarly situated,

22  and on behalf of the general public, hereby complains against Defendant Mercedes-Benz USA,

23  LLC ("Mercedes-Benz" or "Defendant"), and DOES 1 through 50, inclusive, and on information

24  and belief alleges as follows:

25                              **INTRODUCTION**

26  1.      This is a class action against Mercedes-Benz brought on behalf of a class of California

27  residents who purchased either a new or a Mercedes-Benz Certified Pre-Owned 2012-2014

28  model year Mercedes-Benz C250 vehicle (the "Subject Vehicles").

                                    1
                        CLASS ACTION COMPLAINT

BY FAX

2.     As detailed herein, Defendant Mercedes-Benz wrongfully and intentionally concealed a latent defect in the camshaft adjusters of the Subject Vehicles, which causes the camshaft adjusters to fail prematurely, forcing Plaintiff and members of the Class to incur substantial out of pocket costs to replace the damaged camshaft adjusters and attendant engine parts. These repairs can cost upwards of $10,000.

3.     The Subject Vehicles' intake and exhaust camshaft adjusters control the engine's intake and exhaust camshafts respectively. The camshafts and camshaft adjusters are integral engine parts that regulate the opening and closing of the valves that allow the air/fuel mixture into the engine and the exhaust out of the engine. When either camshaft adjuster malfunctions, the engine will operate poorly and have trouble starting; and if one completely fails, the engine will not run.

4.     Because of this, the camshaft adjuster defect presents a significant safety risk for Plaintiff and members of the Class. If either of the camshaft adjusters completely fail, the vehicle loses engine power, which causes a loss in the ability to accelerate and maintain speed. The drivers and occupants of the Subject Vehicles are at risk for rear-end collisions and other accidents as a result of Mercedes-Benz's failure to disclose the existence of the camshaft adjusters' design defect and corresponding safety risk.

5.     Despite Mercedes-Benz's knowledge of the camshaft adjuster defect, Mercedes-Benz has never disclosed to Plaintiff and members of the Class that the defect exists or that drivers and occupants of the Subject Vehicles are at risk. Notwithstanding the fact that the camshaft adjusters should operate for the anticipated life of the engine, Mercedes-Benz has refused to repair or replace the camshaft adjusters outside of the time periods covered by Mercedes-Benz's express written warranties.

6.     According to Mercedes-Benz's Maintenance Booklet for the Subject Vehicles, the camshaft adjusters are expected to last for the useful life of the engine, or at least 170,000 miles, without the need for maintenance, repair, or replacement. Owners of the Subject Vehicles were provided owner's manuals and Maintenance Booklets that do not show any camshaft adjuster inspection or maintenance within the first 170,000 miles.

//

7.      At all relevant times, Mercedes-Benz knew or should have known of the existence and manifestation of this defect from its own Repair Campaign Bulletins, consumer complaints, watchdog reports, and even federal regulatory databases. In addition, Mercedes-Benz's authorized dealerships, acting as Mercedes-Benz's agents for purposes of repairing the Subject Vehicles, have received an inordinate number of complaints from customers regarding premature failure of the camshaft adjusters on both the 2012-2014 C250s and earlier Mercedes-Benz model vehicles. Despite the pervasive nature of the design defect and the tremendous cost of repair, Mercedes-Benz has refused to cover the cost of the repairs for consumers.

8.      Also, despite this knowledge, Mercedes-Benz has not disclosed the latent design defect to consumers, and will continue to hide the design defect.

9.      As a result of Mercedes-Benz's failure to take appropriate corrective or remedial action, and concealment and affirmative misrepresentation of the existence of this design defect from unsuspecting owners, Mercedes-Benz has caused Plaintiff and members of the Class to bear expenses and costs they otherwise should not have had to bear in violation of Magnuson-Moss Warranty Act, 15 U.S.C. §2301 *et seq.*, the Song-Beverley Consumer Warranty Act Civil Code §1790 *et seq.*, the Consumers Legal Remedies Act ("CLRA"), Civil Code §1750 *et seq.*, and California's Unfair Competition Law ("UCL"), Business and Professions Code §17200 *et seq.*

10.     By virtue of this class action, Plaintiff seeks to enjoin Mercedes-Benz's unlawful and unfair practices and to require Mercedes-Benz to compensate Plaintiff and members of the Class for the losses they have incurred. Plaintiff also seeks attorneys' fees, costs, and expenses.

**PARTIES**

11.     Plaintiff Ying Ying Guan is an individual, over 18 years of age, who purchased a 2014 Mercedes-Benz C250. At all times relevant herein, Plaintiff is a California citizen and resident of San Francisco County, California.

12.     Defendant Mercedes-Benz USA, LLC ("Mercedes-Benz") is a Delaware company with its principal place of business at 1 Mercedes-Benz Drive, Sandy Springs, Georgia 30328-4301. Mercedes-Benz members are believed to be citizens of states different from the Plaintiff including foreign entities, and that Mercedes-Benz will list the citizenship of all its members in

3
CLASS ACTION COMPLAINT

1   its corporate disclosure statement. Defendant is a subsidiary of Daimler, AG, the manufacturer of

2   Mercedes branded vehicles. Founded in 1965, Mercedes-Benz USA, LLC is responsible for the

3   distribution and marketing of Mercedes and Maybach automobiles within the United States.

4   Defendant was the entity responsible for injecting the Mercedes vehicles purchased by Plaintiff

5   and the class into the United States stream of commerce.

6   13.     Defendants DOES 1 through 50 are persons or entities whose true names and capacities

7   are presently unknown to Plaintiff and who therefore are sued by such fictitious names. Plaintiff

8   is informed and believes and thereon alleges that each of the fictitiously named Defendants

9   perpetrated some or all of the wrongful acts alleged herein, are responsible in some manner for

10  the matters alleged herein, and are jointly and severally liable to Plaintiff. Plaintiff will seek

11  leave of court to amend this complaint to state the true names and capacities of such fictitiously

12  named Defendants when ascertained.

13                          **JURISDICTION AND VENUE**

14  14.     Venue is proper in the County of San Francisco because Plaintiff is, and at all times

15  relevant herein was, a resident of San Francisco County and because Defendant was, at all times

16  relevant herein, doing business in the County of San Francisco.

17  15.     This Court has jurisdiction over Mercedes-Benz because it, at all times relevant herein,

18  was qualified to do business and regularly conducted business in California.

19  16.     This Court also has jurisdiction over Plaintiff's claims because Plaintiff is a California

20  resident, the Class consists entirely of California residents, and the acts and practices challenged

21  herein have occurred and continue to occur in California.

22                          **THE REPRESENTATIVE TRANSACTION**

23  17.     On or around July 2, 2016, Plaintiff purchased a Mercedes-Benz Certified Pre-Owned

24  ("CPO") 2014 Mercedes-Benz C250 (the "vehicle") from an authorized Mercedes-Benz

25  dealership.

26  18.     The Mercedes-Benz Certified Pre-Owned Program is a Mercedes-Benz program designed

27  to encourage trade-in of Mercedes-Benz vehicles to authorized dealers to increase trade-in value

28  and to encourage customers to purchase used Mercedes-Benz vehicles with the assurance that the

1  CPO vehicles have been gone through "an exhaustive certification process" and have Mercedes-
2  Benz factory warranty coverage.
3  19.     In order to qualify for the Mercedes-Benz Certified Pre-Owned Program, vehicles must
4  meet "stringent criteria," including, but not limited to, having less than 75,000 miles on the
5  odometer, being less than 6 years old, and having been serviced according to maintenance
6  schedule, and must pass a "rigorous inspection" including "a thorough condition check
7  verification of your engine from filters and plugs to engine mounts and V-belts."
8  20.     In addition to being covered by any remaining portion of the Mercedes-Benz four-
9  year/50,000 mile New Vehicle Limited Warranty, all Mercedes-Benz CPO vehicles come with a
10  CPO Limited Warranty that "provides comprehensive coverage for another 12 months," with
11  unlimited mileage, beyond the New Vehicle Limited Warranty period.
12  21.     At the time of purchase, Plaintiff's vehicle was two years old and had 22,827 miles on the
13  odometer, which meant that at the time of purchase by Plaintiff, the vehicle came with both the
14  remainder of the 4-year/50,000-mile New Vehicle Limited Warranty and an additional
15  comprehensive one-year CPO Limited Warranty from Mercedes-Benz.
16  22.     At the time the Vehicle was delivered to Plaintiff, it was equipped with camshaft
17  adjusters that were defectively designed. The defect caused the camshaft adjusters to fail,
18  resulting in check engine lights being displayed and long crank at start up after being driven for
19  less than 50,000 miles.
20  23.     In August 2019, when Plaintiff's Vehicle had less than 50,000 miles on the odometer,
21  Plaintiff first discovered that the vehicle's "Check Engine Light" was illuminated and that the
22  vehicle experienced a "long crank during start up." These defects occurred despite Plaintiff
23  operating the vehicle in a manner consistent with its intended use, having had no accidents with
24  the vehicle, and Plaintiff regularly maintaining the vehicle.
25  24.     Plaintiff took the vehicle in for service to Mercedes-Benz of San Francisco, a factory-
26  authorized Mercedes-Benz dealership. The dealership ran the vehicle for fault codes and found
27  that "VIA SOS SHOWS STORED FAULT CODE IN ME FOR P034062 the position sensor for
28  the intake camshaft (cylinder bank 1) has an electrical fault."

25.     Plaintiff was told by Mercedes-Benz of San Francisco that she would need to pay $1,000 just to have the vehicle "opened up" and that repairs would costs thousands of dollars more. When Plaintiff complained that a vehicle of such low mileage and age should not require such a costly repair, she was told by the dealership that the vehicle was outside of Mercedes-Benz's express warranties (totaling 5 years). Plaintiff was advised to contact Mercedes-Benz directly.

26.     As a result, Plaintiff subsequently complained directly to Mercedes-Benz, but was not offered any relief. Rather, Plaintiff was told that she *might* get a discount if she had the vehicle repaired at an authorized Mercedes-Benz dealership as opposed to an independent repair shop.

27.     Plaintiff had no choice but to take the vehicle to a certified Mercedes-Benz independent repair facility and pay $3,700 to have the vehicle's intake and exhaust camshaft adjusters, timing chain tensioner and related seals and gasket replaced, because continuing to drive the Vehicle would pose a safety hazard, as the defective camshaft adjusters would eventually cause the Vehicle to fail, without any warning.

### THE CAMSHAFT ADJUSTERS ON THE SUBJECT VEHICLES

28.     The Subject Vehicles are equipped with M271.8 EVO engines that were first introduced by Mercedes-Benz into the United States with the 2012 model year. The M271.8 EVO engine contains defective intake and exhaust camshaft adjusters which are prone to premature malfunction and failure, creating a safety risk and forcing Plaintiff and members of the Class to pay thousands of dollars to replace the camshaft adjusters and attendant engine parts.

//
//
//
//
//
//
//
//
//

29.    For illustrative purposes, below is a photo of camshaft adjusters:



30.    The camshaft adjusters are part of the Subject Vehicles' engine's variable valve timing system. The intake camshaft on a vehicle controls the valves that allow the combination of air and fuel into the vehicle's engine. The exhaust camshaft controls the valves that allow for the release of exhaust gases from the engine.

31.    How far intake and exhaust valves open, how long they stay open, and when they open and close, impacts engine performance and fuel efficiency.

32.    With a "fixed camshaft," the end of each camshaft is forged to a gear connected to the timing chain that is also connected to the engine's crankshaft. The valves' timing (i.e. when intake and exhaust valves open and close) is dictated by the gears' relative position to the crankshaft via the timing chain.

33.    Instead of a fixed gear at the end of the camshaft, a camshaft adjuster (or phaser) connects to a camshaft (and the timing chain) and allows for continuous adjustment of the camshaft's position relative to the crankshaft. If the camshaft is "advanced," or turned slightly relative to the crankshaft, the valves will open and close sooner, improving fuel efficiency but impacting performance. Conversely, "retarding" the camshaft, turning it so valves open and close late, improves horsepower but impacts fuel efficiency. A camshaft adjuster allows the

1    vehicle's computer to continuously adjust the camshafts based on operating conditions (*e.g.*
2    different RPMs) to improve both performance and fuel efficiency.

3    34.    If either of the Subject Vehicles' camshaft adjusters begin to malfunction, the vehicle can
4    choke, hesitate, have a long crank, take longer to start, and can take multiple attempts before it
5    will turn over. This is because the vehicle's computer software reads a fault when sensing the
6    intake and/or exhaust variable camshaft and the vehicle will not start. When the vehicle
7    eventually starts, the engine will rattle, may make a grinding noise or knocking sound, and the
8    check engine light may remain on. The vehicle may go into "limp" mode and not drive properly.
9    Alternatively, the vehicle may stall or stutter and drivers will have trouble accelerating after
10   coming to a stop. And if an adjuster completely fails, it can come loose from the timing chain
11   and the vehicle will not operate at all.

12   35.    Because there are two camshaft adjusters, when one is replaced, the other typically is
13   advised to be replaced as well, so the timing chain is not interrupted by two dissimilarly aged
14   camshaft adjusters. The timing chain and/or timing chain tensioner may also need to be replaced.
15   Replacement of both camshaft adjuster and the timing chain can cost up to $10,000.

16   36.    Based on Mercedes-Benz's representations in the Maintenance Booklet provided with the
17   Subject Vehicles, the camshaft adjusters are intended and reasonably expected to last for the
18   useful life of the engine, at least 170,000 miles, without the need for repair or replacement.

19   37.    According to the Subject Vehicles' maintenance schedules, the camshaft adjusters in the
20   Subject Vehicles are expected to last for the useful life of the Subject Vehicles' engine and
21   should not require maintenance or replacement. The maintenance schedules for each Subject
22   Vehicle model year does not require maintenance of the camshaft adjusters within 170,000 miles
23   (the highest number of miles shown in the maintenance schedule). The failure of the camshaft
24   adjusters in the Subject Vehicles occurs prematurely and before any reasonable consumer would
25   expect the failure to occur.

26   38.    No reasonable consumer expects to spend thousands of dollars to repair or replace
27   essential engine components during the useful life of the engine, *i.e.* within the first 170,000
28   miles of use. Further, Plaintiff and members of the class do not reasonably expect their camshaft

8
CLASS ACTION COMPLAINT

1   adjusters to fail before the end of the useful life of the engine or to pay to replace their camshaft

2   adjusters or timing chain/timing chain tensioner in the event of a camshaft adjuster malfunction

3   and/or failure.

4   39.     As a direct result of Mercedes-Benz's wrongful conduct, Plaintiff and members of the

5   Class have been or will be forced to pay thousands of dollars to replace their camshaft adjusters

6   and other parts affected by the camshaft adjusters' failure.

7   40.     Plaintiff and members of the Class also suffered diminished market value and other

8   damages related to their purchase of the Subject Vehicles as a direct result of Mercedes-Benz's

9   material misrepresentations and omissions regarding the standard, quality or grade of the Subject

10  Vehicles and/or the existence of the camshaft adjuster defect. The fact that the camshaft adjusters

11  are prone to premature failure is material to Plaintiff and members of the Class both because it

12  subjects Plaintiff and members of the Class to unexpected costs of replacement ranging in the

13  thousands of dollars, and because the sudden failure of the camshaft adjusters presents a risk of

14  injury and/or death to drivers and passengers of the Subject Vehicles. The intake and exhaust

15  camshaft adjusters are integral components of the M271.8 EVO engine in the Subject Vehicles

16  and their failure can lead to the inability to accelerate or maintain speed. These types of failures

17  subject drivers and passengers of the Subject Vehicles to safety risks, including the potential for

18  rear-end collisions and other accidents. As a result of Mercedes-Benz's material

19  misrepresentations and omissions, including the failure to disclose that the Subject Vehicles are

20  prone to premature camshaft adjuster failure, Mercedes-Benz has recklessly placed Plaintiff and

21  members of the Class and the occupants of the Subject Vehicles at risk.

22  **MERCEDES-BENZ'S KNOWLEDGE OF THE CAMSHAFT ADJUSTER DEFECT**

23  41.     The problems that Plaintiff experienced with her vehicle and camshaft adjusters are not a

24  localized phenomenon. Mercedes-Benz owners and lessees across the United States and in other

25  countries have reported premature failure of the camshaft adjusters in their 2012-2014 C250

26  vehicles that have necessitated costly repairs and replacements.

27  42.     Many of these individuals have called Mercedes-Benz's consumer complaint line or

28  advised their dealership of the problem when attempting warranty repairs. Mercedes-Benz tracks

9

CLASS ACTION COMPLAINT

1   customer calls as well as feedback from dealerships and other repair facilities. Mercedes-Benz

2   also maintains a database regarding warranty service requests, and tracks the sale of replacement

3   parts, including intake and exhaust camshaft adjusters and timing chains. Together, the available

4   data demonstrate that an inordinate number of Subject Vehicles have experienced premature

5   failure of their camshaft adjusters, particularly when compared to other vehicles.

6   43.      Plaintiff is informed and believes and, on that basis alleges that Mercedes-Benz tracks

7   complaints made to the National Highway Transportation Safety Administration ("NHTSA").

8   NHTSA has on record numerous complaints over the years by vehicle owners complaining of

9   premature failure of the camshaft adjusters on 2012-2014 C250s, including complaints that pre-

10  date Plaintiff's purchase.

11  44.      Below is a small sampling of consumer complaints made to NHTSA regarding failures of

12  the camshaft adjusters on Subject Vehicles:

13  • **Date Complaint Filed:** September 13, 2016
14    **Date of Incident:** September 6, 2016
      **Components(s):** ENGINE
15    **NHTSA ID Number:** 10906264
      **Consumer Location:** West Sacramento, CA
16    **Vehicle Make Model Year:** Mercedes Benz C250 2012
      **Vehicle Identification No. (VIN):** WDDGJ4HBXCF****
17    **Summary of Complaint:** WHEN STARTING THE CAR THE VEHICLE MAKE
      LOUD RATTLING NOISE AND THE ENTIRE CAR SHAKES. I TOOK THE CAR
      TO THE MECHANIC AND HE SAID IT IS THE CAMSHAFT
18    ADJUSTER/ACTUATORS. WHICH NEED TO BE REPLACED ALONG WITH THE
      TIMING CHAIN. HE ALSO SAID IT IS NOT SAFE TO DRIVE AS THEY CAN FAIL
19    AND CAR WILL STOP IN THE MIDDLE OF A ROAD. THE CAR WHEN TRYING
      TO ACCELERATE SOMETIMES DOESN'T WANT TO GO AND YOU CAN
20    ACTUALLY FELL THE CAR JERK SEEMING AS THE CHAIN IS SKIPPING. IT
      HAS HAPPENED MULTIPLE TIMES. CAR HAS 67,000 MILES AND THIS
21    STARTED HAPPENING AT 57K MILES.

22  • **Date Complaint Filed:** April 4, 2016
      **Date of Incident:** April 1, 2016
23    **Components(s):** ENGINE
      **NHTSA ID Number:** 10853394
24    **Consumer Location:** Dublin, CA
      **Vehicle Make Model Year:** Mercedes Benz C250 2012
25    **Vehicle Identification No. (VIN):** WDDGF4HB2CA****
      **Summary of Complaint:** TL* THE CONTACT OWNS A 2012 MERCEDES-BENZ
26    C250. WHILE THE VEHICLE WAS PARKED, THE VEHICLE MADE A LOUD
      CLANKING NOISE WHEN IT WAS STARTED. THE FAILURE OCCURRED
27    CONSTANTLY. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS
      DIAGNOSED THAT THE EXHAUST CAMSHAFT ADJUSTER FAILED AND
28    NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE

1    MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE
     MILEAGE WAS 57,219.
2
       o   **Date Complaint Filed:** July 12, 2017
3          **Date of Incident:** April 15, 2017
           **Components(s):** ENGINE
4          **NHTSA ID Number:** 11004697
           **Consumer Location:** Napa, CA
5          **Vehicle Make Model Year:** Mercedes Benz C250 2012
           **Vehicle Identification No. (VIN):** WDDGF4HB9CR****
6          **Summary of Complaint:** PURCHASED MY 2012 C250 WITH 45K MILES ON IT AT
           TIME OF PURCHASE. I PUT 4K MILES AND I STARTED HEARING A TICKING
7          NOISE ON START UPS THEN PROGRESSED. IT HAS TURNED OFF ON ME
           WHILE DRIVING AT ABOUT 35 MPH AND ANOTHER AT 25 MPH KINDA
8          SCARED TO DRIVE IT. YOU THINK WHEN YOU PAY FOR QUALITY YOU
           SHOULD GET IT, NOT HAVING TO $5500 FOR A CAMSHAFT LIFTER
9          REPLACEMENT IN UNDER THE FIRST 50K MILES THAT' INSANE! PLEASE
           SEND FEED BACK IN GOING TO TALK TO LAWYERS AND GET THERE VIEW
10         ON THE SITUATION BECAUSE THERE'S MORE THEN JUST A COUPLE WITH
           THIS PROBLEM AND SOME WITH VARY LOW MILES. THANKS FOR YOUR
11         TIME MUCH APPRECIATED .

12
       o   **Date Complaint Filed:** March 30, 2018
13         **Date of Incident:** March 28, 2018
           **Components(s):** ENGINE
14         **NHTSA ID Number:** 11082187
           **Consumer Location:** Fairfield, CA
15         **Vehicle Make Model Year:** Mercedes Benz C250 2012
           **Vehicle Identification No. (VIN):** WDDGF4HB6CA****
16         **Summary of Complaint:** MY C250 HAS ONLY 62,000 MILES. LAST MONTH,
           IGNITION COIL BROKE, SO I SPENT ABOUT $300 TO REPAIR THAT. ONLY 2
17         DAYS AFTER I FIXED THE PROBLEM, THE ENGINE INTAKE AND EXHAUST
           CAM SHAFT ADJUSTERS, TIMING CHAIN TENSIONER BROKE. TOTAL
18         REPAIR COST OF ABOUT $4,000. HOW CAN A VEHICLE THAT HAS ONLY
           62,000 MILES HAVE ALL THOSE MAJOR MECHANICAL PROBLEMS? I KNOW I
19         PURCHASED A LEMON. I CALLED AND TALKED TO BENZ CUSTOMER
           SERVICE REP IN NEW YORK AREA. ORIGINALLY HE TOLD ME THAT HE
20         SURE MADE IT SOUND LIKE THEY BENZ WILL PAY FOR A BIG CHUNK OF
           TOTAL REPAIR BILL. AND PROMISED TO ME THAT HE WILL GET BACK TO
21         ME WITH AN ANSWER WITHIN FEW DAYS. I CALLED HIM MANY TIMES AND
           MY WIFE CALLED HIM AS WELL. NEVER A REPLY FOR OVER A MONTH.
22         OUT OF FRUSTRATION, I TRIED TO FIND HIS SUPERVISOR. ONLY AFTER I
           TRY TO TALK TO HIS SUPERVISOR, THE CUSTOMER REP CALLED ME UP
23         AND OFFER 10% OF REPAIR COST. HE BLAME ME FOR NOT TAKING MY
           BENZ TO FOR ALL MECHANICAL ISSUES DURING POSSESSION OF MY
24         VEHICLE. THAT IS THE REASON WHY BENZ OFFERED TO PAY FOR 10% OF
           REPAIR COST. SO I TOLD HIM. BENZ SALESMAN NEVER MENTIONED THAT
25         TO ME. IF IN FACT, I HAD TO TAKE MY VEHICLE TO BENZ DEALERSHIP FOR
           ANY REPAIRS TO GET BETTER SERVICE DISCOUNT, I WOULD HAVE TAKEN
26         IT TO BENZ DEALERSHIP. THEY NEVER MENTION NO SUCH THING, AND
           NOW MAKING EXCUSE TO BLAME ME FOR THEM SELLING ME A LEMON. I
27         AM SO DISAPPOINTED BY QUALITY AND CUSTOMER SERVICE OF
           MERCEDES BENZ COMPANY.
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Date Complaint Filed:** April 12, 2018
  **Date of Incident:** March 30, 2018
  **Components(s):** ENGINE
  **NHTSA ID Number:** 11084770
  **Consumer Location:** Woodland Hills, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2012
  **Vehicle Identification No. (VIN):** WDDGF4HB8CR****
  **Summary of Complaint:** TL* THE CONTACT OWNS A 2012 MERCEDES-BENZ C250. UPON STARTING THE VEHICLE, A LOUD NOISE WAS HEARD COMING FROM THE ENGINE COMPARTMENT AND THE SERVICE ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE THE CONTACT WAS ADVISED THAT THE CAMSHAFT AND TIMING CHAIN NEEDED ADJUSTMENT. THE DEALER WAS NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 56,000.

- **Date Complaint Filed:** May 2, 2018
  **Date of Incident:** April 22, 2018
  **Components(s):** ENGINE
  **NHTSA ID Number:** 11091409
  **Consumer Location:** San Diego, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2012
  **Vehicle Identification No. (VIN):** N/A
  **Summary of Complaint:** TL* THE CONTACT OWNS A 2012 MERCEDES-BENZ C250. THE CONTACT HEARD AN ABNORMAL NOISE COMING FROM THE ENGINE COMPARTMENT WHEN THE VEHICLE WAS STARTED. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TOWED TO MERCEDES-BENZ OF SAN DIEGO IN SAN DIEGO, CA WHERE IT WAS DIAGNOSED THAT THE CAM SHAFT ADJUSTER WAS DEFECTIVE AND NEEDED TO BE REPLACED. THE FAILURE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED, BUT ONLY OFFERED THE CONTACT A DISCOUNT TOWARDS THE COST OF THE REPAIR. THE FAILURE MILEAGE WAS APPROXIMATELY 49,000. THE VIN WAS NOT AVAILABLE.

- **Date Complaint Filed:** January 21, 2019
  **Date of Incident:** July 1, 2018
  **Components(s):** ENGINE
  **NHTSA ID Number:** 11171258
  **Consumer Location:** Chula Vista, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2012
  **Vehicle Identification No. (VIN):** WDDGF4HB4CA****
  **Summary of Complaint:** TAKATA RECALL. HORRIBLE NOISE COMING FROM ENGINE. SCARED IT IS THE DREADED CAMSHAFT AND TIMING CHAIN COMBO. IT IS RIDICULOUS THIS HAS YET TO BE RECALLED BY MERCEDES. NOT SAFE AS THE CAR CAN LEAVE YOU STRANDED WITHOUT NOTICE.

- **Date Complaint Filed:** April 27, 2019
  **Date of Incident:** April 25, 2019
  **Components(s):** ENGINE
  **NHTSA ID Number:** 11204065
  **Consumer Location:** Sherman Oaks, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2012
  **Vehicle Identification No. (VIN):** WDDGF4HB0CR****

CLASS ACTION COMPLAINT

**Summary of Complaint:** DEALERSHIP DIAGNOSED PROBLEM WITH CAMSHAFT ADJUSTERS. THIS HAPPENED 2 TIMES ALREADY ON THE SAME VEHICLE, AND IT IS VERY COSTLY TO FIX ($4000). FIRST TIME I HAD A RATTLING NOISE FROM ENGINE, AND CHECK ENGINE LIGHT ON. FIRST TIME IT HAPPENED AT 46K MILES. SECOND TIME CAR HESITATES TO START, HAD LONG CRANKING, IT HAPPENED AT 69K MILES. IT IS A SYSTEMATIC, VERY COSTLY AND POTENTIALLY LIFE THREATENING PROBLEM.

• **Date Complaint Filed:** October 5, 2018
  **Date of Incident:** January 2, 2018
  **Components(s):** ELECTRONIC STABILITY CONTROL, ENGINE
  **NHTSA ID Number:** 11133535
  **Consumer Location:** Long Beach, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2013
  **Vehicle Identification No. (VIN):** WDDGJ4HBXDF****
  **Summary of Complaint:** I WAS EXPERIENCING AN ENGINE STALL WHEN STARTING MY VEHICLE AND A RATTLING LIKE NOISE COMING FROM THE ENGINE AS WELL IN EARLY JANUARY 2018. MY ENGINE LIGHT SENSOR CAME ON ABOUT 2 DAYS LATER. I TOOK MY CAR TO MB LONG BEACH AND WAS ADVISED THAT I NEEDED TO HAVE THE CAMSHAFT ADJUSTED WHICH WOULD COST ME APPROXIMATELY $4K+. IT WAS FURTHER EXPLAINED THAT THIS ISSUE WAS DUE TO A CRACK IN THE SHAFT AND THE OIL IS NOT BEING PROPERLY DISPERSED. AFTER FURTHER INVESTIGATION ON MY OWN BEHALF, THIS IS AN ENGINE MANUFACTURER DEFECT AND THERE ARE SEVERAL CONSUMER COMPLAINTS REGARDING THIS SAME ISSUE. AFTER CALLING MB USA SEVERAL TIMES, I FINALLY RECEIVED A CALL BACK STATING, I COULD RECEIVE A "1-TIME, 10% OFF THE TOTAL COST OF THE REPAIR. IF THIS WAS A CONSUMER RELATED VEHICLE REPAIR NEGLIGENCE THEN THE CONSUMER COVERING THE EXPENSE WOULD BE THE RIGHT THING TO DO, BUT WHEN THIS IS A DEFECT FROM THE MANUFACTURER AND MB IS AWARE OF IT THEN THIS EXPENSE SHOULD BE ONE THAT SHOULD COVER.

• **Date Complaint Filed:** June 16, 2019
  **Date of Incident:** August 15, 2015
  **Components(s):** ENGINE, FUEL/PROPULSION SYSTEM, POWER TRAIN
  **NHTSA ID Number:** 11220450
  **Consumer Location:** Salinas, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2013
  **Vehicle Identification No. (VIN):** N/A
  **Summary of Complaint:** CHECK ENGINE LIGHT CODE, P0340, CAMSHAFT POSITION SENSOR. PROBLEM INCLUDES DIFFICULTY STARTING CAR, ENGINE KNOCK UPON START, AND MISFIRES ACCELERATING TO PASS AT HIGHWAY SPEEDS.

• **Date Complaint Filed:** July 24, 2019
  **Date of Incident:** July 22, 2019
  **Components(s):** ENGINE
  **NHTSA ID Number:** 11234324
  **Consumer Location:** Buena Park, CA
  **Vehicle Make Model Year:** Mercedes Benz C250 2013
  **Vehicle Identification No. (VIN):** WDDGF4HBXDR****

1  **Summary of Complaint:** LOUD RATTLE AT COLD START UP THAT LAST FOR
   APPROXIMATELY 5 SECONDS. DIAGNOSED BY SEVERAL MECHANICS AS A
2  KNOWN ISSUE WITH CAM SHAFT VVT. CAM SHAFT ADJUSTER

3  • **Date Complaint Filed:** December 9, 2019
   **Date of Incident:** December 5, 2019
4  **Components(s):** ENGINE
   **NHTSA ID Number:** 11288041
5  **Consumer Location:** Riverside, CA
   **Vehicle Make Model Year:** Mercedes Benz C250 2013
6  **Vehicle Identification No. (VIN):** WDDGF4HB5DR****
   **Summary of Complaint:** AT 46,000 MILES MY MERCEDES BENZ C250 BEGAN
7  HESITATING TO START AND THEN AFTER STARTING MADE A SLIGHT
   GRINDING NOISE FOR 3 TO 4 SECONDS. AFTER THE CAR HAD HESITATED
8  TO START FOR SEVERAL DAYS THE ENGINE LIGHT THEN CAME ON. WHEN
   TAKEN IN FOR REPAIR I WAS TOLD THE CAM SENSOR AS WELL AS THE
9  CAM GEARS NEEDED TO BE REPLACED. I HAVE DONE ALL SCHEDULED
   MAINTENANCE ON THIS VEHICLE AND AM A VERY CONSERVATIVE
10 DRIVER, AS THIS CAR HAS VERY LOW MILES FOR BEING A 2013 MODEL.
   AFTER A BRIEF ONLINE SEARCH I FOUND COUNTLESS COMPLAINTS FROM
11 OTHER CONSUMERS THAT HAD THE EXACT SAME PROBLEM WITH THEIR
   MERCEDES BENZ C250. IF THE VEHICLE IS OUT OF WARRANTY THE
12 DEALERSHIPS ARE UNWILLING TO PERFORM THIS WORK AT ANY KIND OF
   DISCOUNT BECAUSE A FORMAL RECALL HAS NEVER BEEN MADE FOR THIS
13 ENGINE MODEL. THIS REPAIR RANGES IN PRICE FROM $4,000 TO $5,000.
   THIS SEEMS LIKE AN ISSUE THAT URGENTLY NEEDS TO BE LOOKED INTO
14 AS MANY CONSUMERS ARE BEING LEFT TO PAY THIS EXCESSIVE BILL FOR
   AN ISSUE THAT I BELIEVE MERCEDES BENZ KNOWS IS A SYSTEMIC
15 PROBLEM WITH THE ENGINE IN THE C250 MODEL.

16 • **Date Complaint Filed:** August 23, 2019
   **Date of Incident:** August 17, 2019
17 **Components(s):** ENGINE
   **NHTSA ID Number:** 11246058
18 **Consumer Location:** Lancaster, CA
   **Vehicle Make Model Year:** Mercedes Benz C250 2014
19 **Vehicle Identification No. (VIN):** WDDGF4HB9EA****
   **Summary of Complaint:** TL* THE CONTACT OWNS A 2014 MERCEDES-BENZ
20 C250. WHILE DRIVING, THE VEHICLE FAILED TO ACCELERATE ABOVE 40-50
   MPH AND STALLED. THE VEHICLE WAS ABLE TO RESTART AND THE
21 CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO
   MERCEDES-BENZ OF VALENCIA (23355 VALENCIA BLVD, SANTA CLARITA,
22 CA 91355, (661) 753-5555) WHERE IT WAS DIAGNOSED THAT THE CAMSHAFT
   AND ENGINE SENSOR NEEDED TO BE REPLACED. THE VEHICLE WAS
23 REPAIRED; HOWEVER, THE FAILURE RECURRED. THE MANUFACTURER
   WAS CONTACTED AND REFERRED THE CONTACT TO THE LOCAL DEALER.
24 THE FAILURE MILEAGE WAS 75,000.

25 45.    Mercedes-Benz also engages in extensive pre-release testing that would have shown that

26 the camshaft adjusters on the 2012-2014 C250s are prone to premature failure. In fact, Mercedes-

27 Benz advertises that:

28 //

We test for your safety. Parts quality at Mercedes-Benz.
We make no compromises when it comes to your safety. We subject all parts to
extensive tests before they are allowed to be called Mercedes-Benz genuine parts.
In so doing we place particular emphasis on functionality, lifespan and resilience.
Safety has a home. Mercedes-Benz Service.[1]

46.     Indeed, Plaintiff is informed and believes, and on that basis alleges, that Mercedes-Benz has subsequently tested the camshaft adjusters on the 2012-2014 C250s and investigated their tendency to prematurely fail; and/or that the camshaft adjusters on the 2012-2014 C250s replaced do not exhibit any signs of abusive driving, improper maintenance, or other driver contributions.

47.     Mercedes-Benz, in fact, has known about the susceptibility of the camshaft adjusters' faultiness on previous models of Mercedes-Benz vehicles, yet omitted this information from being disclosed to Plaintiff and the Class.

48.     For example, in or around January 2009, Mercedes-Benz issued Star Bulletin, No. S-B-05.20/20b, providing instructions for how to replace the intake camshafts and camshaft adjusters on vehicles equipped with M156 engines when customers complain about "sporadically occurring noise when first starting the engine." (**Exhibit A**-Star Bulletin No. S-B-05.20/20b for Mercedes-Benz AMG vehicles equipped with engine M156)

49.     And, in or around December 2009, Mercedes-Benz issued Service Campaign No. 2009100001 for failing camshaft adjuster solenoids leaking oil into the engine wiring harness, for vehicle models that employed an earlier version of the M271 engine used in the 2012-2014 C250. (**Exhibit B**-Service Campaign Bulletin No. 2009100001 recalling camshaft adjuster solenoids on models 170/203 for years 2001-2004/2002-2004).

//

//

//

//

_____

[1] *See e.g.* https://www.mercedes-benz.com/en/vehicles/service-parts/we-test-for-your-safety-parts-quality-at-mercedes-benz-mercedes-benz-original-video/

50.     Additionally, in 2015, Mercedes-Benz settled a similar case, *Seifi v. Mercedes-Benz USA, LLC*, No. 3:12-cv-05493,(N.D. Cal), evidencing its knowledge of defective engine components, where it was alleged:

> As detailed, herein, the subject engines are equipped with defective gears in their balance shafts (in the event of the M272 engines) or with defective idle gears (in the case of the M273 engines). These defective gears wear out prematurely, excessively, and without warning, causing the vehicle to malfunction, the "check engine light" to remain illuminated, and the vehicle to misfire and/or stop driving. The only recourse is to have the balance shaft or idle gear replaced, which is a large scale repair job, taking numerous days and costing several thousand dollars. All the while, Defendant Mercedes-Benz USA, LLC ("Defendant" or "Mercedes") has known of the existence and manifestation of this defect, as is documented in its own internal documents, but has failed to take appropriate corrective or remedial action, and has concealed and affirmatively misrepresented the existence of this defect from unsuspecting owners and lessees.

51.     In light of the safety risk, the widespread failure, the multiple reports of the problem to Mercedes-Benz and government regulators, as well as the other sources of information available to Mercedes-Benz regarding replacements, Mercedes-Benz had exclusive and superior knowledge than the general public. Mercedes-Benz should have disclosed the defect and the fact that the camshaft adjusters on the Subject Vehicles had an unreasonably short lifespan and would require far more frequent replacement than reasonable consumers would expect, but it did not.

52.     Therefore, Mercedes-Benz had knowledge of the latent design defect in the camshaft adjusters at the time of Plaintiff's sale and omitted disclosing that information to Plaintiff.

53.     At all times relevant, Plaintiff remained unaware that the camshaft adjusters on the Subject Vehicles would prematurely fail under normal driving conditions.

54.     Had Mercedes-Benz disclosed that the camshaft adjusters would be subject to malfunction and/or failure during the useful lifespan of the Subject Vehicles' engine in any of the various brochures that Mercedes-Benz published on the Subject Vehicles, on its website, in its warranty manuals or maintenance booklets, or in the in the trade press, Plaintiff would have been aware of the design defect and would not have purchased the vehicle, or would have paid less for it. But Mercedes-Benz did not disclose any of this information; instead it proceeded to knowingly and purposefully fail to disclose the design defect to Plaintiff and members of the

1   Class.

2   55.    None of the advertisements reviewed or representations received by Plaintiff and

3   members of the Class contained any disclosure relating to the design defect or premature failure

4   of the camshaft adjusters in the Subject Vehicles. Rather, Mercedes-Benz represented that the

5   Subject Vehicles' camshaft adjusters and associated components such as the timing chain

6   tensioner would be maintenance free up to and including 170,000 miles.

7   56.    Had Mercedes-Benz disclosed that latent design defects in the camshaft adjusters would

8   require Plaintiff to spend thousands of dollars to repair or replace the camshaft adjusters and/or

9   other engine parts, Plaintiff would not have purchased her vehicle, or would have paid less for

10  her vehicle.

11  57.    When Plaintiff and members of the Classes purchased their Subject Vehicles, they

12  reasonably relied on the reasonable expectation that the Subject Vehicles' critical engine parts,

13  including the camshaft adjusters, would last for the lifespan of the engine, *i.e.* 170,000 miles,

14  without need for repair or replacement and/or would not pose an unavoidable safety risk. Had

15  Mercedes-Benz disclosed that the camshaft adjusters were prone to premature failure and/or an

16  unavoidable safety risk, Plaintiff and members of the Class would not have purchased the

17  Subject Vehicles, or would have paid less for their vehicles.

18  58.    The Subject Vehicles were operated in a reasonably foreseeable manner and as the

19  vehicles were intended to be used. Plaintiff and members of the Class have suffered an

20  ascertainable loss as a result of Mercedes-Benz's deceptive conduct, breach of contractual,

21  common law and statutory duties, and omissions and/or misrepresentations associated with the

22  camshaft adjuster defect, including but not limited to, out-of-pocket losses and/or the costs of

23  future replacements, and diminished performance and value of their respective vehicles.

24  59.    Neither Mercedes-Benz nor any of its agents, dealers, or other representatives informed

25  Plaintiff and members of the Class of the premature failure of the camshaft adjusters and/or the

26  defective nature of the camshaft adjusters prior to the purchase of the Subject Vehicles.

27  //

28  //

17
CLASS ACTION COMPLAINT

1

**TOLLING OF THE STATUTE OF LIMITATIONS**

2    60.    The causes of action alleged herein accrued upon discovery of the 2012-2014 C250

3    Vehicles' camshaft adjusters' premature failure. Plaintiff and members of the Class did not

4    discover and could not have discovered the factual bases of their claims through the exercise of

5    reasonable diligence because Mercedes-Benz knowingly and actively concealed the facts alleged

6    herein. By virtue of Mercedes-Benz's actions, Plaintiff and members of the Class have been kept

7    ignorant of vital information essential to the pursuit of these claims, without any fault or lack of

8    diligence on their part.

9    61.    Despite the fact that Mercedes-Benz knew or should have known about the design defects

10   in the camshaft adjusters in the 2012-2014 C250s, it failed to inform Plaintiff and members of

11   the Class of these facts.

12   62.    Mercedes-Benz was and is under a continuous duty to disclose to Plaintiff and members

13   of the Class material information regarding the defects with the camshaft adjusters in the 2012-

14   2014 C250s. The susceptibility to premature failure and ensuing safety hazards and requirements

15   for replacement of either or both the intake and exhaust camshaft adjusters and the timing

16   chain/timing chain tensioner is material information that a reasonable purchaser would consider

17   important when selecting an automobile.

18   63.    Since Plaintiff and members of the Class had no way of knowing or suspecting that the

19   camshaft adjusters in their 2012-2014 C250s were defective and were highly susceptible to

20   premature failure, Mercedes-Benz is estopped from relying on any statute of limitations in its

21   defense of this action.

22

**CLASS ACTION ALLEGATIONS**

23   64.    Plaintiff brings this class action on behalf of herself and all other persons similarly

24   situated. The proposed class (the "Class") is defined as follows:

25

26   All residents of California, who currently own, or previously owned, a 2012,
2013, or 2014 model year Mercedes-Benz C250, that was purchased either new or
as a Mercedes-Benz Certified Pre-Owned vehicle.

27   65.    Expressly excluded from the Class are: (a) any Judge or Magistrate Judge presiding over

28   this action and members of their immediate families; (b) Mercedes-Benz and any entity in which

18

CLASS ACTION COMPLAINT

1  Mercedes-Benz has a controlling interest, or which has a controlling interest in Mercedes-Benz,

2  and its legal representatives, assigns and successors; and (c) all persons who properly execute

3  and file a timely request for exclusion from the Class.

4  66.     Plaintiff reserves the right to amend the Class definition if further investigation and

5  discovery indicates that the Class definitions should be narrowed, expanded, or otherwise

6  modified.

7                                    **Numerosity and Ascertainability**

8  67.     Plaintiff is unable to state the precise number of members of the class because such

9  information is in the exclusive control of Mercedes-Benz. Due to the nature of the trade and

10  commerce involved, however, Plaintiff believes that the total number of class members is at least

11  in the thousands and members of the Class are so numerous that joinder of all class members is

12  impracticable. It is so numerous that joinder of all members would be impracticable. The exact

13  size of the proposed class, and the identity of the members thereof, will be readily ascertainable

14  from the business records of Mercedes-Benz. The disposition of the claims of these Class

15  Members in a single action will provide substantial benefits to all parties and to the Court. Class

16  Members are readily identifiable from information and records in Mercedes-Benz's possession,

17  custody, or control.

18                                            **Commonality**

19  68.     There are common questions of law and fact affecting the rights of each Class member

20  and common relief by way of damages. The harm that Mercedes-Benz has caused or could cause

21  is substantially uniform with respect to Class members. Common questions of law and fact that

22  affect the Class members include, but are not limited to:

23              (a)     Whether the camshaft adjusters on the 2012-2014 C250 vehicles fail prematurely

24              at unacceptably high rates;

25              (b)     Whether Mercedes-Benz has made and will continue to make false and/or

26              misleading statements of fact or has omitted and will continue to omit material facts to

27              members of the Class and the public concerning the camshaft adjusters on the 2012-2014

28              C250 vehicles;

1     (c)     If so, whether Mercedes-Benz's false and/or misleading statements of fact and

2     concealment of material facts concerning the performance and reliability of the camshaft

3     adjusters on the 2012-2014 C250 vehicles were likely to deceive the public;

4     (d)     Whether the camshaft adjusters on the 2012-2014 C250 vehicles fail to conform

5     to Mercedes-Benz's product specifications;

6     (e)     Whether Mercedes-Benz concealed from Plaintiff and members of the Class that

7     camshaft adjusters on the 2012-2014 C250 vehicles do not conform to Mercedes-Benz's

8     product specifications;

9     (f)     Whether, by the misconduct alleged in this action, Mercedes-Benz has violated:

10          (i)     the Magnuson-Moss Warranty Act.;

11          (ii)     the Song-Beverly Consumer Warranty Act;

12          (iii)     the Consumer Legal Remedies Act; and

13          (iv)     the Unfair Competition Law, Business & Professions Code §17200 *et seq.*

14     (g)     Whether by requiring Plaintiff and members of the Class to pay for repairs arising

15     from premature failure with the camshaft adjusters on the 2012-2014 C250 vehicles,

16     Mercedes-Benz has breached an implied warranty of merchantability to Plaintiff and

17     members of the Class; and

18     (h)     Whether, as a result of Mercedes-Benz misconduct as alleged herein, Plaintiff and

19     members of the Class are entitled to damages, restitution, injunctive relief, and other

20     remedies, and, if so, the amount and nature of such relief.

21     **Typicality**

22     69.     Plaintiff's claims are typical of the claims of the other members of the Class. Mercedes-

23     Benz's conduct has caused Plaintiff and members of the Class to sustain the same or

24     substantially similar injuries and damages. Plaintiff has no interests antagonistic to the interests

25     of the other members of the Class. Plaintiff and all members of the Class have sustained

26     economic injuries, including ascertainable loss and injury in fact, arising out of Mercedes-Benz's

27     violations of law as alleged herein.

28     //

**<u>Adequate Representation</u>**

70.     Plaintiff will fairly and adequately represent and protect the interests of the members of the Class. Plaintiff is a member of the Class and does not have any conflict of interest with other Class members. Plaintiff has retained and is represented by competent counsel who are experienced in complex class action litigation, including automobile defect and consumer class actions such as the present action.

71.     Plaintiff and her counsel are committed to vigorously prosecuting the action on behalf of the Class and have the financial resources to do so. Neither Plaintiff nor her counsel have interests adverse to those of the Class.

**<u>Predominance and Superiority</u>**

72.     The common questions of law and fact set forth herein predominate over any questions affecting only individual Class members. A class action provides a fair and efficient method for the adjudication of this controversy for the following reasons which is superior to the alternative methods involved in individual litigation:

(a)     The Class is so numerous as to make joinder impracticable. However, the Class is not so numerous as to create manageability problems. There are no unusual legal or factual issues that would create manageability problems. Prosecution of separate actions by individual members of the Class would create a risk of inconsistent and varying adjudications against Defendant when confronted with incompatible standards of conduct;

(b)     Adjudications with respect to individual members of the Class could, as a practical matter, be dispositive of any interest of other members not parties to such adjudications, or substantially impair their ability to protect their interests; and

(c)     Despite the costly nature of the repair costs suffered by Plaintiff and Class members, the claims of the individual Class members are, nevertheless, small in relation to the expenses of individual litigation, making a Class action the only procedural method of redress in which Class members can, as a practical matter, recover.

73.     The proposed class fulfills the certification criteria of Code of Civil Procedure § 382.

21
CLASS ACTION COMPLAINT

**FIRST CAUSE OF ACTION**
**(Violation of the Magnuson-Moss Warranty Act, 15 U.S.C. §2301, *et seq.*)**
**(On Behalf of the Class against Mercedes-Benz and applicable DOES)**

74.     Plaintiff re-alleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 73 above.

75.     The Magnuson-Moss Warranty Act imposes civil liability on any warrantor for, inter alia, failing to comply with any obligation under a written and/or implied warranty. 15 U.S.C. §2310(d)(1). The Act authorizes suits for damages and other legal and equitable relief and the award of attorney's fees, and expressly authorizes class actions. 15 U.S.C. §§2310(d)(1), 2310(e).

76.     The Subject Vehicles are tangible personal property distributed in commerce, normally used for personal, family, or household purposes. As such, the Subject Vehicles are "consumer products" as that term is defined in 15 U.S.C. §2301(1).

77.     Plaintiff and members of the Class have purchased the Subject Vehicles and are "consumers" as that term is defined in 15 U.S.C. §2301(3).

78.     At all relevant times, Mercedes-Benz has been a company engaged in the business of designing, manufacturing, and selling the Subject Vehicles to Plaintiff and members of the Class as well as the general public. The Subject Vehicles are also subject to implied warranties. As such, Defendant is a "warrantor" within the meaning of 15 U.S.C. §2301(5), and the Subject Vehicles are equipped with "implied warranties" as that term is defined in 15 U.S.C. §2301(7).

79.     Mercedes-Benz breached these implied warranties by misrepresenting the standard, quality or grade of the Subject Vehicles and failing to disclose and concealing the existence of the camshaft adjuster defect. Without limitation, the Subject Vehicles share a common camshaft adjuster defect in design, material, manufacturing and/or workmanship that is prone to premature failure and fails to operate as represented by Mercedes-Benz.

80.     Plaintiff and members of the Class have had sufficient direct dealings with Mercedes-Benz or its agents (dealerships) to establish privity of contract between Mercedes-Benz, on the one hand, and Plaintiff and members of the Class, on the other hand. Nonetheless, privity is not required here because Plaintiff and each of the other members of the Class are intended third-

1   party beneficiaries of contracts between Mercedes-Benz and its dealers, and specifically, of their

2   implied warranties. The dealers were not intended to be the ultimate users of the Subject

3   Vehicles and have no rights under the warranty agreements provided with the Subject Vehicles;

4   the warranty agreements were designed for and intended to benefit purchasers and lessees of the

5   Subject Vehicles only.

6   81.    Affording Mercedes-Benz, a reasonable opportunity to cure their breach of the implied

7   warranties would be unnecessary and futile. At the time of sale of each Subject Vehicle and all

8   relevant times thereafter, Mercedes-Benz knew of the material misrepresentations and omissions

9   concerning the standard, quality or grade of the Subject Vehicles and the existence of the

10  camshaft adjuster defect, but failed to replace the camshaft adjusters and/or disclose the camshaft

11  adjusters defect. Under the circumstances, the remedies available under any informal settlement

12  procedure would be inadequate and any requirement that Plaintiff resort to an informal dispute

13  resolution procedure and/or afford Mercedes-Benz a reasonable opportunity to cure its breach of

14  warranty is excused and thereby deemed satisfied.

15  82.    Plaintiff and members of the Class would suffer economic hardship if they returned their

16  Subject Vehicles, but did not receive the return of all payments made by them. Thus, Plaintiff

17  and members of the Class have not re-accepted their Subject Vehicles by retaining them.

18  83.    By requiring Plaintiff and members of the Class to pay for repairs that have resulted from

19  the camshaft adjuster's failure due to a latent defect that occurred through no fault of Plaintiff or

20  Class members, Mercedes-Benz has breached and will continue to breach these implied

21  warranties. Mercedes-Benz has had more than adequate opportunity to cure the problem, but has

22  not done so.

23  84.    Plaintiff and members of the Class have been damaged and will continue to be damaged

24  by Mercedes-Benz's failure to comply with its obligations under the applicable implied

25  warranties. As a direct and proximate result of Mercedes-Benz's breach of implied warranties,

26  Plaintiff and members of the Class have suffered actual economic damages.

27       WHEREFORE, Plaintiff prays for relief as set forth below.

28

## SECOND CAUSE OF ACTION
**(Breach of Implied Warranty in Violation of the Song-Beverly Consumer Warranty Act Civil Code §1790, *et seq*.)**
**(On Behalf of the Class against Mercedes-Benz and applicable DOES)**

85.     Plaintiff re-alleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 73 above.

86.     The Subject Vehicles are consumer goods that Plaintiff and members of the Class have purchased primarily for personal, or household purposes. As such, the Subject Vehicles are "consumer goods" as that term is defined in California Civil Code §1791(a).

87.     At all relevant times, Mercedes-Benz has been a company engaged in the business of designing, manufacturing, and selling the Subject Vehicles to Plaintiff and members of the Class as well as the general public. As such, Defendant is a "manufacturer" as that term is defined in California Civil Code §1791(j).

88.     Plaintiff is informed and believes and thereupon alleges that Mercedes-Benz is the warrantor of the Subject Vehicles and thus obligated to comply with Civil Code §1791, *et seq.* pursuant to Civil Code §1795.

89.     The Subject Vehicles were accompanied by express warranties offered by Mercedes-Benz and extended to Plaintiff and the members of the Class through a direct new vehicle sale and/or through the Mercedes-Benz Certified Pre-Owned Program. Due to the existence of the express warranties, Mercedes-Benz cannot disclaim implied warranties.

90.     Mercedes-Benz partners with its Mercedes-Benz Certified Pre-Owned Dealerships to sell used vehicles directly to the public by offering a Certified Pre-Owned express warranty as part of the sales package, which is a crucial incentive for buyers like Plaintiff. CPO vehicles are sold at a higher price due to Mercedes-Benz providing an extended express warranty for only those vehicles purchased through the Mercedes-Benz Certified Pre-Owned Program. By partnering with its dealerships, Mercedes-Benz stepped into the role of a distributor and/or retail seller of CPO vehicles and is subject to the obligations of a distributor and/or retail seller under section 1795.5 of the Song Beverly Consumer Warranty Act. Due to it extending a CPO Limited Warranty, Mercedes-Benz cannot disclaim implied warranties.

91.     Thus, Plaintiff's vehicle and the Subject Vehicles contained an implied warranty of merchantability running from Mercedes-Benz to Plaintiff and members of the Class pursuant to California Civil Code §§1792 and/or 1795.5.

92.     Plaintiff and members of the Class purchased the Subject Vehicles with the reasonable expectation that the Subject Vehicles were fit to be used for the ordinary and intended purpose of providing Plaintiff and members of the Class reliable and safe transportation up to at least 170,000 miles. Mercedes-Benz knew when it manufactured and sold the Subject Vehicles that the intended and ordinary purpose of the Subject Vehicles was to provide its owners with reliable and safe transportation for at least 170,000 miles. The Subject Vehicles contained inherently defective camshaft adjusters (at the time of sale and all times thereafter) and present an undisclosed safety risk to drivers and occupants that presents itself well before the intended life of the engine. Thus, Mercedes-Benz breached its implied warranty of merchantability.

93.     Under normal circumstances, properly designed and manufactured camshaft adjusters should last for the life of the engine or at least 170,000 miles without the need for repair or replacement. Mercedes-Benz cannot disclaim this implied warranty as it knowingly sold or leased a defective product.

94.     Plaintiff and members of the Class have had sufficient direct dealings with Mercedes-Benz or its agents (dealerships) to establish privity of contract between Mercedes-Benz, on the one hand, and Plaintiff and members of the Class, on the other hand. Nonetheless, privity is not required here because Plaintiff and each of the other members of the Class are intended third-party beneficiaries of contracts between Mercedes-Benz and its dealers, and specifically, of their implied warranties. The dealers were not intended to be the ultimate users of the Subject Vehicles and have no rights under the warranty agreements provided with the Subject Vehicles; the warranty agreements and representations incident thereto were designed for and intended to benefit purchasers of the Subject Vehicles.

95.     At all times that Plaintiff had possession of her vehicle, Plaintiff used it for the intended and ordinary purpose of transportation. However, her vehicle and Subject Vehicles were not fit for the ordinary purposes for which they were sold. They were in fact defective in design, as set

1   forth above, and not fit to provide Plaintiff and members of the Class with dependable, safe

2   transportation.

3   96.     As a direct and proximate result of Mercedes-Benz's breach of the implied warranty of

4   merchantability, Plaintiff and members of the Class have suffered damages in that they did not

5   receive the benefit of the bargain. Plaintiff believed that she was sold a Mercedes-Benz vehicle

6   that would not require replacement of the camshaft adjusters for at least 170,000 miles. Instead,

7   Plaintiff and members received Subject Vehicles with defective camshaft adjusters that must be

8   replaced approximately every 50,000 miles at a substantial cost. A reasonable consumer would

9   have not paid the high purchase price for the Subject Vehicles or would have not purchased them

10  at all if they knew that the camshaft adjusters were defective and would have to be replaced

11  periodically at tremendous cost. Now that the defect is known, Plaintiff and all class members

12  have vehicles that are worth substantially less from a resale standpoint because the camshaft

13  adjusters will continue to have to be regularly replaced by future owners.

14  97.     Plaintiff has suffered damage including but not limited to money expended on

15  replacement of the camshaft adjusters and/or related engine parts related to the design defects,

16  other incidental and consequential damages, and attorneys' fees, costs, and expenses, which

17  Plaintiff and members of the Class have incurred and will continue to incur in order to protect

18  their rights in this matter.

19  98.     Under California Civil Code §1794(d), Plaintiff and members of the Class are entitled to

20  recover a sum equal to the aggregate amount of costs and expenses, including attorneys' fees.

21          WHEREFORE, Plaintiff prays for relief as set forth below.

22                              **THIRD CAUSE OF ACTION**
                **(Violations of the Consumers Legal Remedies Act, Civil Code §1750 *et seq.*)**
23              **(On Behalf of the Class against Mercedes-Benz and applicable DOES)**

24  99.     Plaintiff re-alleges and incorporates by reference herein the allegations set forth in

25  paragraphs 1 through 73 above.

26  100.    At all relevant times:

27          a.   The Subject Vehicles have been and will continue to be tangible chattels that the

28               Defendant has designed, manufactured, and marketed for personal, family, or

1    household purpose that are intended to be purchased or leased and, as such, are

2    "goods" as defined by Civil Code §1761(a);

3       b.   Plaintiff and members of the Class are individuals who have purchased Subject

4    Vehicles for personal, family, or household purposes and, as such, are

5    "consumers" as defined in Civil Code §1761(d);

6       c.   The purchase of a Subject Vehicle from Mercedes-Benz and extension of the

7    express warranty by Mercedes-Benz constituted agreements between Mercedes-

8    Benz on the one hand and Plaintiff and members of the Class on the other and, as

9    such, constitutes "transactions" as that term is defined in Civil Code §1761(e);

10   and

11      d.   Mercedes Benz is a company and, as such, is a "person" as that term is defined in

12   Civil Code §1761(c).

13   101.   In offering the Subject Vehicles for sale to the public, Mercedes-Benz has represented,

14   and will continue to represent, directly or by implication, that consumers would be able to use

15   the Subject Vehicles for approximately 170,000 miles before the camshaft adjusters would have

16   to be replaced. Notwithstanding that representation, the Subject Vehicles' camshaft adjusters

17   have been and will continue to be inherently and unreasonable subject to premature failure,

18   which in turn has required and will continue to require Plaintiff and members of the Class to

19   incur costs and expenses to replace the camshaft adjusters and any attendant damage to other

20   engine components.

21   102.   Had Plaintiff and members of the Class been informed of the camshaft adjuster latent

22   defect in Mercedes-Benz's various brochures that Mercedes-Benz published on the Subject

23   Vehicles, on its website, in the maintenance booklet, or the in the trade press, they would not

24   have purchased the Subject Vehicles at the price paid or would have purchased or leased a

25   different model or purchased or leased from a different manufacturer of vehicles.

26   103.   At all relevant times, Mercedes-Benz knew that Plaintiff and members of the Class did

27   not know or could not have reasonably discovered the problem prior to purchasing the Subject

28   Vehicles. Mercedes-Benz had a duty to disclose the material facts clearly and conspicuously at

27
CLASS ACTION COMPLAINT

1   the time of sale given (1) the materiality of the information; (2) the safety risk posed by the

2   design defect; (3) Mercedes-Benz's exclusive knowledge of material facts not known to Plaintiff

3   and members of the Class; and (5) Mercedes-Benz's active concealment of material facts from

4   Plaintiff and members of the Class.

5   104.    By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated

6   and will continue to violate section 1770(a)(5) of the CLRA by representing that the camshaft

7   adjusters and Subject Vehicles have characteristics, uses, and benefits, which they do not have.

8   105.    By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated

9   and will continue to violate section 1770(a)(7) of the CLRA by representing that the camshaft

10   adjusters and the Subject Vehicles are of a particular standard or quality when they are not of the

11   standard or quality.

12   106.    By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated

13   and will continue to violate section 1770(a)(14) of the CLRA by representing that the Subject

14   Vehicles would have a useful engine life of approximately 170,000 miles before the camshaft

15   adjusters would fail or need to be replaced.

16   107.    Mercedes-Benz's violations of the CLRA present a continuing threat to Plaintiff and

17   members of the Class in that Defendant continues to engage in the above-referenced acts and

18   practices, and unless enjoined from doing so by this Court, will continue to do so.

19   108.    In compliance with the provisions of Civil Code §1782, Plaintiff is providing notice to

20   Mercedes-Benz of its violations and providing it an opportunity to cure its violations. Unless

21   Mercedes-Benz does so within 30 days, Plaintiff will file an Amended Complaint seeking

22   damages under Civil Code §1750, *et seq.*

23   109.    Plaintiff is entitled to an award of attorneys' fees and costs pursuant to Civil Code

24   §1780(d).

25          WHEREFORE, Plaintiff prays for relief as set forth below.

26                          **FOURTH CAUSE OF ACTION**
    **(Violations of the Unfair Competition Law - Business and Professions Code §17200, *et seq.*)**
27          **(On Behalf of the Class against Mercedes-Benz and applicable DOES)**

28   110.    Plaintiff re-alleges and incorporates by reference herein the allegations set forth in

1   paragraphs 1 through 73 above.

2   111.   Business & Professions Code §17200 *et seq.* (the "Unfair Competition Law" or "UCL")

3   defines unfair competition to include any unlawful, unfair or fraudulent business act or practice.

4   Unfair competition also includes "unfair, deceptive, untrue or misleading advertising." The UCL

5   authorizes courts to order injunctive and/or declaratory relief and other equitable relief to remedy

6   any violations.

7   112.   Mercedes-Benz's conduct as alleged above has been and will continue to be unlawful in

8   that the conduct constitutes and will continue to constitute a violation of the CLRA, the Song-

9   Beverly Consumer Warranty Act, and the Magnuson-Moss Warranty Act, as alleged herein.

10  113.   Mercedes-Benz's marketing and sale of the Subject Vehicles without disclosing the

11  existence of the latent design defect plaguing the Subject Vehicles' camshaft adjusters, while

12  misrepresenting the supposed quality and reliability attributes of these Subject Vehicles and their

13  parts, also amounts to a deceptive business practice within the meaning of the UCL. The conduct

14  was deceptive because it was intended to and did mislead and deceive Plaintiff and the Class

15  Members.

16  114.   The facts concealed and omitted are material facts that a reasonable consumer would

17  consider important in deciding whether or not to purchase a Subject Vehicle. Had Mercedes-

18  Benz disclosed to Plaintiff and Class Members through its marketing channels, in the

19  maintenance booklet, on its website, or the in the trade press, that the vehicle and Subject

20  Vehicles contained a latent design defect that would result in his vehicle being rendered non-

21  drivable and requiring engine repairs at the cost of thousands of dollars approximately every

22  50,000 miles, they would not have purchased the Subject Vehicles. Mercedes-Benz knew that it

23  if were to disclose the existence of this latent defect in the camshaft adjusters, consumers at large

24  would feel and react similarly and forego their purchases or leasing of the Subject Vehicles. As a

25  result, Mercedes-Benz intentionally elected to conceal its knowledge of this existing latent

26  defect.

27  115.   As a direct, proximate and foreseeable result of Mercedes-Benz's unlawful and/or

28  deceptive business practice, Plaintiff and the Class members have sustained an ascertainable loss

1    and actual damages, in that: they are left with an expense of thousands of dollars to have their

2    vehicles repaired to remedy the defective camshaft adjusters; they have paid thousands of dollars

3    to have their camshaft adjusters replaced; their vehicles have sustained a diminution in value as a

4    result of this undisclosed defect; and they have or will incur incidental damages attributable to

5    the loss of use of the vehicles during the time that the vehicles are being repaired.

6    116.    Moreover, because of Mercedes-Benz's unlawful and/or deceptive business practices,

7    Plaintiff and the class members conveyed money and benefits to Mercedes-Benz in the form of,

8    *inter alia,* the purchase price for their vehicles, and the repair and parts costs for their vehicles to

9    repair the damage caused by the latent defect at issue.

10    117.    As a result of Mercedes-Benz's practices, Plaintiff and members of the Class have

11    suffered and will continue to suffer injury in fact and lost money or property. As a direct and

12    proximate result of the acts and practices alleged above, pursuant to California Business &

13    Professions Code §17203, Plaintiff and the Class are therefore entitled to:

14        (a)    preliminary and permanent injunctive relief;

15        (b)    restitution of all monies paid as a result of Mercedes-Benz's deceptive and

16        unlawful practices, including, but not limited to, the cost and repair and replacement of

17        the Subject Vehicles camshaft adjusters and any damage resulting from their defect, other

18        damages, as well as "benefit of the bargain" damages which can be calculated as the

19        difference between the vehicle they received (with defective camshaft adjusters) and the

20        vehicle they should have received (without defective camshaft adjusters);

21        (c)    interest as allowable by law; and

22        (d)    recovery of Plaintiff's attorneys' fees and costs and expenses incurred in the filing

23        and prosecuting of this action, pursuant to, inter alia, California Code of Civil Procedure

24        §1021.5.

25    WHEREFORE, Plaintiff prays for relief as set forth below.

26    //

27    //

28    //

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and the class members pray for judgment against Mercedes-Benz as follows:

A.    That the Court determine that this action may be litigated as a class action and that Plaintiff and her counsel be appointed class representative and class counsel, respectively;

B.    That the Court enter judgment against Mercedes-Benz and in favor of Plaintiff and the class on all counts;

C.    That Mercedes-Benz be required by this Court's Order to remedy the defects alleged herein, and to compensate all members of the class for their damages and injuries, as well as to compensate Plaintiff's counsel for their attorneys' fees and costs of suit, and that Mercedes-Benz be ordered to bear the cost of notice to the absent class members, as well as the administration of this common fund;

D.    That damages and/or restitution or disgorgement be awarded to Plaintiff and each Class member according to proof;

E.    That the Court award injunctive and declaratory relief as pled or as the Court may deem proper;

F.    That the Court award interest as allowable by law;

G.    That the Court award reasonable attorneys' fees as provided by applicable law;

H.    That the Court award all costs of suit; and

I.    That Plaintiff and the class members be awarded all such other relief as this Court deems just and proper.

Dated:  May 18, 2020

CONN LAW, PC

By: _____

ELLIOT CONN

Attorneys for Plaintiff Ying Guan and the Proposed Class

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands a trial by jury on all claims so triable.

Dated:  May 18, 2020

CONN LAW, PC

By: _____

ELLIOT CONN

Attorneys for Plaintiff Ying Ying Guan and the
Proposed Class

CLASS ACTION COMPLAINT

# Exhibit A



# Mercedes-Benz

*star bulletin*



## *DTB*

| | |
|---|---|
| Date: | January 23, 2009 |
| Order No.: | S-B-05.20/20b |
| Supersedes: | P-B-05.20/20a and T-B-05.20/21a dated December 21, 2007 |
| Group: | 05 |

**Revision History**

| Revision | Date | Purpose |
|---|---|---|
| b | 1/23/09 | Applicable Models Updated and Technical Content Updated |
| a | 12/21/07 | Applicable Models and Warranty Information Updated |
| - | 01/04/07 | Initial issue |

SUBJECT:   **Model 164.177**

**Model 204.077**

**Model 209.377/477**

**Model 211.077/277**

**Model 216.377**

**Model 219.377**

**Model 221.177**

**Model 230.470**

**Model 251.177**

**AMG Vehicles Equipped with Engine M156**

**Sporadically Occurring Noise on Engine Start in Area of the Chain Drive**

If you receive customer reports in the above model vehicles of a sporadically occurring noise when first starting the engine, this may be due to the intake camshaft adjusters or valve tappets. Use the following sound recordings to assist in fault tracing.

**Camshaft Adjuster Sound Recording**
- Rattling sound with one malfunctioning camshaft adjuster.
- Rattling sound with two malfunctioning camshaft adjusters.

**Valve Tappets Sound Recording**
- Clattering noise/valve tappets.

This bulletin has been created and maintained in accordance with MBUSA-SLP S423QH001, Document and Data Control, and MBUSA-SLP S424HH001, Control of Quality Records.

© 2009 Mercedes-Benz USA, LLC.
Mercedes-Benz Canada, Inc.
Dealer Workshop Services
www.MBUSA.com
www.startekinfo.com

All rights reserved. Reproduction or translation in whole or in part is not permitted without authorization from the publisher. Printed in U.S.A.
1-800-FOR-MERCedes

**Models 209, 211 and 219, Equipped with M156 Engine up to Serial Number 60 001177**: For vehicles with camshaft adjuster rattling sound, replace the intake camshafts and intake camshaft adjusters, use repair kit A156 060 3147. Refer to WIS document number AR05.20-P-6992AMG. The exhaust camshaft adjuster should not require replacement on this range of engines unless confirmed to be noisy.

$\boxed{\textbf{i}}$ **Note:** It is essential to replace both the intake camshafts and intake camshaft adjusters. Holding device part number W156 589 00 61 00 and locating plate part number W156 589 00 32 00 are absolutely necessary to perform this repair.

**Vehicles Equipped with M156 after Serial Number 60 001178**:
Remedy 1:  For vehicles with camshaft adjuster rattling sound, replace the camshaft adjuster(s) found noisy.  For testing and repair information refer to WIS Group 05.20.

$\boxed{\textbf{i}}$ **Note:** Even if only one camshaft adjuster is replaced it is absolutely imperative to set cam timing on both cylinder banks. Repair kit A156 050 31 47 should not be used for engines after the serial number break. Order individual parts as needed.

Remedy 2:  For vehicles with valve tappet(s) sound, replace valve tappet(s) found noisy.  For testing and repair information refer to WIS Group 05.20

Special Tools



156 589 00 61 00



156 589 00 32 00

$\boxed{\textbf{i}}$ **Note:** These two required Special Tools have been automatically released and shipped to all dealers in September 2006.

**Parts Information**

| Qty. | Part Name | Part Number |
|---|---|---|
| 1 | Camshaft adjuster repair kit  (up to eng. no. 60 001177) | A156 050 31 47 |
| As needed | Adjuster, camshaft,  intake | A156 050 30 47 |
| As needed | Adjuster, camshaft,  exhaust | A156 050 28 47 |
| As needed | Valve tappet | A156 050 02 25 |

$\boxed{\textbf{i}}$ **Note:** The following allowable labor operations should be used when submitting a warranty claim for this repair. This information has been generated on January 23, 2009. Please refer to Netstar → Star TekInfo → Star Time for the most current labor time allowance.

**In Case of Warranty**

**Operation:**     Short test perform (54-1011)
Camshaft B – (valve cover(s) removed), replace (05-6492)
Camshaft C – (valve covers removed), R&R (05-6632)
Camshaft adjuster for camshaft A, remove/install, replace if necessary (cover removed
            from front of cylinder head) (05-7264)
Camshaft timing adjuster on right cyl. head (B), R&R/repl (valve cover removed) (05-7251)
Camshaft timing adjuster – on left cyl. head (C), R&R/repl. (valve cover removed) (05-7261)
Camshaft adjuster for camshaft D, remove/install, replace if necessary (cover removed
            From front of cylinder head) (05-7267)
Camshaft(s) timing adjuster – all, R&R/repl. (valve covers removed) (05-7211)
Valve cover – left bank, R&R/reseal (01-5012)
Valve cover – right bank, R&R/reseal (01-5013)
Valve cover – left and right bank, R&R/reseal (01-5011)
Valve lifters (all) on CAM "A" - (after test), replace (05-2322)
Valve lifters (all) on CAM "B" - (after test), replace (05-2327)
Valve lifters (all) on CAM "C" - (after test), replace (05-2332)
Valve lifters (all) on CAM "D" - (after test), replace (05-2337)
Valve lifters, all – (valve cover removed), replace (05-2313)
Valve lifters, all – (valve cover removed), replace (05-2312)

| Damage Code | Operation Number | Time (hrs.) | Model Indicator (s) |
|---|---|---|---|
| Repair 1 (up to Engine # 60 001177) 05050 36 | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |
| | 01 5011 | 2.1 hrs. | AE, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 2.2 hrs | BC |
| | | 2.3 hrs. | R8 |
| | 05 6492 | 1.5 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 2.0 hrs. | AE, DC, Y4 |
| | | 2.4 hrs. | CD |
| | | 2.8 hrs. | R8 |
| | 05 6632 | 1.5 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 2.0 hrs. | AE, DC, Y4 |
| | | 2.4 hrs. | CD |
| | | 2.7 hrs. | R8 |
| Repair 1 (after Engine # 60 001177) 05052 36 (Camshaft A) | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |
| | 01 5013 | 1.3 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.4 hrs. | R8 |
| | 05 7264 | 1.1 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.5 hrs. | AE, DC, Y4 |
| | | 1.9 hrs. | CD |
| | | 2.2 hrs. | R8 |
| 05050 36 (Camshaft B) | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |

Continued on Page 4

Continued from Page 3
**In Case of Warranty**

| Damage Code | Operation Number | Time (hrs.) | Model Indicator (s) |
|---|---|---|---|
| | 01 5013 | 1.3 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.4 hrs. | R8 |
| | 05 7251 | 1.3 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.6 hrs. | AE, DC, Y4 |
| | | 2.0 hrs. | CD |
| | | 2.4 hrs. | R8 |
| 05050 36 (Camshaft C) | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |
| | 01 5012 | 1.4 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.5 hrs. | R8 |
| | 05 7261 | 1.3 hrs. | BC, SC, S9, TB, U8, Z3 |
| | | 1.6 hrs. | AE, DC |
| | | 2.0 hrs. | CD |
| | | 2.4 hrs. | R8 |
| 05052 36 (Camshaft D) | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |
| | 01 5012 | 1.4 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.5 hrs. | R8 |
| | 05 7267 | 1.1 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.5 hrs. | AE, DC, Y4 |
| | | 1.8 hrs. | CD |
| | | 2.1 hrs. | R8 |
| 05050 36 (All Adjusters) | 54 1011 * | 0.3 hrs. | AE, BC, CD, DC, R8, S9, SC, TB, U8, Y4, Z3 |
| | 01 5011 | 2.1 hrs. | AE, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 2.2 hrs. | BC |
| | | 2.3 hrs. | R8 |
| | 05 7211 | 1.7 hrs. | AE, BC, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 2.1 hrs. | CD |
| | | 2.4 hrs. | R8 |
| **Repair 2**<br>05319 36 (Camshaft A Lifters) | 01 5013 | 1.3 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.4 hrs. | R8 |
| | 05 2322 | 1.3 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.7 hrs. | AE, CD, DC, Y4 |
| | | 2.0 hrs. | R8 |
| 05319 36 (Camshaft B Lifters) | 01 5013 | 1.3 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.4 hrs. | R8 |

Continued on Page 5

4

Continued from Page 4
**In Case of Warranty**

| Damage Code | Operation Number | Time (hrs.) | Model Indicator (s) |
|---|---|---|---|
| | 05 2327 | 1.3 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.7 hrs. | AE, CD, DC, Y4 |
| | | 2.0 hrs. | R8 |
| 05319 36 (Camshaft C Lifters) | 01 5012 | 1.4 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.5 hrs. | R8 |
| | 05 2332 | 1.3 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.7 hrs. | AE, CD, DC, Y4 |
| | | 2.0 hrs. | R8 |
| 05319 36 (Camshaft D Lifters) | 01 5012 | 1.4 hrs. | AE, BC, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 1.5 hrs. | R8 |
| | 05 2337 | 1.3 hrs. | BC, S9, SC, TB, U8, Z3 |
| | | 1.7 hrs. | AE, CD, DC, Y4 |
| | | 2.0 hrs. | R8 |
| 05319 36 (All Lifters) | 01 5011 | 2.1 hrs. | AE, CD, DC, S9, SC, TB, U8, Y4, Z3 |
| | | 2.2 hrs. | BC |
| | | 2.3 hrs. | R8 |
| | 05 2313 | 3.7 hrs. | BC, Z3 |
| | 05 2312 | 3.4 hrs. | CD |
| | | 3.6 hrs. | AE, DC, Y4 |
| | | 3.7 hrs. | S9, SC, TB, U8 |
| | | 3.9 hrs. | R8 |

*Please note that 54-1011 is claimable only once per Repair Order. When claiming any of the above repairs please be aware of potential overlapping labor **(i.e. Camshaft adjusters A and D were noisey. 54-1011 is only claimable once and please use 01-5011 to R&R both Valve Covers instead of 01-5012 for the Left and 01-5013 for the Right.).** The warranty info provided is based on individual repair scenarios and not for vehicles that require more than one of the above repair scenarios.

# Exhibit B

Service Campaign Bulletin

| FILE: | SERVICE: | GROUP 00 OF SERVICE INFORMATION BINDER |
|---|---|---|
| | PARTS: | GROUP I OF INFORMATION _ PARTS & ACCESSORIES BINDER |

Campaign No. 2009100001, December 2009

TO:      ALL MERCEDES-BENZ CENTERS

SUBJECT:   **Models 170/203, Model Years 2001 - 2004 / 2002 - 2004**
           **Replace the Camshaft Adjustment Solenoid(s) and Install Adapter Harness (es)**

This Service Campaign has been initiated because Daimler AG (DAG), the manufacturer of Mercedes-Benz vehicles, has determined that due to the settling properties of the seal of the camshaft adjustment solenoid specification, oil may enter the engine wiring harness (es) through the electrical connection of the camshaft adjustment solenoid from capillary action. Dealers will replace the camshaft adjustment solenoid(s) and install an additional adapter connector harness (es) at the next workshop visit.

Prior to performing this Service Campaign:

- Please check VMI to determine if the vehicle is involved in the Campaign and if it has been previously repaired.
- Please review the entire Service Campaign bulletin and follow the repair procedure exactly as described.

Please note that Recall and Service Campaigns **do not expire** and may also be performed on a vehicle with a vehicle status indicator.

Approximately 66,113 vehicles are affected.

Order No. P-SC-2009100001
This bulletin has been created and maintained in accordance with MBUSA-SLP S423QH001, Document and Data Control, and MBUSA-SLP S424HH001, Control of Quality Records.

**Procedure**

**A. Replace Camshaft Solenoid (Model 203.747)**

1. Remove lower engine panel.
2. Separate engine thermostat housing (A, Figure 1) from engine to allow clearance for removal of camshaft solenoid; refer to WIS: AR20.10-P-2710A.
   **Note**: (regarding above WIS instructions):
   - Perform steps 3, 6, 7, 8, 9 only.
   - Do not drain coolant at radiator, allow coolant to drain from thermostat housing and engine when separated (drain coolant into drain pan – do not reuse).


**Figure 1**

3. Disconnect camshaft solenoid connector (B, Figure 1) from camshaft solenoid (C).
4. Remove 3 bolts (arrows, Figure 1) securing camshaft solenoid (C) to engine then remove camshaft solenoid (C).
5. Install new stop plug (D) into new camshaft solenoid (C).
6. Apply sealing material to new camshaft solenoid (C, Figure 1) then install in reverse order (tighten bolts to 8  Nm).
7. Reinstall thermostat housing (A, Figure 1) in reverse order, refer to WIS: AR20.10-P-2710A
   **Note**:
   - Install **new** "O"-ring
   - Top off coolant as needed
   - Tighten bolts to:  10 Nm.
8. Install adapter harness:
   - Connect adapter harness between connector on camshaft solenoid (C, Figure 2) and engine harness.
   - Secure adapter harness connector (A, Figure 2) to engine harness sheath (B) with cable tie (arrow).
   **Note**:
   Ensure cable tie (arrow) is secured to engine harness sheath (B) as shown otherwise wire chafing may occur.
9. Reinstall remaining components in reverse order.


**Figure 2**

3

**B. Replace Camshaft Solenoid (Model 170.449 With Vacuum Pump)**

1. Disconnect vacuum hose connector (A, Figure 3) from vacuum pump fitting.
2. Bend vacuum line (B, Figure 3) away from camshaft solenoid (D) enough to allow clearance for removal of camshaft solenoid (D).
3. Disconnect engine harness connector (C, Figure 3) from camshaft solenoid (D).
4. Remove 3 bolts (arrows, Figure 3) securing camshaft solenoid (D) to engine then remove camshaft solenoid (D).
5. Install new stop plug (E, Figure 3) into new camshaft solenoid (D).
6. Apply sealing material to new camshaft solenoid (D, Figure 3) then install in reverse order (tighten bolts to: 8 Nm).



**Figure 3**

7. Install new adapter harness (A, Figure 4):
- Connect adapter harness (A) between connector on camshaft solenoid and engine harness (C, Figure 4).
- Secure adapter harness connector (B, Figure 4) to existing engine harness sheath with cable tie (arrow).
  **Note:**
  Ensure cable tie (arrow) is secured to engine harness sheath as shown otherwise wire chafing may occur.
8. Reinstall remaining components in reverse order.



**Figure 4**

4

### C. Replace Camshaft Solenoid (Model 170.449)

1. Disconnect engine harness connector (A, Figure 5) from camshaft solenoid (B).
2. Remove 3 bolts (arrows, Figure 5) securing camshaft solenoid (B) to engine then remove camshaft solenoid (B).
3. Install new stop plug (C, Figure 5) into new camshaft solenoid (B).
4. Apply sealing material to new camshaft solenoid (B, Figure 5) then install new camshaft solenoid (B) in reverse order (tighten bolts [arrows, Figure 5] to 8 Nm).
5. Install camshaft solenoid adapter harness:
- Connect camshaft solenoid adapter harness to connector on camshaft solenoid and to engine harness connector (C, Figure 6).
- Secure adapter harness connector (A, Figure 6) to engine harness sheath (B, Figure 6) with cable tie (arrow).

   **Note:**
   Ensure cable tie (arrow, Figure 6) is secured to engine harness sheath (B, Figure 6) as shown otherwise wire chafing may occur.



**Figure 5**



**Figure 6**

5

**D.  Replace Camshaft Solenoid (Models 203.040/740)**

1.  Replace left and right camshaft solenoids (A, Figure 7):

    Refer to WIS: AR05.20-P-7295PK.

    Install new camshaft solenoid stop plugs (C, Figure 7) into new camshaft solenoids (A, Figure 7).

2.  Install camshaft solenoid adapter harnesses (B, Figure 7):

    Connect adapter harness between connector on camshaft solenoid and engine harness.

    Secure adapter cable (B, Figure 7) to engine with cable ties (arrows).

    **Note:**

    Ensure cable ties (arrows) are secured to engine as shown otherwise cover will not properly fit over camshaft solenoids (A) and wire chafing may occur.



**Figure 7**

6

**Parts information (Model 203.747 with Engine 111.981)**

| Qty | Part Name | Part No. | Estimated Replacement Rate |
|---|---|---|---|
| 1 | Solenoid | A 111 051 01 77 05 | 100% |
| 1 | Stop plug | A 111 997 01 86 | |
| 1 | Adapter connector (harness) | A 271 150 27 33 05 | |
| 1 | Cable tie | A 002 997 24 90 | |
| 1 | Thermostat housing "O"-ring | A 021 997 07 48 | |
| 1 [1] | Sealing material | A 003 989 98 20 10 | |
| 1 [2].Gal. | Engine coolant | BQ 1 03 0002 | |

[1]  1 container of sealing material is sufficient for 25 vehicles submit as local purchase SMT00067 qty of 1, handling is included.
[2]  1 Gallon of engine coolant is sufficient for 4 vehicles submit as local purchase CLT00409 qty of 1, handling is included.

**Parts information (Model 170.449 with Engine 111.983)**

| Qty | Part Name | Part No. | Estimated Replacement Rate |
|---|---|---|---|
| 1 | Solenoid | A 111 051 01 77 05 | 100% |
| 1 | Stop plug | A 111 997 01 86 | |
| 1 | Adapter connector (harness) | A 271 150 27 33 05 | |
| 1 | Cable tie | A 002 997 24 90 | |
| 1 [1] | Sealing material | A 003 989 98 20 10 | |

[1]  1 container of sealing material is sufficient for 25 vehicles submit as local purchase SMT00067 qty of 1, handling is included.

**Parts information engine  (Model 203.040/740 with Engine 271.948)**

| Qty | Part Name | Part No. | Estimated Replacement Rate |
|---|---|---|---|
| 2 | Solenoid | A 271 051 01 77 05 | 100% |
| 2 | Stop plug | A 271 051 00 32 | |
| 2 | Adapter connector (harnesses) | A 271 150 27 33 05 | |
| 2 | Cable tie | A 002 997 24 90 | |
| 2 | Seal ring | A 010 997 23 48 05 | |

7

Note:

- Please be aware that only the part number(s) referenced in the Campaign Bulletin is/are approved for use to repair the vehicle. Repairs performed using any other part(s) will not have been performed in accordance with the campaign. Accordingly, warranty claims submitted with reference to an improper part number(s) will be denied.
- The following allowable labor operation should be used when submitting a warranty claim for this repair:

**Warranty Information**

**Repair 1 (Model 203.747 with Engine 111.981)**

Operation:   Replace camshaft adjustment solenoid and install adapter harness (02-6628)

| Damage Code | Operation Number | Labor Time (hrs.) | Model Indicator(s) |
|---|---|---|---|
| 05 900 10 7 | 02-6628 [1] | 1.7 hrs. | P5 |

[1] Includes separate thermostat housing from engine.

**Repair 2 (Model 170.449 with Engine 111.983)**

Operation:   Replace camshaft adjustment solenoid and install adapter harness (02-6628)

| Damage Code | Operation Number | Labor Time (hrs.) | Model Indicator(s) |
|---|---|---|---|
| 05 900 10 7 | 02-6628 [1] | 0.4 | G2 |

[1] Includes disconnect/connect vacuum line from engine (if required).

**Repair 3 (Model 203.040/740 with Engine 271.948)**

Operation:   Replace camshaft adjustment solenoids and install adapter harnesses (02-6628)

| Damage Code | Operation Number | Labor Time (hrs.) | Model Indicator(s) |
|---|---|---|---|
| 05 900 10 7 | 02-6628 | 0.8 | Q1, Q3 |

**Note- Consequential Damage:**
If the vehicle requires additional repairs due to damage from the oil leak, submit all necessary labor operations and parts on the same Repair Order Line as the Campaign. Do not submit an additional repair. These additional operations and parts **cannot** be submitted as a Sublet. Additional repairs require dealer text explaining the extent of additional damage.

1    CONN LAW, PC
     ELLIOT CONN        Bar No. 279920
2    354 Pine Street, 5th Floor
     San Francisco, CA 94104
3    Telephone: (415) 417-2780
     Facsimile: (415) 358-4941
4
     VARNELL & WARWICK, P.A.
5    JANET R. VARNELL (*pro hac vice* admission application forthcoming)
     BRIAN W. WARWICK (*pro hac vice* admission application forthcoming)
6    MATTHEW T. PETERSON (*pro hac vice* admission application forthcoming)
     1101 E. Cumberland Ave., Suite 201H, #105
7    Tampa, Florida 33602
     Telephone: (352) 753-8600
8    Facsimile: (352) 504-3301

9    Attorneys for Plaintiff Ying Ying Guan and the putative class

10

11

12

13               IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                 IN AND FOR THE COUNTY OF SAN FRANCISCO

15    YING YING GUAN, individually, on behalf    Case No.    **CGC-20-584498**
     of all others similarly situated, and on behalf
16    of the general public                  CLASS ACTION

17            Plaintiff.                **DECLARATION REGARDING VENUE**

18       vs.                       Unlimited Civil Case

19    MERCEDES-BENZ USA, LLC; and DOES 1    Complex Designation Requested
     through 50, inclusive,
20                          JURY TRIAL DEMANDED
           Defendants.
21    _____/

22       I, ELLIOT CONN, declare:

23    1.      I am an attorney duly licensed to practice law in all of the courts of the State of

24    California, including the court in which this action is pending. I am an attorney in the law firm

25    CONN LAW, PC, attorneys for Plaintiff in this lawsuit.

26    2.      I have personal knowledge of the facts stated herein and am competent to testify thereto.

27    3.      We have selected venue in San Francisco County because a substantial portion of the

28    subject transaction occurred in San Francisco County and because Defendants were, at all times

Declaration Regarding Venue **BY FAX**

1  relevant herein, doing business in the County of San Francisco.

2  4.      This Court has jurisdiction over Mercedes-Benz USA, LLC because it, at all times

3  relevant herein, was qualified to do business and regularly conducted business in San Francisco

4  County.

5  5.      This Court also has jurisdiction over Plaintiff's claims because Plaintiff is a California

6  resident, the class consists entirely of California residents, and the acts and practices challenged

7  herein have occurred and continue to occur in California.

8          I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct, and this Declaration is executed on May 18, 2020, at San

10  Francisco, California.

11

12                                      ELLIOT CONN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lawyaw Package ID: ed358408-116e-4c1    5a-4cd1ce5e6dec

CM-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Elliot Conn Bar No. 279920<br>Conn Law, PC<br>354 Pine St., 5th Floor, San Francisco, CA 94104<br>TELEPHONE NO.: 415-417-2780    FAX NO.: 415-358-4941<br>ATTORNEY FOR *(Name):* Ying Ying Guan | FOR COURT USE ONLY<br><br>**F I L E D**<br>**SUPERIOR COURT**<br>**COUNTY OF SAN FRANCISCO**<br><br>**MAY 2 0 2020**<br><br>**CLERK OF THE COURT**<br>BY: ~~Deputy Clerk~~<br><br>**ANGELICA SUNGA** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: Civic Center Courthouse

CASE NAME:
Ying Guan v. MBUSA, LLC, et al.

| **CIVIL CASE COVER SHEET** | Complex Case Designation | CASE NUMBER: **CGC 20 584498** |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[✓] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is [ ] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [✓] Large number of separately represented parties    d. [✓] Large number of witnesses
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [✓] Substantial amount of documentary evidence    f. [✓] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 4
5. This case [✓] is [ ] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

**BY FAX**

Date: 05/18/2020
Elliot Conn
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

Lawyaw Package ID: ed358408-116e-4c      35a-4cd1ce5e6dec

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

# Exhibit 4



SQUIRE
PATTON BOGGS

Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

O  +1 415 954 0200
F  +1 415 393 9887
squirepattonboggs.com

Troy M. Yoshino
T  +1 415 743 2441
troy.yoshino@squirepb.com

June 25, 2020

**VIA FIRST CLASS MAIL & EMAIL**

Elliott Conn
Conn Law, PC
354 Pine Street, 5th Floor
San Francisco, CA 94104
elliot@connlawpc.com

Re: *Guan v. Mercedes-Benz USA, LLC*
     **Response to Notice of Alleged Violations of Civil Code Section 1750 and Demand for
     Corrective Action**

Dear Mr. Conn:

I write on behalf of Mercedes-Benz USA, LLC ("MBUSA") in response to your letter dated May
26, 2020.

Your letter fails to satisfy the CLRA's pre-suit notice requirements because it fails to specify
what wrongdoing MBUSA purportedly engaged in. Your letter merely includes a general
citation to a complaint, which itself contains only vague references to alleged misrepresentations
and misleading advertisements, and does not identify any particular misrepresentation or
advertisement that was purportedly made by MBUSA, or relied upon by your client or anyone
she claims to represent. Given these ambiguities, we are unable to fully respond to your client's
demands. If you wish to clarify or provide additional information regarding the alleged
wrongdoing your client claims MBUSA committed, we are willing to engage in a meet-and-
confer discussion with you, including as to any potential CLRA "corrective actions."

To enable such a meet-and-confer, we would request that you provide further information in
writing—so as to better allow MBUSA to consider it—and we would request an appropriate
extension of time to do so, to allow for such consideration. We propose 30 days from the receipt
of the clarifying information from you.

47 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate
legal entities.

Please visit squirepattonboggs.com for more information.
010-9087-8194/2/AMERICAS

Squire Patton Boggs (US) LLP

VIA FIRST CLASS MAIL & EMAIL

Elliott Conn
June 25, 2020

Please do not hesitate to contact me if you have any questions about this matter or would like to further discuss.

Very truly yours,

Squire Patton Boggs (US) LLP

*/s/ Troy M. Yoshino*

Troy M. Yoshino

2

## <u>PROOF OF SERVICE</u>
### (Pursuant to California State Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 275 Battery Street, Suite 2600, San Francisco, California 94111, which is located in the county where any non-personal service described below took place.

On June 25, 2020, a copy of the following document(s):

RESPONSE TO NOTICE OF ALLEGED VIOLATIONS OF CIVIL CODE SECTION 1750 AND DEMAND FOR CORRECTIVE ACTION

was served on:

Elliott Conn
Conn Law, PC
354 Pine Street, 5th Floor
San Francisco, CA 94104

*Attorneys for Plaintiff*

Telephone: (415) 417-2780
Facsimile: (415) 358-4941
Email: elliot@connlawpc.com

Service was accomplished as follows.

☒       **By U.S. Mail, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

☐       **By U.S. Mail.** On the above date, I sealed the above document(s) in an envelope addressed to the above, and I deposited that sealed envelope in a post office, mailbox, sub-post office, substation, mail chute or other like facility regularly maintained by the U.S. Postal Service, located in San Francisco, California, postage fully prepaid.

☐       **By U.S. Express Mail.** On the above date, I sealed the above document(s) in an envelope addressed to the above, and I deposited that sealed envelope in a post office, mailbox, sub-post office, substation, mail chute or other like facility regularly maintained by the U.S. Postal Service for receipt of U.S. Express Mail, located in San Francisco, California, U.S. Express Mail postage fully prepaid.

# Exhibit 5



CONN LAW, PC

ELLIOT CONN
354 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
MAIN: (415) 417-2780
FAX: (415) 358-4941
HTTPS://CONNLAWPC.COM
ELLIOT@CONNLAWPC.COM

July 15, 2020

**VIA E-MAIL ONLY**
Troy M. Yoshino
SQUIRE PATTON BOGS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
troy.yoshino@squirepb.com

Re:   ***Guan v. Mercedes-Benz USA, LLC***
       **San Francisco County Superior Court, Case No. CGC-20-584498**

Dear Mr. Yoshino,

I am in receipt of your letter dated June 25, 2020 sent in response to my May 26, 2020 Consumers Legal Remedies Act ("CLRA") Demand for Corrective Action.

I disagree with your assertion that the Letter "fails to specify what wrongdoing MBUSA purportedly engaged in."

The May 26 Letter incorporates by reference and encloses the Class Action Complaint that my office filed against Mercedes-Benz USA, LLC ("MBUSA) on May 20, 2020. The Complaint's 117 paragraphs allege in detail how "Mercedes-Benz wrongfully and intentionally concealed a latent defect in the camshaft adjusters of the Subject Vehicles, which causes the camshaft adjusters to fail prematurely, forcing Plaintiff and members of the Class to incur substantial out of pocket costs to replace the damaged camshaft adjusters and attendant engine parts." (*see .e.g.* Complaint ¶¶ 1-59).

The CLRA cause of action specifically alleges that:

101.   In offering the Subject Vehicles for sale to the public, Mercedes-Benz has represented, and will continue to represent, directly or by implication, that consumers would be able to use the Subject Vehicles for approximately 170,000 miles before the camshaft adjusters would have to be replaced. Notwithstanding that representation, the Subject Vehicles' camshaft adjusters have been and will continue to be inherently and unreasonable subject to premature failure, which in turn has required and will continue to require Plaintiff and members of the Class to incur costs and expenses to replace the camshaft adjusters and any attendant damage to other engine components.

102.   Had Plaintiff and members of the Class been informed of the camshaft adjuster latent defect in Mercedes-Benz's various brochures that Mercedes-Benz published on the Subject Vehicles, on its website, in the maintenance booklet, or the in the trade press, they would not have purchased the Subject Vehicles at the price paid or would have purchased or leased a different model or purchased or leased from a different manufacturer of vehicles.

103.     At all relevant times, Mercedes-Benz knew that Plaintiff and members of the Class did not know or could not have reasonably discovered the problem prior to purchasing the Subject Vehicles. Mercedes-Benz had a duty to disclose the material facts clearly and conspicuously at the time of sale given (1) the materiality of the information; (2) the safety risk posed by the design defect; (3) Mercedes-Benz's exclusive knowledge of material facts not known to Plaintiff and members of the Class; and (4) Mercedes-Benz's active concealment of material facts from Plaintiff and members of the Class.

(Complaint ¶¶ 101-103)

The Complaint alleges particular violations of California Civil Code § 1770:

104.     By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated and will continue to violate section 1770(a)(5) of the CLRA by representing that the camshaft adjusters and Subject Vehicles have characteristics, uses, and benefits, which they do not have.

105.     By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated and will continue to violate section 1770(a)(7) of the CLRA by representing that the camshaft adjusters and the Subject Vehicles are of a particular standard or quality when they are not of the standard or quality.

106.     By virtue of this ongoing practice and course of conduct, Mercedes-Benz has violated and will continue to violate section 1770(a)(14) of the CLRA by representing that the Subject Vehicles would have a useful engine life of approximately 170,000 miles before the camshaft adjusters would fail or need to be replaced.

(Complaint ¶¶ 104-106)

And the May 26 Letter demands specific corrective action, namely, that MBUSA:

1.  [Conduct] a recall of all 2012-2014 Mercedes-Benz C250 vehicles in California and [replace] the intake and exhaust camshaft adjusters at no expense to the owners of the vehicles;

2.  [Send] a letter to the last known address of every known owner in California of a 2012-2014 model year Mercedes-Benz C250 vehicle, notifying them that Mercedes-Benz will fully reimburse any costs or expenses previously incurred in connection with replacing their vehicles intake and/or exhaust camshaft adjusters;

3.  [Agree] to cover under warranty, defective camshaft adjusters on all 2012-2014 Mercedes-Benz C250 vehicles for a period of 170,000 miles/17 years; and

4.  [Publish] a notice in the Wall Street Journal, Los Angeles Times, San Francisco Chronicle, and USA Today, advising current and former owners of 2012-2014 Mercedes-Benz C250 vehicles in California of their right to receive reimbursement for any expenses incurred in connection with the defective camshaft adjusters in the past and to have any future expenses

covered under Mercedes-Benz's warranty for a period of 170,000 miles/17 years. The notice shall also be published on a website established and maintained by Mercedes-Benz for at least one year.

The May 26, 2020 Letter satisfies the requirements of California Civil Code § 1782(a) and provides MBUSA with "sufficient notice of alleged defects to permit appropriate corrections or replacements." *See Seifi v. Mercedes-Benz USA, LLC*, No. C12-5493 TEH, 2013 WL 5568449, at *8 (N.D. Cal. Oct. 9, 2013) (quoting *Outboard Marine Corp. v. Superior Court*, 52 Cal. App. 3d 30, 40 (Ct. App. 1975)); *see also In re Easysaver Rewards Litig.*, 737 F. Supp. 2d 1159, 1178–79 (S.D. Cal. 2010) ("The Court finds Plaintiffs' notice letter satisfies the pre-filing notice requirement because it explicitly alleges violations of CLRA. . . . The first page of the letter explains in plain language the conduct that Plaintiffs allege violates the statute. The second page lists five sub-sections of the CLRA, and asks for specific corrections and remedies. The content of the letter suffices to put [defendant] on notice of the alleged CLRA violations.")

Despite ample notice, MBUSA has failed to provide appropriate corrective action.

As alleged in the Complaint (and as I am sure your preliminary investigation has confirmed), the ongoing premature failure of the camshaft adjusters in the 2012-2014 Mercedes-Benz C250 vehicles continues to impose tremendous injury on thousands of MBUSA's customers, with the number of injured customers increasing daily. To avoid prejudice to these MBUSA customers (and putative class members), I must decline your request for a 30-day litigation hold. I have now filed a First Amended Complaint, seeking damages under the CLRA, which I have enclosed with this letter.

Certainly, if MBUSA is truly interested in providing "CLRA 'corrective action'" and doing right by its customers, we would be open to an early class-wide resolution.  Please give me a call if you would like to discuss class settlement.

Very truly yours,

Elliot Conn

Enclosure

CC: Brian Warwick

# Exhibit 6

**Elliot Conn**

| | |
|---|---|
| **From:** | Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com> |
| **Sent:** | Monday, August 3, 2020 4:21 PM |
| **To:** | Elliot Conn |
| **Subject:** | Guan v. MBUSA - Agreement re Anticipated Motion to Dismiss Briefing Schedule [I-AMS.FID4813852] |

Elliot,

Thanks again for taking the time to talk about the *Guan v. MBUSA* matter.  As we discussed, we've agreed to 30/30/14-day briefing schedule on MBUSA's anticipated motion to dismiss.  We'll circulate a draft stipulation and proposed order for your review as soon as the action has been removed.

Thank you again,

Alfredo



**Alfredo W. Amoedo**
Senior Associate
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
T   +1 415 954 0238
O   +1 415 954 0200
F   +1 415 393 9887
M  +1 805 415 2577
alfredo.amoedo@squirepb.com | squirepattonboggs.com

-------------------------------------------------------------------
45 Offices in 20 Countries.

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes EU personal data that is subject to the requirements of the EU General Data Protection Regulation, please see our Privacy Notice regarding the processing of EU personal data about clients and other business contacts pursuant to the GDPR at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
-------------------------------------------------------------------

1

# Exhibit 7

**Elliot Conn**

| | |
|---|---|
| **From:** | Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com> |
| **Sent:** | Wednesday, September 9, 2020 11:50 AM |
| **To:** | Elliot Conn |
| **Cc:** | Knapp, Eric J.; Spencer Janssen; Janet Varnell; Brian Warwick; Matthew Peterson |
| **Subject:** | RE: Guan v. MBUSA |

Elliot,

MBUSA consents to treating these initial documents as confidential pursuant to the terms of the ND Cal. Model Protective Order; however, we'd like your agreement to meet and confer on a draft protective order down the road, if necessary, as MBUSA typically insists on two tiers of confidentiality designations ("confidential" and "highly-confidential") which are not provided for by the Model Protective Order.  In the past, this has not been an issue with opposing counsel but please let us know if plaintiff's will consent to meeting and conferring on this issue if necessary.  If you agree, we'll get you the extended warranty campaign documents today, which will address your questions below.  Note, this is not a recall, it is an extended warranty campaign.

Alfredo

**Alfredo W. Amoedo**
Squire Patton Boggs (US) LLP
T   +1 415 954 0238
M   +1 805 415 2577

---

**From:** Elliot Conn <elliot@connlawpc.com>
**Sent:** Wednesday, September 9, 2020 11:03 AM
**To:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>; Spencer Janssen <spencer@connlawpc.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; Matthew Peterson <mpeterson@varnellandwarwick.com>
**Subject:** [EXT] RE: Guan v. MBUSA

Alfredo,

   I have copied my co-counsel on this email.  Please include them in future correspondence.

   We would be happy to enter into the Northern District's Model Protective Order and have you produce the documents related to the pending recall that we discussed pursuant to that PO.

   During our recent call, told me that a recall was in the works for the cam shaft adjusters on class vehicles.  However, I've been monitoring the NHTSA website and haven't seen anything mentioning recent recalls for the class vehicles.  Please provide us with details regarding the recall, including the process for obtaining repairs and the amount of any reimbursements to be made to class members who have already paid to have these repairs made.  Thanks.

   -Elliot

Elliot J. Conn
**Conn Law, PC**

354 Pine St., 5th Floor
San Francisco, CA 94104
Main: (415) 417-2780
Cell: (949) 637-4953
elliot@connlawpc.com

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

**From:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Sent:** Tuesday, September 8, 2020 7:42 AM
**To:** Elliot Conn <elliot@connlawpc.com>; Spencer Janssen <spencer@connlawpc.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>
**Subject:** Guan v. MBUSA

Counsel, following up on our recent discussion, we have some materials for your review regarding the extended warranty campaign we discussed. Before we transmit them, we would like your written consent to treat the materials as confidential and subject to any protective order ultimately entered into in this matter. With your consent, we will transmit the materials later today.

Thank you,

Alfredo



**Alfredo W. Amoedo**
Senior Associate
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
T   +1 415 954 0238
O   +1 415 954 0200
F   +1 415 393 9887
M   +1 805 415 2577
alfredo.amoedo@squirepb.com | squirepattonboggs.com

------------------------------------------------------------------
45 Offices in 20 Countries.

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes EU personal data that is subject to the requirements of the EU General Data Protection Regulation, please see our Privacy Notice regarding the processing of EU personal data about clients and other business contacts pursuant to the GDPR at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
--------------------------------------------------------------------

# Exhibit 8

**Elliot Conn**

| | |
|---|---|
| **From:** | Elliot Conn |
| **Sent:** | Friday, September 11, 2020 11:22 AM |
| **To:** | Amoedo, Alfredo W. |
| **Cc:** | Knapp, Eric J.; Spencer Janssen; Janet Varnell; Brian Warwick; Matthew Peterson |
| **Subject:** | RE: Guan v. MBUSA |

Alfredo,

      Thank you for sending that over.  When we initially spoke, I was under the impression that a National Highway Traffic Safety Administration ("NHTSA") supervised recall for the camshaft adjusters in the class vehicles was imminent. This seems not to be the case. The somewhat vague declaration that you provided, stating that Mercedes-Benz *might* extend the warranty on the class vehicles at some point in the future, does not "moot" our case. As an initial matter, the extended warranty "campaign" has not been implemented.  And even if Mercedes-Benz does go forward with the "campaign," without a court judgment, or an official NHTSA recall process, Mercedes-Benz could terminate the "campaign" at any time. Temporary voluntary cessation of bad conduct does "moot" a class action.

      And the proposed "campaign" itself is insufficient and does not address the concerns set forth in our May 26, 2020 CLRA letter or in the First Amended Complaint. Under the "campaign," Mercedes-Benz has the discretion to deny reimbursement to any customer (including Ying Guan) who had their vehicles repaired at non-Mercedes-Benz repair facilities. The "campaign" does not set forth any reimbursement limits, does not provide reimbursement for any of the attendant parts that also needed to be replaced in connection with replacing the camshaft adjusters (*e.g.* the timing chain tensioner and related seals and gaskets), does not extend the warranty for the full period of time demanded, and does provide sufficient notice to the impacted owners. This notice is critical for a multitude of reasons including that vehicle owners are entitled to know the existence of the problem, the potential safety hazards presented by the problem, the instructions for how consumers can get the problem corrected, a clear explanation that they are entitled to have the correction done at no charge, inform them when the remedy will be available, how long the remedy will take to perform, and whom to contact if there is a problem in obtaining the free recall work. From the declaration, it is clear that Mercedes-Benz has not fixed the underlying issue. Furthermore, consumers have the right to repair, replacement, or refund.  This includes reimbursement for certain costs incurred by owners to remedy the defective conditions prior to a recall for a period of one year prior to the manufacturer's notification of defect to NHTSA.  Finally, Owners are entitled to additional remedies outside of the standard recall remedies. The "campaign" does not provide any diminution in value relief arising out of the fact that even with an extended warranty, these vehicles are still inherently defective. Many Owners will have already traded in or sold their defective vehicles.

      If this "campaign" had been "decided" "[l]ong before plaintiff served her CLRA Demand Letter," it is concerning that it was not mentioned in your office's June 25, 2020 response.

      We have already stipulated to extend your deadline to respond to the First Amended Complaint from August 21, 2020 to September 14, 2020. We would like to push forward with the case so we can get full relief to the class as quickly as possible. Please file your response to the complaint by September 14, as previously agreed.

Very truly yours,

Elliot Conn

Elliot J. Conn
**Conn Law, PC**

354 Pine St., 5th Floor
San Francisco, CA 94104
Main: (415) 417-2780
Cell:  (949) 637-4953
elliot@connlawpc.com

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

---

**From:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Sent:** Wednesday, September 9, 2020 1:03 PM
**To:** Elliot Conn <elliot@connlawpc.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>; Spencer Janssen <spencer@connlawpc.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; Matthew Peterson <mpeterson@varnellandwarwick.com>
**Subject:** RE: Guan v. MBUSA

Elliot,

That is acceptable to us.  Thus, per the attached and as we recently discussed, long before your client's demand letter or complaint, a decision was made to implement an extended warranty and reimbursement campaign with regard to the camshaft adjusters installed in the proposed class vehicles (including your client's).  The attached declaration and exhibits confirm these facts.  As such, your client's claims are essentially moot and neither her nor the class have a viable cause of action or damages.  We again request that your client dismiss this action voluntarily and avail herself of the remedies provided by the upcoming extended warranty and reimbursement campaign which is expected to launch shortly.  We understand you will need to time discuss the attached, and believe it is in everyone's best interest to further extend the deadline for MBUSA to respond to the complaint, and for plaintiff to respond, to ensure the Court and parties do not expend additional unnecessary resources and costs on this action.  We are available at your convenience to discuss.

Regards,

Alfredo

**Alfredo W. Amoedo**
Squire Patton Boggs (US) LLP
T   +1 415 954 0238
M  +1 805 415 2577

---

**From:** Elliot Conn <elliot@connlawpc.com>
**Sent:** Wednesday, September 9, 2020 12:07 PM
**To:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>; Spencer Janssen <spencer@connlawpc.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; Matthew Peterson <mpeterson@varnellandwarwick.com>
**Subject:** [EXT] RE: Guan v. MBUSA

Happy to meet and confer regarding the terms later, provided that we will be able to challenge any confidentiality designation of the documents that you are now providing in the manner set forth in Section 6 of the Northern District model Protective order.

-Elliot

Elliot J. Conn
**Conn Law, PC**

354 Pine St., 5th Floor
San Francisco, CA 94104
Main: (415) 417-2780
Cell:   (949) 637-4953
elliot@connlawpc.com

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

**From:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Sent:** Wednesday, September 9, 2020 11:50 AM
**To:** Elliot Conn <elliot@connlawpc.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>; Spencer Janssen <spencer@connlawpc.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; Matthew Peterson <mpeterson@varnellandwarwick.com>
**Subject:** RE: Guan v. MBUSA

Elliot,

MBUSA consents to treating these initial documents as confidential pursuant to the terms of the ND Cal. Model Protective Order; however, we'd like your agreement to meet and confer on a draft protective order down the road, if necessary, as MBUSA typically insists on two tiers of confidentiality designations ("confidential" and "highly-confidential") which are not provided for by the Model Protective Order.  In the past, this has not been an issue with opposing counsel but please let us know if plaintiff's will consent to meeting and conferring on this issue if necessary.  If you agree, we'll get you the extended warranty campaign documents today, which will address your questions below.  Note, this is not a recall, it is an extended warranty campaign.

Alfredo

**Alfredo W. Amoedo**
Squire Patton Boggs (US) LLP
T    +1 415 954 0238
M   +1 805 415 2577

**From:** Elliot Conn <elliot@connlawpc.com>
**Sent:** Wednesday, September 9, 2020 11:03 AM
**To:** Amoedo, Alfredo W. <alfredo.amoedo@squirepb.com>
**Cc:** Knapp, Eric J. <eric.knapp@squirepb.com>; Spencer Janssen <spencer@connlawpc.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; Matthew Peterson <mpeterson@varnellandwarwick.com>
**Subject:** [EXT] RE: Guan v. MBUSA

Alfredo,

    I have copied my co-counsel on this email.  Please include them in future correspondence.

    We would be happy to enter into the Northern District's Model Protective Order and have you produce the documents related to the pending recall that we discussed pursuant to that PO.

    During our recent call, told me that a recall was in the works for the cam shaft adjusters on class vehicles.  However, I've been monitoring the NHTSA website and haven't seen anything mentioning recent recalls for the class vehicles.  Please provide us with details regarding the recall, including the process for obtaining repairs and the amount of any reimbursements to be made to class members who have already paid to have these repairs made.  Thanks.

# Exhibit 9

| | |
|---|---|
| **From:** | Schmelzle, Tobias T. (624) <tobias.t.schmelzle@daimler.com> |
| **To:** | Smarz, Maikel (059); Saadat, Fahad (171); Roopnarine, Shaun (171) |
| **CC:** | Hall, Dan Kirby D. (059) |
| **Sent:** | 20-Oct-20 5:37:11 PM |
| **Subject:** | FW: Request for Approval of a Warranty Extension - Camshaft Adjuster(VER-2008) |

Hi Fahad,

Please see below we can calculate with the approval for the **Warranty Extension** (VER-2008) for the "Camshaft adjuster M271EVO" in roughly **2 weeks**.

Best Regards,
Tobi


Mit freundlichen Grüßen / best regards

Tobias Schmelzle
_____

## Mercedes-Benz Research & Development NA

Manager Compliance Testing and CARB Liaison, QM/RZA

Mercedes-Benz Research and Development North America
Los Angeles Technology Center
4035 Via Oro Ave , 90810 Long Beach
Cell.: +1 562 243 7672
e-mail: tobias.t.schmelzle@daimler.com



**From:** Ho, Jerry@ARB <Jerry.Ho@arb.ca.gov>
**Sent:** Tuesday, October 20, 2020 10:16 AM
**To:** Schmelzle, Tobias T. (624) <tobias.t.schmelzle@daimler.com>
**Cc:** Wong, Jeffrey@ARB <Jeffrey.Wong@arb.ca.gov>
**Subject:** Re: Request for Approval of a Warranty Extension - Camshaft Adjuster (VER-2008)

Hi Tobi,

I just received clearance from OBD and Certification Section today.  It will take a day or two to prepare the approval letter and send for upper management for approval.  It will take another week to get final approval. Thanks.

Jerry

_____

**From:** tobias.t.schmelzle@daimler.com <tobias.t.schmelzle@daimler.com>
**Sent:** Tuesday, October 20, 2020 10:08 AM
**To:** Ho, Jerry@ARB <Jerry.Ho@arb.ca.gov>
**Subject:** RE: Request for Approval of a Warranty Extension - Camshaft Adjuster (VER-2008)

| |
|---|
| **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.** |

Hi Jerry,

**EXHIBIT**

Roopnarine Exhibit 14

exhibitsticker.com

GUAN_MBUSA_002783

I kindly wanted to follow up with you on the **Warranty Extension** (VER-2008) for the "Camshaft adjuster M271EVO" that Mercedes requested on September 16, 2020.

Does CARB have any questions?
Can you provide me an estimated timeline for the approval letter?
Mercedes would like to implement this warranty extension as soon as possible.


Thanks in advance


Best Regards,
Tobi



Mit freundlichen Grüßen / best regards

Tobias Schmelzle
_____

## Mercedes-Benz Research & Development NA

Manager Compliance Testing and CARB Liaison, QM/RZA

Mercedes-Benz Research and Development North America
Los Angeles Technology Center
4035 Via Oro Ave , 90810 Long Beach
Cell.: +1 562 243 7672
e-mail: tobias.t.schmelzle@daimler.com



**From:** Schmelzle, Tobias T. (624)
**Sent:** Wednesday, September 16, 2020 7:39 PM
**To:** 'Ho, Jerry@ARB' <Jerry.Ho@arb.ca.gov>
**Cc:** Hall, Dan Kirby D. (059) <dan_kirby.d.hall@daimler.com>; 'Wong, Jeffrey@ARB' <jwong@arb.ca.gov>
**Subject:** Request for Approval of a Warranty Extension - Camshaft Adjuster (VER-2008)

Hi Jerry,

Please find attached the request for approval of **Warranty Extension** (VER-2008) for the "Camshaft adjuster M271EVO" (P/N: A2710503347, A2710503447, A2710501400, A2710501500).

Mercedes-Benz AG ("MBAG") has determined that it will conduct a warranty extension for the following vehicles:

| Model Year | Test Group | Model Name | Vehicle Count California | Vehicle Count National incl. CA |
|---|---|---|---|---|
| **2012** | CMBXV01.8U2A | C 250 Sedan C 250 Coupe SLK 250 | 14,230 | 43,183 |
| **2013** | DMBXV01.8U2A | C 250 Sedan C 250 Coupe SLK 250 | 19,520 | 58,724 |
| **2014** | EMBXV01.8U2A | C 250 Sedan C 250 Coupe SLK 250 | 14,542 | 44,887 |
| **2015** | FMBXV01.8U2A | C 250 Coupe SLK 250 | 1,886 | 8,674 |
| **Grand Total** | | | **50,178** | **155,468** |

The warranty extension will affect **50,178 California vehicles.** These vehicles will receive a warranty extension of 10 years/120,000 miles (whichever occurs first) and will cover the following parts:

Camshaft Adjuster:
P/N: A2710503347, A2710503447, A2710501400, A2710501500


 Please let me know if you have any questions.


Best Regards,
Tobi

Mit freundlichen Grüßen / best regards

Tobias Schmelzle
_____

## Mercedes-Benz Research & Development NA

Manager Compliance Testing and CARB Liaison, QM/RZA

Mercedes-Benz Research and Development North America
Los Angeles Technology Center
4035 Via Oro Ave , 90810 Long Beach
Cell.: +1 562 243 7672
e-mail: tobias.t.schmelzle@daimler.com


If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.

CONFIDENTIAL

GUAN_MBUSA_002785

# Exhibit 10

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                       OAKLAND DIVISION
 3   -------------------------------§
     YING YING GUAN, individually, on §
 4   behalf of all others similarly   §
     situated, and on behalf of the   §
 5   general public,                  § Case No.
                                      § 4:20-cv-05719 (JST)
 6      Plaintiffs,                   §
                                      §
 7   vs.                              §
                                      §
 8   MERCEDES-BENZ USA, LLC; and      §
     DOES1 through 50, inclusive,     §
 9                                    §
        Defendants.                   §
10   ------------------------------- §
      - - -
11
12                         - - -
13              Wednesday, April 20, 2022
14                         - - -
15
16         This is the Remote Deposition of
17      SHAUN ROOPNARINE, commencing at 1:52 p.m., on the
18      above date, before Kelly J. Lawton, Registered
19      Professional Reporter, Certified Court Reporter,
20      and Licensed Court Reporter.
21
22
23                         - - -
24              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

Sharin Roopnarine

```
 1        A.   Yes, I am.
 2        Q.   Who is your employer?
 3        A.   Mercedes-Benz USA, LLC.
 4        Q.   And how long have you been employed at
 5   Mercedes-Benz USA, LLC?
 6        A.   Since 2008.
 7        Q.   Okay.  What's your current position?
 8        A.   I'm the supervisor of environmental
 9   compliance.
10        Q.   How long have you held that position?
11        A.   I've been in the supervisor role for
12   approximately three years or so.
13        Q.   Okay.  And what was your position before
14   that?
15        A.   I was the regulatory engineer for
16   environmental compliance.
17        Q.   How long did you hold that position?
18        A.   For the difference from 2008 to about three
19   years ago.
20        Q.   Okay.  And then -- so you said you got your
21   masters in 2008, and you started in Mercedes-Benz at
22   2008?
23        A.   That's correct.
24        Q.   Was this your first job out of school?
25        A.   No, it's not my first job.
```

Sharin Roopnarine

```
 1        Q.   So --

 2        A.   -- my manager.

 3        Q.   Okay.  Is this when you became the

 4   supervisor?

 5        A.   Yeah.  I believe this was shortly after I

 6   became supervisor.

 7        Q.   Okay.

 8        A.   Yeah.

 9        Q.   At the time that you became supervisor, do

10   you know whether this extended warranty had already

11   been ongoing?

12        A.   No, I did not.

13        Q.   You don't know either way?

14        A.   At the time when I became --

15        Q.   Yeah.

16        A.   -- supervisor?

17        Q.   Yes.

18        A.   I do not recall.

19        Q.   Okay.

20        A.   Yeah.

21        Q.   Well, I'm trying to ask what was already

22   ongoing when you became supervisor, or did you become

23   supervisor and then it started?

24        A.   No.  So I do -- I do -- after I started

25   working on the topic, I became aware that this topic
```

Sharil Roopnarine

1    has been going on for some time.

2        Q.   Okay.  Do you know when the topic, I guess,

3    first arose?

4        A.   I have an idea, just based on some

5    communications with warranty, that it started in mid

6    of 2018, but I -- that's all the information I have

7    from warranty.

8        Q.   So who have you communicated with at

9    warranty?

10       A.   Her name is Maureen Shuart.

11       Q.   Okay.  And what did she tell you?

12       A.   She told us that -- when we were preparing to

13   launch the campaign, she told us that the -- there

14   were rules already input, warranty-related rules in

15   the warranty system, since June of 2018, which she

16   had to block at that time until -- until we were able

17   to actually launch the campaign in the U.S., and then

18   she would unblock them.

19       Q.   So do you know what the rules were set in

20   place for?

21       A.   I believe they were just warranty-related

22   rules to save coding that would allow the extension

23   of a specific damage code to ten years,

24   120,000 miles, something of that nature.

25       Q.   Could you sort of explain in layman's terms

1    be blocked with respect to the M271 vehicles, right?

2        A.    That's correct.

3        Q.    Okay.  Do you know when those warranty codes

4    went into place?

5        A.    The warranty codes went into place once we

6    launched the campaign.

7        Q.    I'm sorry.  Maybe I'm a little confused.  I

8    thought you said in 2018 that there were warranty

9    codes already in place?

10       A.    There were codes input into the system that

11   Maureen blocked.

12       Q.    Okay.  So what -- did you have any knowledge

13   about the codes that were input in the system in

14   2018?

15       A.    No, I did not.

16       Q.    Okay.  Do you know when those codes were

17   inputted?

18       A.    Well, Maureen indicated they were inputted on

19   six -- in June of 2018.

20       Q.    Okay.

21       A.    And it was inputted by MBAG.

22       Q.    And so I just, kind of, broad picture, were

23   those codes -- did those codes extend the warranty on

24   the camshaft adjusters on the M271 vehicles?

25       A.    Yeah.  That's how we would capture warranty

Sharm Roopharine

```
 1    extensions or any additional warranties, by damage

 2    codes input into the system with some additional

 3    flagging and coding.  Maureen would speak better to

 4    that.

 5        Q.   Well --

 6        A.   Yeah.

 7        Q.   I just want to make sure.  So it's your

 8    understanding that on June 6th, 2018, Mercedes-Benz

 9    AG extended the warranty on the M271 vehicles?

10             MR. KNAPP:  Object to form.

11    BY MR. CONN:

12        Q.   Sorry.  For the camshaft adjusters?

13             MR. KNAPP:  Same objection.

14        A.   I'm not understanding the question.

15        Q.   All right.  Let me ask it another way.

16             So when were the codes -- so when were the

17    codes that were input in -- in June 2018 blocked?

18        A.   I wouldn't -- I don't know when Maureen

19    blocked them but, typically, she would have to block

20    them immediately unless -- otherwise customers would

21    be receiving coverage, and we cannot provide coverage

22    unless we have approval from CARB for any

23    campaigns --

24        Q.   Okay.

25        A.   -- in the U.S., emissions campaigns.  So not
```

Sharon Roopnarine

1    until we receive approval.

2        Q.   So someone from MBAG in 2018 puts in these

3    codes, and then at some point quickly after that,

4    Ms. Shuart has to block them because there was not

5    approval on the extended warranty?

6        A.   That's correct.

7        Q.   Okay.  And then, at some point, the codes

8    were unblocked or were new codes put in?

9        A.   I'm not sure if new codes were put in, but

10   whatever was in there would have to be activated at

11   the time of launch of the campaign, modified or

12   activated according to whatever the campaign ended up

13   being.

14       Q.   Okay.  So -- and Ms. Shuart would be the one

15   to know what the codes were and what vehicles they

16   covered?

17       A.   Absolutely.  Absolutely, yes.  Yeah.

18       Q.   Okay.  So at some point on or before

19   June 6th, 2018, based off the fact that codes were

20   inputted, Mercedes-Benz AG made a decision to extend

21   the warranty on the camshaft adjusters for the M271

22   vehicles; is that correct?

23       A.   That would be the intent.

24       Q.   Okay.

25       A.   I couldn't tell you if it was a warranty

Sharin Rooppharine

1    extension, but it would have been a campaign.

2         Q.   Okay.

3         A.   Some form of a campaign.

4         Q.   And it's your understanding that

5    Mercedes-Benz USA cannot implement that until there's

6    CARB approval?

7         A.   That is correct.

8         Q.   Okay.  So until the codes were activated,

9    customers were not told that there's any extended

10   warranty on the camshaft adjuster M271 vehicles?

11        A.   They shouldn't be aware of that, no.

12        Q.   And if a -- before the codes were activated,

13   if a customer, you know, took a vehicle and it was

14   repaired outside of the express warranty period for

15   an issue with the camshaft adjuster, would that be

16   covered under warranty?

17             MR. KNAPP:  Object to form.

18        A.   Okay.  If you could just elaborate on the

19   question.

20             MR. CONN:  Madam Court Reporter, can you

21        repeat the question?

22             THE COURT REPORTER:  Yes.

23             "And if a -- before the codes were activated,

24        if a customer, you know, took a vehicle and it

25        was repaired outside of the express warranty

Sharin Roopnarine

```
 1      A.   Yeah.  If you can rephrase the question.
 2      Q.   Do you know when the -- am I correct in
 3  saying that the initial decision to launch the
 4  extended warranty campaign for the camshaft adjuster,
 5  in at least some of the M271 vehicles, was started in
 6  mid-2018?
 7           MR. KNAPP:  Object to form.
 8      A.   That, I would be speculating.  That's -- all
 9  I know is that's when the codes were entered.
10      Q.   Okay.  It then says, "Pending updated address
11  file from IHS/Polk."
12           Do you know what IHS stands for?
13      A.   That's the company, Polk, the abbreviation
14  for their name.  I can't recall the acronym off the
15  top of my head.  I can't recall it.
16      Q.   Okay.  I just want to, again, ask you who
17  certain people are.
18           Who's Friedrich Krahn?
19      A.   So Friedrich Krahn, he is -- he is on the
20  QMRCF team at MBAG.
21      Q.   Is he still there?
22      A.   I'm not sure if he's still there.
23      Q.   Who is Christian Schwarzer?
24      A.   Also on the QMR -- MBAG.
25      Q.   Okay.  And then who is Harold Jauss?
```

Shaun Roopnarine

```
1    BY MR. CONN:

2        Q.   Do you recognize this document?

3        A.   I'm just downloading the file now.

4             Okay.  Give me a moment to take a look.

5             Yes, I recognize this e-mail.

6        Q.   All right.  And so the first page, 3393, what

7    is this e-mail?

8        A.   Okay.  What do you mean 3393, the name of the

9    file?

10       Q.   If you look in the bottom right corner,

11   they're called Bates stamp numbers.  They're used in

12   litigation to number things; so this is Page 3393 of

13   the documents produced by Mercedes-Benz USA in the

14   case.

15       A.   All right.  So this is Page 1 of 2 of this

16   Exhibit 4?

17       Q.   Yeah.

18       A.   Those are fault codes that would be

19   associated with the failure of a camshaft adjuster.

20       Q.   Okay.  And so would these fault codes be

21   required in order to get coverage under the extended

22   warranty?

23       A.   Initially, we wanted to incorporate that as a

24   check for dealers only in order to ensure that the

25   dealers do their due diligence and not just replace
```

Shaun Roopnarine

1   components without checking to see if they're

2   actually failed.

3       Q.   Why do you believe this check is necessary?

4       A.   So -- so if dealers do not see a fault code,

5   there's probably nothing wrong with the camshaft

6   adjuster, typically, and, therefore, we do not want

7   the dealer to just replace the components unless they

8   confirm that it has failed.  And because these are

9   emissions-relevant components, a fault code should be

10  present if the component is not working correctly.

11      Q.   And do you rely on Mr. Casado Blanco to

12  determine what fault codes are?

13      A.   For this familiar topic, we -- I believe he

14  was the contact to help support that.

15      Q.   Okay.  And you said, initially, you required

16  the fault code as dealer check.

17           Has that changed?

18      A.   Yeah.

19      Q.   How has that changed?

20      A.   There are -- we went through a few different

21  iterations of dealer notifications to, essentially,

22  become more in line with our customer letter.

23           Initially, we wanted dealers to ensure that

24  there's a fault code before you replace it, and then

25  in the end, we -- you know, we had some feedback from

Shaun Roopnarine

```
 1    our warranty colleagues, from our dealers via our

 2    warranty colleagues, about, just, questions and

 3    complaints that, you know, sometimes there may not be

 4    a fault code present or there might be noise.  And we

 5    would like to replace it just for customer

 6    satisfaction, even though it's technically not

 7    failed.

 8              And so we heard those complaints and decided

 9    to send out updated dealer notifications to mention,

10    Okay, if you have a fault code, then submit a scan of

11    the vehicle showing that this fault code is present.

12    And that's usually done to make sure that dealers

13    aren't changing a part -- changing a part without

14    doing their due diligence.

15              Or if you don't have a fault code, for

16    whatever reason, then we updated the latest NCU to

17    include an LI, which is also referred -- LI stands

18    for local information report.  It's a guided test

19    that -- that should address any noise complaints

20    that -- any noise complaints, based on the feedback

21    that we received from the dealers via our warranty

22    colleagues.

23        Q.   When did that change occur?

24        A.   Okay.  That would have been -- I think that

25    was done on the last -- the most latest dealer
```

1    notification.  I think that was sent out in May of

2    2020, if I recall correctly.  You would have to check

3    whenever the last NCU was issued.

4         Q.    I'm sorry.  May of 2020?

5         A.    I believe so.

6         Q.    Okay.  And that -- sorry.  What was the local

7    information report?

8         A.    I'm sorry.  It might have been -- let me

9    think about this for a second, all right?

10               So it might have been 2020 or 2021.  I

11   apologize.  I don't remember exactly.  But it was the

12   last version of the NCU, which I'm sure we can bring

13   up and take a look at.

14        Q.    And that -- can you describe what the local

15   information report is?

16        A.    The local information report?

17        Q.    Yeah.

18        A.    It's just a -- it's a guided test that

19   addresses noise.

20        Q.    And I'm sorry, I -- you know, I don't know if

21   I overlooked the production, but I -- this is the

22   first time I'm hearing of this.

23               Can you -- and so normally, I would try and,

24   you know, show you a document to help you with it,

25   but -- in the next break, I'll look to see if there's

Shaun Roopnarine

```
 1    specific campaign?

 2          A.    That's correct.

 3          Q.    All right.  And go to Page 2 -- Page 2 and 3.

 4          A.    Okay.  Page 2.

 5          Q.    Do you recognize this document?

 6          A.    So this is the news channel update.  Yes.

 7    That was dated October 30th.

 8          Q.    And is this the news channel update that was

 9    provided to the dealerships at the beginning of

10    the -- at the launch of the campaign for the camshaft

11    adjusters?

12          A.    Yeah, that's correct.

13          Q.    Okay.  And so at this time, in order to get

14    warranty reimbursement, fault codes would be needed;

15    is that correct?

16          A.    Yeah.  So it says in the document -- all

17    right.

18                So "Please be advised that all camshaft

19    adjusters being claimed under warranty must have a

20    short test with fault code attached."

21          Q.    Okay.  And we spoke earlier about an LI,

22    which was later added for noise verification?

23          A.    That is correct, yeah.

24          Q.    And that wasn't implemented as part of this

25    news channel update?
```

Shaun Roopnarine

```
1    of 2939, says, "Often, we get customer complaints of

2    the adjuster making a very loud noise, but has not

3    'failed enough' to set a code.  How would you like

4    this to be addressed, as the NCU indicates the need

5    for a diagnostic trouble code?"

6              And it looks like Fahad responded, "Thank you

7    for reaching out.  The camshaft adjuster replacement

8    is covered under this extended warranty if it sets

9    the fault codes mentioned in the NCU.

10             "Customers receive reimbursement if they had

11   previously paid to replace the camshaft adjuster, but

12   they need to provide documentation on the fault codes

13   presence."

14             Did -- at the time, did you agree with

15   Fahad's statement?

16        A.   Yes, I did, yeah.

17        Q.   Okay.  So -- and just to be clear, at this

18   time in November 2020, in order to get coverage under

19   the extended warranty, one of the identified fault

20   codes has to be present?

21        A.   Yes.

22        Q.   And the noise wasn't enough?

23        A.   The noise wasn't enough.

24             In other words, we didn't consider the noise

25   as a type of failure.
```

Shaun Roopnarine

```
 1        Q.    And in order to get reimbursement, they would

 2   have to also -- for a prior repair, they would have

 3   to show that, at the time of the repair, a fault code

 4   was present; is that accurate?

 5        A.    Correct.

 6        Q.    Has this latter requirement changed?

 7        A.    Yes.

 8        Q.    Okay.  When did that change?

 9        A.    It changed a few times.  It changed in

10   November.

11              You know, this would have been one of those

12   e-mails that prompted us to consider the voice of the

13   field.  Here, they're telling us, Have you guys

14   considered noise?  And, no, we did not consider

15   noise.  But, you know, our letter and our campaign

16   says, it's gotta have a fault code, but we're going

17   to have those discussions with Germany, and we'll get

18   back to you.

19              And we ended up changing it a few times.

20        Q.    Okay.

21        A.    There were a few different instances here.

22        Q.    So with regards specifically to the

23   reimbursement for prior repairs, has that changed?

24        A.    No.  Reimbursement can happen any time.

25        Q.    No, I mean, the requirement -- sorry.
```

Shaun Roopnarine

1          Has the requirement that in order to get

2    reimbursement, that the customer has to show

3    documentation of the fault code at the time of the

4    repair, has that changed?

5          A.   We did make -- I don't believe we mentioned

6    anything like that in the customer letter, that they

7    need to have fault codes.  That was communicated to

8    the dealer.

9          Q.   Okay.  So at the time that this e-mail was

10   sent, November 13th, 2020, did the customer need to

11   show fault codes at the time of the repair in order

12   to get reimbursement for prior repairs?

13        A.   So in the customer letter, I don't think we

14   made any statements that they have to have fault

15   codes present.  It would just be covered.  If the

16   root cause would -- after the dealer does their

17   vehicle diagnostics, and they determine that the

18   camshaft adjuster needs to be replaced, it would

19   be -- it would be -- correct, that's the customer's

20   understanding.

21        Q.   Maybe I'm not being clear.

22             So the -- this initial letter going back to

23   Exhibit 15.

24        A.   Okay.  Exhibit 15.  Okay.

25             The supplemental?

Shaun Roopnarine

```
 1   the customer letter and what was communicated on NCU,

 2   which is looking at the problem from, like, a

 3   30,000-foot level, a high-level review of that.  If

 4   the camshaft adjuster needs to be replaced, the

 5   dealer will replace it by checking fault codes.  And

 6   if there's a fault code, then they will replace it.

 7           He's tying both things together here.

 8       Q.   Okay.  But, specifically, to get reimbursed

 9   for repairs that the customer has already paid for,

10   according to this e-mail, what --

11       A.   According to that, that's how it reads.

12   Customers could receive reimbursement if they had

13   previously paid to replace the camshaft adjuster, but

14   they need to provide documentation on the fault code

15   presence.

16       Q.   Okay.  Is that an accurate -- is that -- from

17   your understanding, was that accurate of what the

18   procedure was at the time?

19       A.   It's not very accurate at that point because

20   the customer didn't -- we didn't communicate that

21   with the customer letter.

22       Q.   Okay.

23       A.   The customer wasn't aware that they have to

24   provide fault codes.

25       Q.   So regardless of what the customer is aware
```

Shaun Roopnarine

1    of, was Mercedes-Benz at the time requiring customers

2    to provide fault codes?

3        A.   Can you repeat the question?

4        Q.   Regardless of whether this was communicated

5    in the letter to the customer, in order to get

6    reimbursement for prior repairs, was Mercedes-Benz

7    requiring its dealers to obtain -- to have the

8    customers provide documentation of the fault codes at

9    the time of the prior repair?

10       A.   Okay.  That makes more sense.

11            So, yes, we were requiring the dealers to

12   request fault code information from the customers if

13   they -- for reimbursement.

14       Q.   Okay.  This is the last part.

15            Has that policy changed?

16       A.   Yes, it has.

17       Q.   When did that change?

18       A.   It would have changed when we launched the

19   last NCU, where we said, If you don't have fault

20   codes, then follow the LI.

21       Q.   Okay.  But how do you follow the LI for a

22   repair that already happened?

23       A.   So if it already happened, most likely what

24   happens is a customer would probably challenge the

25   dealer and say, Well, it doesn't say anything about

Shaun Roopnarine

```
 1                C E R T I F I C A T E

 2              I, KELLY J. LAWTON, Registered Professional

 3      Reporter, Licensed Court Reporter, and Certified

 4      Court Reporter, do hereby certify that prior to the

 5      commencement of the examination, SHAUN ROOPNARINE,

 6      was duly remotely sworn by me to testify to the

 7      truth, the whole truth, and nothing but the truth.

 8              I do further certify that the foregoing is a

 9      verbatim transcript of the testimony as taken

10      stenographically by me at the time, place, and on the

11      date hereinbefore set forth, to the best of my

12      ability.

13              I do further certify that I am neither a

14      relative nor employee nor attorney not counsel of any

15      of the parties of this action, and that I am neither

16      a relative nor employee of such attorney or counsel,

17      and that I am not financially interested in the

18      action.

19

20      _____

21             KELLY J. LAWTON, RPR, LCR, CCR

22             (The foregoing certification of this

23      transcript does not apply to any reproduction of the

24      same by any means, unless under the direct control

25      and/or supervision of the certifying reporter.)
```

# Exhibit 11

| | |
|---|---|
| **From:** | Gunther, Gregory (171) <gregory.gunther@mbusa.com> |
| **Sent:** | 17-May-21 7:00:35 PM |
| **Subject:** | Info only: Updated NCU - Extended Warranty Campaign - MY 12-15 Camshaft Adjuster |
| **Attachments:** | Final_NCU - MY12-15 M271 204 172 - Camshaft Adjuster Extended Warranty V01.pdf |

Hello All,

On behalf of the MBUSA Warranty department, please see attached communication to our dealer network which will be posted to NetStar today (05/17/20):

This NCU replaces the prior NCU issued on October 30, November 09 & November 20, 2020 and contains clarification on the replacement of the Camshaft Adjuster under this extended warranty. Mercedes-Benz AG ("MBAG"), the manufacturer of Mercedes-Benz vehicles, has determined that on certain Model Year ("MY") 2012-2015 Mercedes-Benz Model 204 and 172 vehicles (C250 and SLK250), the warranty on the camshaft adjuster will be extended from the original 4 years/50,000 miles to 10 years/120,000 miles (whichever occurs first) from the original warranty start date.

## News Channel Update |                               Warranty

| | |
|---|---|
| TO: Mercedes-Benz Dealer Principals, General Managers, Sales Managers, Service Managers, Parts Managers | FROM: Joe Haller, Department Manager – Warranty, Gregory Gunther – Department Manager, Vehicle Compliance and Analysis, Engineering Services |
| RE: Extended Warranty Update MY12-15 204, 172 (C250, C250 Coupe, SLK250) M271 Camshaft Adjuster | DATE: May 17, 2021 |

### IMPORTANT EXTENDED WARRANTY INFORMATION

This NCU replaces the prior NCUs issued on October 30, November 09 & November 20, 2020 and contains clarification on the replacement of the Camshaft Adjuster under this extended warranty. Mercedes-Benz AG ("MBAG"), the manufacturer of Mercedes-Benz vehicles, has determined that on certain Model Year ("MY") 2012-2015 Mercedes-Benz Model 204 and 172 vehicles (C250 and SLK250), the warranty on the camshaft adjuster will be extended from the original 4 years/50,000 miles to 10 years/120,000 miles (whichever occurs first) from the original warranty start date.

This extended warranty applies to the replacement of the camshaft adjuster if the vehicle falls within the scope of the extended warranty (e.g., within the time/mileage limitations and where replacement of the part is for a warrantable condition, as set forth below). The extended warranty is applicable to the following vehicles:

| Class | Model Year | Model | Engine |
|---|---|---|---|
| C-Class | 2012-2014 | C250 | M271 |
| C-Class | 2012-2015 | C250 Coupe | M271 |
| SLK-Class | 2012-2015 | SLK250 | M271 |

The following damage codes and parts kit can only be claimed for the replacement of the camshaft adjuster:

Damage Code:   05050 – Camshaft adjustment, intake camshaft

Damage Code:   05052 – Camshaft adjustment, exhaust camshaft

Parts:   A 271 050 21 00 80 – Camshaft adjuster, 1st (ensure all parts in the kit are replaced when performing repair)

[IMPORTANT] Camshaft adjuster replacements are covered by this extended warranty for warrantable conditions, as follows:

[Always check VMI first to determine if a vehicle is covered under the 10 year/120,000 mile warranty period and confirm that it is one of the above-mentioned models that are covered by this extended warranty]

1. If there is Quick Test Documentation with fault code information (P001477, P001600, P001762, P001662, P001177, P001700, P001192, P001492, P034062, P036662), the Quick Test Documentation must be uploaded to pXD.

or;

2. If there is no fault code, the document LI05.10-P-058758 shall be completed and the guided troubleshooting in Xentry shall be performed.

Please check the VIN in NetStar/VMI before scheduling the appointment for the repair. Applicable vehicles are visible in NetStar/VMI as of October 30, 2020

A letter was sent to owners notifying them of the warranty extension. If customers have already paid to have a repair related to the conditions specified above, they may be eligible for reimbursement. Please advise the customer to follow the instructions detailed below (also included in a copy of the customer letter). Reimbursement for prior repairs is limited to what is outlined as covered in this NCU. Replacements that were performed for other reasons are not subject to reimbursement.

| | | |
|---|---|---|
| Mercedes-Benz USA, LLC | A Daimler AG Company | |
| One Mercedes-Benz Drive | Sandy Springs, GA 30328 | 770.705.0600 |



EXHIBIT

Roopnarine Exhibit 21

CONFIDENTIAL

Regards,

Gregory Gunther

Department Manager – Vehicle Compliance and Analysis

Mercedes-Benz USA
Engineering Services
13470 International Parkway
Jacksonville, FL 32218
Office: +1904-741-9607

CONFIDENTIAL

GUAN_MBUSA_003675

# News Channel Update |                                 Warranty

| TO: Mercedes-Benz Dealer Principals, General Managers, Sales Managers, Service Managers, Parts Managers | FROM: Joe Haller, Department Manager – Warranty, Gregory Gunther – Department Manager, Vehicle Compliance and Analysis, Engineering Services |
|---|---|
| RE: **Extended Warranty Update**<br>**MY12-15 204, 172 (C250, C250 Coupe, SLK250)**<br>**M271 Camshaft Adjuster** | DATE: May 17, 2021 |

## IMPORTANT EXTENDED WARRANTY INFORMATION

This NCU replaces the prior NCUs issued on October 30, November 09 & November 20, 2020 and contains clarification on the replacement of the Camshaft Adjuster under this extended warranty. Mercedes-Benz AG ("MBAG"), the manufacturer of Mercedes-Benz vehicles, has determined that on certain Model Year ("MY") 2012-2015 Mercedes-Benz Model 204 and 172 vehicles (C250 and SLK250), the warranty on the camshaft adjuster will be extended from the original 4 years/50,000 miles to 10 years/120,000 miles (whichever occurs first) from the original warranty start date.

This extended warranty applies to the replacement of the camshaft adjuster if the vehicle falls within the scope of the extended warranty (e.g., within the time/mileage limitations and where replacement of the part is for a warrantable condition, as set forth below). The extended warranty is applicable to the following vehicles:

| Model | Model Years | Sales Designation | Engine Type |
|---|---|---|---|
| C-Class | 2012-2014 | C250 | M271 |
| C-Class | 2012-2015 | C250 Coupe | M271 |
| SLK-Class | 2012-2015 | SLK250 | M271 |

The following damage codes and parts kit can only be claimed for the replacement of the camshaft adjuster:

Damage Code:   05050 – Camshaft adjustment, intake camshaft

Damage Code:   05052 – Camshaft adjustment, exhaust camshaft

Parts:   A 271 050 21 00 80 – Camshaft adjuster, kit (ensure all parts in the kit are replaced when performing repair)

**(IMPORTANT)** Camshaft adjuster replacements are covered by this extended warranty for warrantable conditions, as follows:

(Always check VMI first to determine if a vehicle is covered under the 10 year/120,000 mile warranty period and confirm that it is one of the above-mentioned models that are covered by this extended warranty)

**1.** If there is Quick Test Documentation with fault code information (P001477, P001600, P001762, P001662, P001177, P001700, P001192, P001492, P034062, P036662); the Quick Test Documentation must be uploaded to pXD,

   **or;**

**2.** If there is no fault code, the document LI05.10-P-058758 shall be completed and the guided troubleshooting in Xentry shall be performed.

Please check the VIN in NetStar/VMI before scheduling the appointment for the repair. Applicable vehicles are visible in NetStar/VMI as of October 30, 2020

A letter was sent to owners notifying them of the warranty extension. If customers have already paid to have a repair related to the conditions specified above, they may be eligible for reimbursement. Please advise the customer to follow the instructions detailed below (also included in a copy of the customer letter). Reimbursement for prior repairs is limited to what is outlined as covered in this NCU. Replacements that were performed for other reasons are not subject to reimbursement.

---

Mercedes-Benz USA, LLC          A Daimler AG Company

One Mercedes-Benz Drive      Sandy Springs, GA 30328      770.705.0600



CONFIDENTIAL                                                                 GUAN_MBUSA_003676

News Channel Update |                                      Warranty

**Reimbursement to Customers for Valid Repairs Performed Prior to Warranty Extension**

Customers who have already paid to have any of the included components replaced may be eligible to receive reimbursement.

Requests for reimbursement may include parts, labor, fees and taxes.

Reimbursement may be limited to the amount the repair would have cost if completed by an authorized Mercedes-Benz dealer. The following documentation must be presented to the servicing or closest Mercedes-Benz dealership for reimbursement:

Original or clear copy of all receipts, invoices and/or repair orders that show:
- The name and address of the person who paid for the repair.
- The Vehicle Identification Number (VIN) of the vehicle that was repaired.
- What problem occurred, what repair was done, when it was done and who repaired it.
- Only Mercedes-Benz replacement parts were used for the repair.
- Fault Code (DTCs) information belonging to this Warranty Extension. (If any).
- The total cost of the repair expense that is being claimed.
- Proof of payment of repair (copy of front and back of cancelled check, or copy of credit card receipt).
- Reimbursement will be paid by a check from an authorized Mercedes-Benz dealer.

**Should you have any questions, please do not hesitate to open a Warranty Services case online.**



**Mercedes-Benz USA, LLC**                    A Daimler AG Company

One Mercedes-Benz Drive        Sandy Springs, GA 30328        770.705.0600

# Exhibit 12

Fahad Saadat

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3               OAKLAND DIVISION

 4

 5   CASE NUMBER: 4:20-CV-05719 (JST)

 6

 7   YING YING GUAN, individually, on behalf of all

 8   others similarly situated, and on behalf of

 9   the general public,

10          Plaintiff,

11      vs.

12   MERCEDES-BENZ USA, LLC; and DOES 1 through 50,

13   inclusive,

14          Defendants.

15

16

17              REMOTE DEPOSITION

18                  OF

19              FAHAD SAADAT

20              April 28, 2022

21

22

23   REPORTED BY:

24        J. Ashley Arrowood, RPR, CRR

25          Golkow Litigation Services
```

Fahad Saadat

```
 1                    So on this one, basically the
 2      language came from Germany because they're
 3      the one who are more knowledgeable on the
 4      topic when it comes to the damage, the fault
 5      code types.
 6                    So I think they made the changes
 7      that this extended warranty applies to the
 8      replacement of camshaft adjuster if the
 9      vehicle falls within the scope of the
10      extended warranty; for example, within the
11      time/mileage limitation and where the
12      replacement of the part is for a warrantable
13      condition as set forth below.
14                    And what they did is --
15      basically they included that if there's a
16      quick fault code information -- so if there's
17      any fault code, it should be uploaded to the
18      fault codes.  And if there's no fault code
19      present, then the document LI05.10-P-058758
20      shall be completed and guided troubleshooting
21      in Xentry shall be performed.
22                    So they basically pretty much
23      removed all the conditions for the
24      replacement of camshaft adjuster.
25          Q.      And were you involved in the
```

Fahad Saada'e

```
 1    discussions to -- I guess to change the scope

 2    of the --

 3         A.     No.  Like I said, it was a

 4    constant feedback.  Like I said, it's not

 5    just me that -- who receives the feedback

 6    that I get from the CAC, although I get most

 7    of the queries.

 8         Q.     Yeah.

 9         A.     But there could be other

10    channels or could be someone speaking

11    directly with R&D engineers in Germany, and

12    they might have did some more testing and

13    could have come up, you know, with the

14    conclusion that we should remove certain

15    conditions because it's not always that the

16    failure of a camshaft adjuster would throw

17    these fault codes.  There could be instances

18    where there's a damage or a faulty camshaft,

19    but it does not have any fault codes.

20         Q.     Okay.  So from your understanding,

21    does this NCU expand the coverage or the

22    extended warranty?

23         A.     Yes, it does.  Yes.

24         Q.     Okay.

25         A.     And also for the reimbursement
```

Fahad Saadat

1    part as well, it expanded on that as well.

2         Q.    Okay.  Were there any discussions

3    that you were involved in about sending an

4    updated letter to the customers?

5         A.    For customer, I think there was

6    no notification because, as I think may be in

7    the -- I can't remember the exhibit, but

8    there was a discussion regarding why we are

9    not sending out the customer letters.  It was

10   because of creating more confusion to the

11   customers as well as the cost perspective of

12   it --

13        Q.    Okay.

14        A.    -- printing the letters and

15   sending out.

16        Q.    Since this was sent out, have you

17   received any additional complaints?

18              MR. KNAPP:  Object to form.

19   BY MR. CONN:

20        Q.    Go ahead.

21        A.    Since 2021, I can't remember

22   I've seen any because -- I've been involved

23   in many other topics --

24        Q.    Okay.

25        A.    -- but I can't recall for sure

Fahad Saadat

```
 1        Q.      Okay.  Do you have an

 2   understanding of how many cars in California

 3   are covered under the extended warranty we're

 4   talking about here?

 5        A.      I think the overall population

 6   for this one was about 150K.

 7        Q.      Is that for the entire United

 8   States, though?

 9        A.      It's for entire United States.

10   And for California, it would be much less.

11        Q.      Okay.

12        A.      I would say yeah.  But I don't

13   remember off the top of my head.

14             MR. KNAPP:  Okay.  Fair enough.

15   That's all I have.

16

17                  REEXAMINATION

18   BY MR. CONN:

19        Q.      Just to clarify, when was the

20   first NCU for the campaign?

21        A.      October 30th.

22        Q.      Okay.  When your attorney asked

23   you if the first one was November 3rd, 2020 --

24             MR. KNAPP:  No.  I said October

25   30th.  The second one was November 9th.
```

Fahad Saadate

```
 1              C E R T I F I C A T E

 2

 3          I do hereby certify that the above and

 4    foregoing transcript of proceedings in the

 5    matter aforementioned was taken down by me in

 6    machine shorthand, and the questions and

 7    answers thereto were reduced to writing under

 8    my personal supervision, and that the

 9    foregoing represents a true and correct

10    transcript of the proceedings given by said

11    witness upon said hearing.

12          I further certify that I am neither of

13    counsel nor of kin to the parties to the

14    action, nor am I in anywise interested in the

15    result of said cause.

16

17

18

19

20

21

22

23

24    J. ASHLEY ARROWOOD, RPR, CRR

      REGISTERED PROFESSIONAL REPORTER

25    CERTIFIED REALTIME REPORTER
```

# Exhibit 13

| **From:** | Roopnarine, Shaun (171) <shaun.roopnarine@mbusa.com> |
|---|---|
| **To:** | Saadat, Fahad (171) |
| **CC:** | Healey, John (171); Gunther, Gregory (171) |
| **Sent:** | 02-Jun-20 8:14:47 PM |
| **Subject:** | FW: Camshaft extended warranty |

Hi Fahad – could you please double check this with Maikel if fault code P034062 Should or should not be include in this campaign? Just to be sure before we launch.

Regarding the kit (A271 050 21 00 80), both John Kraft and I pulled one from the PDC back in Feb, and based on the pictures from my phone the following was included:
-       Chain tensioner: A 271 050 09 11
-       Cam adjusters: A 271 050 15 00 and A 271 050 14 00
-       Chain: A 000 993 10 78
-       Seal kit

I don't recall seeing any position sensors.. However, this repair is for faulty cam adjusters, so I don't believe the sensors should be included. Regardless, please double check Mikel to see if the sensor should be included or not.

Best Regards,

Shaun Roopnarine
Supervisor - Environmental Compliance
Vehicle Compliance & Analysis

Mercedes-Benz USA
13470 International Parkway
Jacksonville, FL 32218

Office: 904-741-9612
Mobile: 201-312-7842
E-mail: shaun.roopnarine@mbusa.com

**From:** Gunther, Gregory (171) <gregory.gunther@mbusa.com>
**Sent:** Tuesday, June 02, 2020 3:23 PM
**To:** Roopnarine, Shaun (171) <shaun.roopnarine@mbusa.com>
**Subject:** Camshaft extended warranty

Hello Shaun,

Can the team confirm with the RD and GSP colleagues if:

·       Fault code P034062 is included in the planned extended warranty
·       The parts kit A 271 050 21 00 80 includes the camshaft position sensors

Currently in the NCU this fault code is not included, however I would like to be 100% sure this is the case.



**EXHIBIT**

Roopnarine Exhibit 10



GUAN_MBUSA_002685

This camshaft adjuster extended limited warranty applies to all conditions that necessitate the replacement of the camshaft adjuster under the standard warranty terms and conditions. The extended warranty is applicable to the following vehicles:

| | | | |
|---|---|---|---|
| C-Class | 2012-2014 | C250 | M271 |
| C-Class | 2012-2015 | C250 Coupe | M271 |
| SLK-Class | 2012-2015 | SLK250 | M271 |

Please be advised that all camshaft adjusters being claimed under warranty must have a short test with fault code attached, and will be inspected.  All camshaft adjusters found to be functioning properly or without proper documentation will be returned and the claim debited in full. The following damage codes and parts kit can only be claimed for the replacement of the camshaft adjuster:

Damage Code:     05-050 – Camshaft adjustment, intake camshaft

Damage Code:     05-052 – Camshaft adjustment, exhaust camshaft

Parts:               A 271 050 21 00 80 – Camshaft adjuster, kit

IMPORTANT:

1. Always check VMI to determine if a vehicle is covered under the 10 year / 120,000 mile warranty period

2. Short Test Documentation with fault code information (P001477, P001600, P001762, P001662, P001177, P001700, P001192, P001492) must be attached to all returned camshaft adjusters

Please check the VIN in Netstar/VMI before scheduling the appointment for the repair.  Applicable vehicles will be visible in Netstar/VMI on ████████.

Regards,

Gregory Gunther

Department Manager – Vehicle Compliance and Analysis

Mercedes-Benz USA
Engineering Services
13470 International Parkway
Jacksonville, FL 32218
Office: +1904-741-9607
Mobile: +1201-574-5514

CONFIDENTIAL

# Exhibit 14

# Redacted Attorney Client

**From:** Gunther, Gregory (171)
**Sent:** Tuesday, June 02, 2020 3:23 PM
**To:** Roopnarine, Shaun (171) (shaun.roopnarine@mbusa.com) <shaun.roopnarine@mbusa.com>
**Subject:** Camshaft extended warranty

Hello Shaun,

Can the team confirm with the RD and GSP colleagues if:

- Fault code P034062 is included in the planned extended warranty
- The parts kit A 271 050 21 00 80 includes the camshaft position sensors

Currently in the NCU this fault code is not included, however I would like to be 100% sure this is the case.

**SIM271DE20 - N3/10 - Motor electronics 'SIM271DE20' for combustion engine 'M271EVO' (ME)**

| | | | |
|---|---|---|---|
| MB hardware part number | 003 446 88 40 | MB software part number | 009 448 75 40 |
| MB software part number | 271 902 61 00 | MB software part number | 271 903 52 06 |
| Diagnostics Id | 021323 | Software status | 08/40 00 |
| Boot software version | 08/40 00 | Boot software version | 08/40 00 |
| Hardware supplier | Continental | Software supplier | Continental |
| Software supplier | Continental | Software supplier | Continental |
| ECU variant | M80D10 | Version of the CBF files | 02.03.20 |

| Value | Text | Status* |
|---|---|---|
| P034062 | The position sensor for the intake camshaft (cylinder bank 1) has an electrical fault. The signal comparison is faulty. (Text Id:1554) | 5 |

GUAN_MBUSA_002701

This camshaft adjuster extended limited warranty applies to all conditions that necessitate the replacement of the camshaft adjuster under the standard warranty terms and conditions. The extended warranty is applicable to the following vehicles:

| Model | Model Years | Sales Designation | Engine Type |
|---|---|---|---|
| C-Class | 2012-2014 | C250 | M271 |
| C-Class | 2012-2015 | C250 Coupe | M271 |
| SLK-Class | 2012-2015 | SLK250 | M271 |

Please be advised that all camshaft adjusters being claimed under warranty must have a short test with fault code attached, and will be inspected. All camshaft adjusters found to be functioning properly or without proper documentation will be returned and the claim debited in full. The following damage codes and parts kit can only be claimed for the replacement of the camshaft adjuster:

Damage Code:    05-050 – Camshaft adjustment, intake camshaft

Damage Code:    05-052 – Camshaft adjustment, exhaust camshaft

Parts:          A 271 050 21 00 80 – Camshaft adjuster, kit

**IMPORTANT:**

1. Always check VMI to determine if a vehicle is covered under the 10 year / 120,000 mile warranty period

2. Short Test Documentation with fault code information (P001477, P001600, P001762, P001662, P001177, P001700, P001192, P001492) must be attached to all returned camshaft adjusters

Please check the VIN in Netstar/VMI before scheduling the appointment for the repair. Applicable vehicles will be visible in Netstar/VMI on August 2, 2019

Regards,

Gregory Gunther

Department Manager – Vehicle Compliance and Analysis

Mercedes-Benz USA
Engineering Services
13470 International Parkway
Jacksonville, FL 32218
Office: +1904-741-9607
Mobile: +1201-574-5514